## CERTIFICATION

The Trustees of the Welfare and Pension Funds of Local 464A – Pension Fund ("Local 464A") declare, as to the claims asserted under the federal securities laws, that:

1. Local 464A did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any private action.

2. Local 464A is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Local 464A's Class Period purchase and sale transactions in the Enphase Energy, Inc. securities that are the subject of this action are attached in Schedule A.

4. Local 464A has full power and authority to bring suit to recover for its investment losses.

5. Local 464A has fully reviewed the Class Action Complaint for Violations of the Federal Securities Laws and authorizes its filing.

6. I, Richard J. Whalen, Secretary-Treasurer of the Welfare and Pension Funds of Local 464A – Pension Fund, am authorized to make legal decisions, and execute this certification, on behalf of Local 464A.

7. Local 464A intends to actively monitor and vigorously pursue this action for the benefit of the class.

8. Local 464A will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9. Local 464A has sought to serve, but was not appointed as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this

Certification in *Trustees of the Welfare & Pension Funds of Local 464A – Pension Fund, et al. v. Medtronic plc, et al.*, No. 22-cv-02197 (D. Minn.) (filed initial complaint; not appointed as lead plaintiff).

10. Local 464A will not accept any payment for serving as a representative party on behalf of the class beyond Local 464A's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __13th__ day of December 2024

By: _____/s/ Richard J. Whalen_____
Richard J. Whalen, Secretary-Treasurer
Welfare and Pension Funds of Local 464A – Pension Fund

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/12/2023 | 70 | $167.55 |
| Common Stock | BUY | 6/27/2023 | 76 | $161.03 |
| Common Stock | BUY | 2/6/2024 | 2,594 | $100.14 |
| Common Stock | SELL | 7/13/2023 | 108 | $182.64 |
| Common Stock | SELL | 9/22/2023 | 70 | $119.92 |
| Common Stock | SELL | 3/19/2024 | 271 | $109.16 |