LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
 *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone:  +1.858.523.5400

Daniel R. Gherardi (Bar No. 317771)
 *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600

*Attorneys for Defendants Enphase Energy, Inc.,*
*Badrinarayanan Kothandaraman, and Raghuveer*
*Belur*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE TRUSTEES OF THE WELFARE AND PENSION FUNDS OF LOCAL 464A – PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN, and RAGHUVEER BELUR,<br><br>Defendants. | Case No. 4:24-cv-09038-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT DEADLINES** |

Plaintiff the Trustees of the Welfare and Pension Funds of Local 464A – Pension Fund ("Plaintiff") and Defendants Enphase Energy, Inc., Badrinarayanan Kothandaraman, and Raghuveer Belur ("Defendants") (Plaintiff and Defendants together, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on December 13, 2024, Plaintiff filed the complaint in the above-captioned action (the "Complaint"), a putative class action arising under the Securities Exchange Act of 1934 (the "Exchange Act") and subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*;

**WHEREAS**, the PSLRA provides for the appointment of lead plaintiff and lead counsel, the filing of the operative complaint by lead plaintiff and lead counsel once appointed by the Court, and a stay of all discovery pending the resolution of Defendants' anticipated motion(s) to dismiss the operative complaint, *see* 15 U.S.C. § 78u-4(a)(3);

**WHEREAS**, motions for the appointment of lead plaintiff and lead counsel are due no later than February 11, 2025;

**WHEREAS**, on December 16, 2024, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, setting an Initial Case Management Conference for March 18, 2025, and setting various deadlines for the Parties to complete ADR certifications and file disclosures contemplated by Federal Rule of Civil Procedure 26 (ECF No. 5);

**WHEREAS**, to the extent not already effectuated, the undersigned counsel for Defendants is authorized to and hereby does accept service of the summons and Complaint on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service;

**WHEREAS**, the Parties expect the operative complaint will be filed after the determination of any lead plaintiff motion(s) in this action;

**WHEREAS**, Defendants anticipate filing a motion to dismiss the claims asserted against them in response to the operative complaint;

**WHEREAS**, because of the special procedures specified in the PSLRA and the fact that the Northern District of California's Model Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions contemplates (i) consolidation of related cases; (ii) appointment of lead plaintiff; and (iii) the filing of a single operative complaint by lead plaintiff and counsel to be appointed by the Court, requiring Defendants to respond to the Complaint prior to the appointment of a lead plaintiff and the filing of the operative complaint and continuing with the currently scheduled initial case management conference and related deadlines would result in the unnecessary expenditure of private and judicial resources;

**WHEREAS**, counsel for the Parties respectfully submit that good cause exists to continue the existing March 18, 2025 Initial Case Management Conference and associated deadlines, including ADR deadlines, until a date that is convenient for the Court following resolution of Defendants' anticipated motion(s) to dismiss.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1.      To the extent not already effectuated, the undersigned counsel is authorized to and hereby does accept service of the summons and Complaint on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service.

2.      Defendants' time to answer, move, or otherwise respond to any complaint in this action is stayed pending appointment of a lead plaintiff and lead counsel.

3.      Within fourteen (14) days after the entry of an order appointing a lead plaintiff and lead counsel in the action, the lead plaintiff and Defendants shall meet and confer and propose a schedule to the Court for the filing of the operative complaint, or designation of an operative complaint, and the response thereto.

4.      The Initial Case Management Conference scheduled for March 18, 2025 shall be continued, along with all associated deadlines under the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Northern District of California and

all associated ADR Multi-Option Program deadlines, until a date that is convenient for the Court following resolution of the anticipated motion to dismiss.

Dated:  December 23, 2024

LATHAM & WATKINS LLP

/s/ *Daniel R. Gherardi*
Daniel R. Gherardi
 daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600

*Attorneys for Defendants Enphase Energy, Inc., Badrinarayanan Kothandaraman, and Raghuveer Belur*

Dated:  December 23, 2024

KESSLER TOPAZ MELTZER & CHECK, LLP

/s/ *Jennifer L. Joost*
Jennifer L. Joost (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

Naumon A. Amjed
(namjed@ktmc.com)
Darren J. Check
(dcheck@ktmc.com)
Ryan T. Degnan
(rdegnan@ktmc.com)
Geoffrey C. Jarvis
(gjarvis@ktmc.com)
Joshua S. Keszczyk
(jkeszczyk@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Attorneys for Plaintiff the Trustees of the Welfare and Pension Funds of Local 464A – Pension Fund*

3

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME & CONTINUING DEADLINES
CASE NO. 4:24-cv-09038-JST

**SIGNATURE ATTESTATION**

I, Daniel R. Gherardi, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint and Continuing Case Management Deadlines.  In accordance with Civil L.R. 5-1(i)(3), I hereby attest that the above-signed counsel have concurred in this filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of December at Menlo Park, California.

/s/ Daniel R. Gherardi

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

January 14, 2025
Date

Hon. Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME & CONTINUING DEADLINES
CASE NO. 4:24-cv-09038-JST

LATHAM&WATKINS LLP
ATTORNEYS AT LAW