1  **KESSLER TOPAZ MELTZER**
    **& CHECK, LLP**
2  NAUMON A. AMJED (appearance *pro hac vice*)
   (namjed@ktmc.com)
3  280 King of Prussia Road
   Radnor, PA 19087
4  Tel:   (610) 667-7706
   Fax:   (610) 667-7056
5
   *Counsel for Proposed Lead Plaintiff HANSAINVEST*
6  *Hanseatische Investment-GmbH and Proposed Lead*
   *Counsel for the Class*
7
   [Additional counsel appear on signature page.]
8

9               **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11                    **OAKLAND DIVISION**

| | |
|---|---|
| THE TRUSTEES OF THE WELFARE AND PENSION FUNDS OF LOCAL 464A – PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>       v.<br><br>ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN, and RAGHUVEER BELUR,<br><br>               Defendants. | Case No. 4:24-cv-09038-JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>**CLASS ACTION** |

Pursuant to Civil Local Rules 7-11 and 7-3(d)(2), Proposed Lead Plaintiff HANSAINVEST Hanseatische Investment-GmbH ("HANSAINVEST") respectfully requests leave to file a Statement of Recent Decision in connection with its motion for appointment as lead plaintiff (ECF No. 16).

**WHEREAS**, HANSAINVEST wishes to bring to the Court's attention the decision in *SEB Investment Management AB v. Wells Fargo & Co.*, No. 3:22-cv-03811-TLT (N.D. Cal. April 25, 2025), ECF No. 215 (attached as Exhibit A), which HANSAINVEST believes is relevant to its motion for appointment as lead plaintiff;

**WHEREAS**, HANSAINVEST has conferred with the remaining competing movant, Cheshire Pension Fund and Rhondda Cyon Taf Pension Fund (the "UK Funds"), regarding HANSAINVEST's desire to submit supplemental authority issued after the April 10, 2025 noticed hearing date for HANSAINVEST's motion;

**WHEREAS**, the UK Funds do not oppose HANSAINVEST's request for administrative leave under Civil Local Rule 7-11 to file a Statement of Recent Decision under Civil Local Rule 7-3(d)(2) so long as the decision is presented without argument and preserving the UK Funds's right to object and/or respond to any such argument;

**WHEREAS**, pursuant to the parties' stipulation, HANSAINVEST therefore asks the Court to permit submission of HANSAINVEST's Statement of Recent Decision under Civil Local Rule 7-3(d)(2) and consideration of the supplemental authority as deemed appropriate by the Court.

**IT IS ACCORDINGLY STIPULATED**, subject to the Court's approval under Civil Local Rules 7-11 and 7-3(d)(2), by and between the undersigned counsel for the parties, that:

1. HANSAINVEST may file a Statement of Recent Decision, as described above, submitting the identified supplemental authority for the Court's consideration.

DATED: May 7, 2025
                                          **KESSLER TOPAZ MELTZER**
                                              **& CHECK, LLP**

                                        */s/ Naumon A. Amjed*
                                        NAUMON A. AMJED (appearance *pro hac vice*)
                                        (namjed@ktmc.com)
                                        280 King of Prussia Road
                                        Radnor, PA 19087

|   |   |   |
|---|---|---|
| 1 | | Tel:  (610) 667-7706 |
| 2 | | Fax:  (610) 667-7056 |
| 3 | | JENNIFER L. JOOST (Bar No. 296164) |
|   | | (jjoost@ktmc.com) |
| 4 | | One Sansome Street, Suite 1850 |
|   | | San Francisco, CA 94104 |
| 5 | | Tel:  (415) 400-3000 |
| 6 | | Fax:  (415) 400-3001 |

*Counsel for Proposed Lead Plaintiff HANSAINVEST Hanseatische Investment-GmbH and Proposed Lead Counsel for the Class*

DATED: May 7, 2025            **BARRACK, RODOS & BACINE**

*/s/ Stephen R. Basser*
STEPHEN R. BASSER
SAMUEL M. WARD
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

JEFFREY A. BARRACK (*pro hac vice* forthcoming)
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
E-mail: jbarrack@barrack.com
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

*Counsel for Proposed Lead Plaintiff Cheshire Pension Fund and Rhondda Cyon Taf Pension Fund and Proposed Lead Counsel for the Class*

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories concur in filing this stipulation.

DATED: May 7, 2025            */s/ Naumon A. Amjed*
                              NAUMON A. AMJED (appearance *pro hac vice*)

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 | DATED: May 8, 2025 |
| 5 | HONORABLE JON S. TIGAR<br>UNITED STATES DISTRICT JUDGE |