LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
　colleen.smith@lw.com
Katherine E. Bruce (Bar No. 361220)
　kathy.bruce@lw.com
Anastasia Pyrinis (Bar No. 352395)
　anastasia.pyrinis@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400

Daniel R. Gherardi (Bar No. 317771)
　daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600

Thomas J. Giblin (*pro hac vice*)
　thomas.giblin@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1 212-906-1200

*Attorneys for Defendants Enphase Energy, Inc., Badrinarayanan Kothandaraman, and Raghuveer Belur*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| THE TRUSTEES OF THE WELFARE AND PENSION FUNDS OF LOCAL 464A – PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN, and RAGHUVEER BELUR,<br><br>　　　　　Defendants. | Case No. 4:24-cv-09038-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE** |

1   Court-appointed lead plaintiff HANSAINVEST Hanseatische Investment-GmbH ("Lead
2   Plaintiff") and Defendants Enphase Energy, Inc., Badrinarayanan Kothandaraman, and
3   Raghuveer Belur ("Defendants") (Plaintiff and Defendants together, the "Parties"), hereby
4   stipulate and agree as follows:
5   WHEREAS, on August 20, 2025, the Court appointed Lead Plaintiff and lead counsel
6   and ordered Lead Plaintiff to serve and file a consolidated complaint or designate a previously
7   filed complaint as the operative complaint within sixty days of its order, or by October 20, 2025
8   (ECF No. 63);
9   WHEREAS, Lead Plaintiff will file a consolidated complaint on October 20, 2025;
10  WHEREAS, Defendants anticipate filing a motion to dismiss the consolidated complaint;
11  WHEREAS, the Parties have met and conferred regarding a schedule for the anticipated
12  motion to dismiss briefing and have agreed that due to scheduling conflicts and intervening
13  holidays, subject to the Court's approval, Defendants' deadline to move to dismiss would be
14  December 12, 2025; Lead Plaintiff's deadline to oppose Defendants' motion to dismiss would be
15  February 10, 2026; and Defendants' deadline to file a reply in support of its motion to dismiss
16  would be March 20, 2026.
17  IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the
18  Parties, that:
19  1. Defendants shall file their motion to dismiss the consolidated complaint no later than
20     December 12, 2025;
21  2. Lead Plaintiff shall file their opposition to Defendants' motion to dismiss no later than
22     February 10, 2026;
23  3. Defendants shall file their reply in support of their motion to dismiss no later than March
24     27, 2026.

25  Dated:  August 29, 2025                    Respectfully submitted,

26                                             **LATHAM & WATKINS LLP**

27

28                                             By /s/ Daniel R. Gherardi

|   |   |
|---|---|
| 1 | Colleen C. Smith (SBN 231216) |
| 2 | Katherine E. Bruce (SBN 361220) |
|   | Anastasia Pyrinis (SBN 352395) |
| 3 | 12670 High Bluff Drive |
|   | San Diego, California 92130 |
| 4 | T: (858) 523-5400 |
|   | Email: colleen.smith@lw.com |
| 5 | Email: kathy.bruce@lw.com |
|   | Email: anastasia.pyrinis@lw.com |

Daniel R. Gherardi (SBN 317771)
140 Scott Drive
Menlo Park, California 94025
T: (650) 328-4600
Email: daniel.gherardi@lw.com

Thomas J. Giblin (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
T: (212) 906-1200
Email: thomas.giblin@lw.com

*Attorneys for Defendants Enphase Energy, Inc., Badrinarayanan Kothandaraman, and Raghuveer Belur*

Dated:  August 29, 2025

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By */s/ Jennifer L. Joost*
Jennifer L. Joost (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

Naumon A. Amjed
(namjed@ktmc.com)
Darren J. Check
(dcheck@ktmc.com)
Ryan T. Degnan
(rdegnan@ktmc.com)
Geoffrey C. Jarvis
(gjarvis@ktmc.com)
Joshua S. Keszczyk
(jkeszczyk@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Attorneys for Lead Plaintiff*

**SIGNATURE ATTESTATION**

I, Daniel R. Gherardi, am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Setting Briefing Schedule. Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Daniel R. Gherardi, attest that concurrence in the filing of this document has been obtained.

DATED: August 29, 2025           */s/ Daniel R. Gherardi*
                                 Daniel R. Gherardi

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
Hon. Jon S. Tigar
United States District Judge