LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
    colleen.smith@lw.com
Katherine E. Bruce (Bar No. 361220)
    kathy.bruce@lw.com
Anastasia Pyrinis (Bar No. 352395)
    anastasia.pyrinis@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400

Daniel R. Gherardi (Bar No. 317771)
    daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600

Thomas J. Giblin (*pro hac vice*)
    thomas.giblin@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1 212.906.1200

*Attorneys for Defendants Enphase Energy, Inc.,*
*Badrinarayanan Kothandaraman, and Raghuveer*
*Belur*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| HANSAINVEST HANSEATISCHE INVESTMENT-GMBH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN, and RAGHUVEER BELUR, <br><br> Defendants. | Case No. 4:24-cv-09038-JST <br><br> **DECLARATION OF DANIEL R. GHERARDI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF'S FIRST AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** <br><br> Hearing:    May 7, 2026 <br> Time:       2:00 p.m. <br> Location:   Courtroom 6 – 2nd Floor <br><br> Hon. Jon S. Tigar |

1. I, Daniel R. Gherardi, declare as follows:

2. I am an attorney at the law firm Latham & Watkins LLP and am counsel for Defendants Enphase Energy, Inc. ("Enphase" or the "Company"), Badrinarayanan Kothandaraman, and Raghuveer Belur (together, with the Company, "Defendants"), in the above-captioned action. I am a member in good standing with the State Bar of California and I am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3. I respectfully submit this declaration in support of Defendants' Motion to Dismiss Lead Plaintiff's First Amended Consolidated Complaint for Violations of the Federal Securities Laws (the "Motion to Dismiss").

4. Attached hereto as **Exhibit 1** is a true and correct copy of Enphase's annual report on Form 10-K for fiscal year 2022, which was publicly filed with the United States Securities and Exchange Commission ("SEC") on February 13, 2023, and is publicly available on the SEC's website www.sec.gov/edgar.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a transcript of Enphase's April 25, 2023 call discussing financial results for the first quarter of fiscal year 2023, which is publicly available at www.spglobal.com/market-intelligence, among other websites.

6. Attached hereto as **Exhibit 3** is a true and correct copy of a transcript of Enphase's July 27, 2023 call discussing financial results for the second quarter of fiscal year 2023, which is publicly available at www.spglobal.com/market-intelligence, among other websites.

7. Attached hereto as **Exhibit 4** is a true and correct copy of Enphase's annual report on Form 10-K for fiscal year 2023, which was publicly filed with the SEC on February 9, 2024, and is publicly available on the SEC's website www.sec.gov/edgar.

8. Attached hereto as **Exhibit 5** is a true and correct copy of a transcript of Enphase's October 26, 2023 call discussing financial results for the third quarter of fiscal year 2023, which is publicly available at www.spglobal.com/market-intelligence, among other websites.

9. Attached hereto as **Exhibit 6** is a true and correct copy of a transcript of Enphase's February 6, 2024 call discussing financial results for the fourth quarter and full fiscal year 2023, which is publicly available at www.spglobal.com/market-intelligence, among other websites.

10. Attached hereto as **Exhibit 7** is a true and correct copy of Enphase's Form 8-K discussing financial results for the fourth quarter of 2023, which was publicly filed with the SEC on February 6, 2024, and is publicly available on the SEC's website www.sec.gov/edgar.

11. Attached hereto as **Exhibit 8** a true and correct copy of Enphase's stock price history from April 24, 2023 to October 23, 2024, which is publicly available from the database FactSet, www.factset.com, among other websites.

12. Attached hereto as **Exhibit 9** is a true and correct copy of a transcript of Enphase's April 23, 2024 call discussing financial results for the first quarter of 2024, which is publicly available at www.spglobal.com/market-intelligence, among other websites.

13. Attached hereto as **Exhibit 10** is a true and correct copy of a transcript of Enphase's July 23, 2024 call discussing financial results for the second quarter of fiscal year 2024, which is publicly available at www.spglobal.com/market-intelligence, among other websites.

14. Attached hereto as **Exhibit 11** is a true and correct copy of a transcript of Enphase's October 22, 2024 call discussing financial results for the third quarter of 2024, which is publicly available at www.spglobal.com/market-intelligence, among other websites.

15. Attached hereto as **Exhibit 12** is a true and correct copy of Enphase's Form 8-K discussing financial results for the first quarter of fiscal year 2023, which was publicly filed with the SEC on April 25, 2023, and is publicly available on the SEC's website www.sec.gov/edgar.

16. Attached hereto as **Exhibit 13** is a true and correct copy of Enphase's Form 8-K discussing financial results for the second quarter of fiscal year 2023, which was publicly filed with the SEC on July 27, 2023, and is publicly available on the SEC's website www.sec.gov/edgar

17. Attached hereto as **Exhibit 14** is a true and correct copy of Enphase's Form 8-K discussing financial results for the third quarter of fiscal year 2023, which was publicly filed with the SEC on October 26, 2023, and is publicly available on the SEC's website www.sec.gov/edgar.

18.    Attached hereto as **Exhibit 15** is a true and correct copy of Enphase's Form 8-K discussing financial results for the first quarter of fiscal year 2024, which was publicly filed with the SEC on April 23, 2024, and is publicly available on the SEC's website www.sec.gov/edgar.

19.    Attached hereto as **Exhibit 16** is a true and correct copy of Enphase's Form 8-K discussing financial results for the second quarter of fiscal year 2024, which was publicly filed with the SEC on July 23, 2024, and is publicly available on the SEC's website www.sec.gov/edgar.

20.    Attached hereto as **Exhibit 17** is a true and correct copy of Enphase's Form 8-K discussing financial results for the third quarter of fiscal year 2024, which was publicly filed with the SEC on October 22, 2024, and is publicly available on the SEC's website www.sec.gov/edgar.

21.    Attached hereto as **Exhibit 18** is a true and correct copy of Enphase's quarterly report on Form 10-Q for the first quarter of fiscal year 2023, which was publicly filed with the SEC on April 25, 2023, and is publicly available on the SEC's website www.sec.gov/edgar.

22.    Attached hereto as **Exhibit 19** is a true and correct copy of Enphase's quarterly report on Form 10-Q for the second quarter of fiscal year 2023, which was publicly filed with the SEC on July 27, 2023, and is publicly available on the SEC's website www.sec.gov/edgar.

23.    Attached hereto as **Exhibit 20** is a true and correct copy of Enphase's quarterly report on Form 10-Q for the third quarter of fiscal year 2023, which was publicly filed with the SEC on October 26, 2023, and is publicly available on the SEC's website www.sec.gov/edgar.

24.    Attached hereto as **Exhibit 21** is a true and correct copy of Enphase's quarterly report on Form 10-Q for the first quarter of fiscal year 2024, which was publicly filed with the SEC on April 23, 2024, and is publicly available on the SEC's website www.sec.gov/edgar.

25.    Attached hereto as **Exhibit 22** is a true and correct copy of Enphase's quarterly report on Form 10-Q for the second quarter of fiscal year 2024, which was publicly filed with the SEC on July 23, 2024, and is publicly available on the SEC's website www.sec.gov/edgar.

26.    Attached hereto as **Exhibit 23** is a true and correct copy of a June 7, 2023 report from Oppenheimer & Co. Inc., titled "ENPH: Takeaways from Management Meeting," which is publicly available at www.bluematrix.com, among other websites.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and abilities, and that I executed this Declaration on December 12, 2025 in Menlo Park, California.

By:   /s/ *Daniel R. Gherardi*
Daniel R. Gherardi