**KESSLER TOPAZ MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

*Counsel for Lead Plaintiff HANSAINVEST Hanseatische Investment-GmbH and Lead Counsel for the Putative Class*

[*Additional counsel listed on signature page.*]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| HANSAINVEST HANSEATISCHE INVESTMENT-GMBH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENPHASE ENERGY, INC., et al.,<br><br>Defendants. | Case No. 4:24-cv-09038-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT AND SETTING BRIEFING ON ANTICIPATED MOTION TO DISMISS**<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to Local Rule 6-2, Lead Plaintiff HANSAINVEST Hanseatische Investment-GmbH ("Lead Plaintiff") and Defendants Enphase Energy, Inc., Badrinarayanan Kothandaraman and Raghuveer Belur (collectively, "Defendants" and together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on September 28, 2026, the Court granted Defendants' Motion to Dismiss with leave to amend as to certain statements, permitting Lead Plaintiff to file an amended complaint within 30 days of the Court's order, i.e., by October 28, 2026 (Dkt. No. 98 at 20);

**WHEREAS**, Lead Plaintiff intends to file an amended complaint;

**WHEREAS**, Counsel for Lead Plaintiff has several scheduling conflicts in other matters that interfere with filing the amended complaint by October 28, 2026;

**WHEREAS**, Counsel for Lead Plaintiff informed Counsel for Defendants of these case-related conflicts and requested a brief enlargement of the time period to file the amended complaint;

**WHEREAS**, on October 14, 2026, the Parties met and conferred and agreed to a schedule for the filing of the amended complaint and the subsequent briefing on Defendants' motion to dismiss;

**WHEREAS**, there has been one stipulated time modification in this action between Trustees of the Welfare and Pension Funds of Local 464A – Pension Fund and Defendants in this action (Dkt. No. 12); and

**WHEREAS**, the requested extension will not affect any other deadline already fixed by the Court;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the Parties, by and through their respective counsel of record and subject to the approval of the Court, as follows:

1. Lead Plaintiff shall file the amended complaint by **November 6, 2026**;
2. Defendants shall file their motion to dismiss by **December 16, 2026**;
3. Lead Plaintiff shall file its opposition to the motion to dismiss by **January 25, 2027**; and
4. Defendants shall file a reply in support of their motion to dismiss by **February 24, 2027**.

Dated: October 16, 2026

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Jennifer L. Joost*
JENNIFER L. JOOST (Bar No. 296164)[1]
(jjoost@ktmc.com)
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

-and-

NATHANIEL C. SIMON*
(nsimon@ktmc.com)
RYAN SHELTON-BENSON*
(rsheltonbenson@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Lead Plaintiff HANSAINVEST Hanseatische Investment-GmbH and Lead Counsel for the Putative Class*

**LATHAM & WATKINS LLP**

*/s/ Daniel R. Gherardi*
DANIEL R. GHERARDI (Bar No. 317771)
(daniel.gherardi@lw.com)
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600

COLLEEN C. SMITH (Bar No. 231216)
(colleen.smith@lw.com)
KATHERINE E. BRUCE (Bar No. 361220)
(kathy.bruce@lw.com)
ANASTASIA PYRINIS (Bar No. 352395)
(anastasia.pyrinis@lw.com)
12670 High Bluff Drive
San Diego, CA 92130

[1] In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Tel: (858) 523-5400

THOMAS J. GIBLIN*
(thomas.giblin@lw.com)
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200

*Counsel for Defendants Enphase Energy, Inc., Badrinarayanan Kothandaraman, and Raghuveer Belur*

*appearance *pro hac vice*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_______________, 2026

___________________________________
The Honorable Jon S. Tigar
United States District Judge