**KESSLER TOPAZ MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

*Counsel for Lead Plaintiff HANSAINVEST Hanseatische Investment-GmbH and Lead Counsel for the Putative Class*

[*Additional counsel listed on signature page.*]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

HANSAINVEST HANSEATISCHE INVESTMENT-GMBH, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN, and RAGHUVEER BELUR,

Defendants.

Case No. 4:24-cv-09038-JST

**SECOND AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

**CLASS ACTION**

DEMAND FOR JURY TRIAL

Judge: Hon. Jon S. Tigar

# TABLE OF CONTENTS

Page


I. INTRODUCTION ..... 1

II. JURISDICTION AND VENUE ..... 8

III. PARTIES ..... 8

A. Lead Plaintiff ..... 8

B. Defendants ..... 9

C. Former Employees ("FEs") ..... 10

D. Confidential Informants ("CI") ..... 12

IV. OVERVIEW OF DEFENDANTS' FRAUD ..... 14

A. Enphase Is a Solar Microinverter Producer ..... 14

B. Enphase Increases Its Reliance on European Sales Leading Up to the Class Period ..... 16

C. As U.S. Sales Falter, Analysts Look to Enphase's European Business to Drive Growth During the Class Period ..... 19

D. Given the Importance of the European Market, the Individual Defendants Closely Tracked Enphase's Sales and Demand Metrics for Each European Country ..... 21

E. During the Class Period, Defendants Downplayed and Concealed Structural Weaknesses in Enphase's European Business ..... 25

1. Estimated FY23 and FY24 Enphase European and Country Revenues ..... 26

2. Enphase Encountered Market Saturation and Declining Demand for Residential Microinverters in Its Key European Markets ..... 32

3. Enphase Was Losing Market Share to Low-Cost Chinese Competitors ..... 40

4. Enphase's Product and Service Problems Were Causing It to Lose Business ..... 49

5. Market Intelligence and Other Data Align with FE Accounts ..... 51

F. Defendants Made Material Misrepresentations and Omissions About Enphase's European Business Throughout the Class Period ..... 63

1. April – September 2023: Defendants Touted European Strength While Omitting Material Adverse Facts About Collapsing Demand and Emerging Structural Problems ..... 64

2. October 26, 2023: Defendants Partially Disclose the Relevant Truth Concealed by Their False and Misleading Statements ..... 66

3. February – September 2024: Defendants Falsely Assured Investors of European Recovery and Stabilization ..... 69

4. October 22, 2024: The Relevant Truth Concealed by Defendants' Misrepresentations Is Revealed ....70

V. DEFENDANTS' MATERIALLY FALSE OR MISLEADING STATEMENTS AND OMISSIONS OF MATERIAL FACT ....73

A. Enphase's 1Q23 Financial Results....73

B. Enphase's 2Q23 Financial Results....82

C. Enphase's 3Q23 Financial Results....89

D. Enphase's 4Q/FY23 Financial Results ....97

E. Enphase's 1Q24 Financial Results....103

VI. ADDITIONAL ALLEGATIONS OF DEFENDANTS' SCIENTER ....110

A. Defendants Had Access to the Misrepresented and Omitted Information....110

B. Defendants Repeatedly Discussed the Issues at the Center of the Fraudulent Scheme ....121

C. The European Microinverter Market Was Critical to Enphase's Operations ....121

D. The Individual Defendants Controlled the Contents of Enphase's Public Statements and Had Unfettered Access to Information Contrary to Their and Enphase's Statements....122

E. Defendants Made False and Misleading Statements Shortly Before the Two Partial Corrective Events....123

VII. LOSS CAUSATION....124

A. October 26, 2023....126

B. October 22, 2024....132

VIII. CLASS ACTION ALLEGATIONS ....139

IX. A PRESUMPTION OF RELIANCE APPLIES ....140

X. THE STATUTORY SAFE HARBOR AND BESPEAKS CAUTION DOCTRINE ARE INAPPLICABLE ....142

XI. CAUSES OF ACTION ....142

COUNT ONE VIOLATION OF SECTION 10(B) OF THE EXCHANGE ACT AND RULE 10B-5 PROMULGATED THEREUNDER AGAINST ALL DEFENDANTS ....142

COUNT TWO VIOLATION OF SECTION 20(A) OF THE EXCHANGE ACT AGAINST DEFENDANTS KOTHANDARAMAN AND BELUR....144

XII. PRAYER FOR RELIEF ....145

XIII. DEMAND FOR JURY TRIAL ....145

Lead Plaintiff HANSAINVEST Hanseatische Investment-GmbH ("HANSAINVEST" or "Plaintiff"), by and through Plaintiff's counsel, brings this action individually and on behalf of all other persons and entities who purchased or otherwise acquired the common stock of Enphase Energy, Inc. ("Enphase" or the "Company") between April 25, 2023, and October 22, 2024, both dates inclusive (the "Class Period"), and who were damaged thereby. Plaintiff asserts claims for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), respectively, and the rules and regulations promulgated thereunder, including United States Securities and Exchange Commission ("SEC") Rule 10b-5, 17 C.F.R. § 240.10b-5, against Defendants (defined below).

Plaintiff alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and upon information and belief as to all other matters. Plaintiff's information and belief are based on the ongoing investigation of its undersigned counsel. This investigation includes review and analysis of, among other things: (i) information provided by former Enphase employees and other confidential informants; (ii) Enphase's filings with the SEC; (iii) wire and press releases published by Enphase; (iv) analyst reports and advisories about the Company; (v) media reports concerning the Company; (vi) price and volume data for Enphase's securities; and (vii) other publicly available information. The investigation into the factual allegations continues, and many of the relevant facts are known only by Defendants or are exclusively within their custody or control. Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## I. <u>INTRODUCTION</u>

1. This securities fraud class action arises from Defendants' material misrepresentations and omissions about Enphase's revenue growth and competitive position in Europe, a key market for the Company's expansion and a critical driver of its valuation. During the Class Period, Defendants repeatedly assured investors that: (i) Enphase's European business was experiencing "rapid[]" growth; (ii) demand remained "strong" across key European markets (including the Netherlands and Germany); (iii) any weakness in these markets was "due to broad macroeconomic conditions"; and (iv) 1Q24 was the "bottom quarter" in Europe, which was set to "continuously improve." Moreover, Defendants repeatedly downplayed the impact of an influx of lower-priced competitors from China on Enphase's European

business, saying that Enphase "[w]as not seeing pricing pressure given its differentiated products." These statements were materially false or misleading when made as explained in Sections IV.F and V below.

2. Enphase designs, manufactures, and sells solar microinverters used primarily in residential solar installations. Unlike traditional string inverters that connect an entire array of solar panels to a single inverter, microinverters are installed on each individual panel, providing certain performance advantages but historically at a higher price point than string inverters. Enphase positioned its microinverters as a premium product, charging prices that were often double or triple those of string inverter competitors, justified by claims of superior quality, reliability, and service.

3. As Enphase's U.S. business declined beginning in early 2023—driven by rising interest rates, falling alternative energy costs, and California's implementation of regulatory policies that dramatically reduced the value proposition of residential solar in the state in 2022—the Company's European expansion became critical to maintaining its growth narrative and stock price. During the Class Period, international revenue, driven predominantly by Europe, grew to account for more than 35% of the Company's total revenues. Analysts repeatedly identified Enphase's European growth as a key indicator of the Company's health and prospects, with some predicting that Europe would become the Company's largest growth driver.

4. However, unbeknownst to investors, Enphase's European business was experiencing severe structural problems, which Defendants knew about or, at the very least, recklessly disregarded in making their statements. Through comprehensive internal monitoring systems that Defendants themselves publicly touted—including, among other things, weekly European sales review meetings and monthly revenue forecast meetings ("R6Q meetings") attended by Defendant Chief Executive Officer ("CEO") Badrinarayanan Kothandaraman ("Kothandaraman"), weekly monitoring of system activations, and direct communications with distributors and installers—Defendants possessed continuous, granular knowledge of actual sales performance, demand trends, and competitive dynamics across every major European market.

5. Through these internal monitoring mechanisms, Defendants knew, or recklessly disregarded, that (i) by no later than the spring 2023, demand began to plummet in certain of Enphase's key European markets, including the Netherlands, and, by summer of 2023, was collapsing across many

of Enphase's major European markets; (ii) the problems extended across all European markets and worsened throughout 2023 and into 2024; and (iii) most critically, the core problems were structural rather than temporary—the residential solar market in key European countries had become saturated, and Enphase was actively losing business to Chinese manufacturers who were selling comparable products at 50% lower prices and due to Enphase's own systemic issues, including complicated installations, communication disruptions, and ineffective customer service that were leading installers to choose competitors instead.

6. Former employees ("FEs") with direct knowledge of Enphase's European operations confirm these facts. For example, FE-1, who was a sales leader for a European region that represented approximately 5% of Enphase's European sales and interacted directly with Defendant Kothandaraman during weekly Europe sales review meetings, confirmed that by early 2023, Enphase began experiencing declining customer demand in his region. By summer 2023, FE-1 and other European sales directors, including from the Netherlands, Germany, and other key markets, were presenting data during weekly sales review meetings attended by Kothandaraman showing weakening customer demand across multiple European regions. FE-1 recalled that "leadership knew the delta of demand change" and that when sales directors raised concerns about weakening demand, Kothandaraman showed open disappointment and sometimes displayed volatile behavior.

7. Similarly, FE-2, a Key Account Manager for the Netherlands whose sales accounted for 35-40% of all Enphase sales in that market, confirmed that while Enphase experienced growth in 2021 and 2022, this trend reversed in early 2023 when the residential solar market dried up. According to FE-2, by April 2023 it was clear the decline was not temporary and that demand was not recovering. By April 2023, with limited exceptions, most of the 80 to 90 installers and distributors in FE-2's portfolio had begun ordering less Enphase product. Beginning around April or May 2023, FE-2 stated that the Company's 2023 sales forecasts for the Netherlands region, as presented during R6Q meetings, were cut by roughly half or more, and that by the time he left Enphase, the forecast had been cut by two-thirds relative to the original projections. FE-2 described these reductions as occurring gradually over several months.

8. Multiple witnesses also confirmed the structural nature of Enphase's problems. FE-3, who worked in technical support and regularly spoke with installers across the Netherlands and Belgium,

confirmed that by summer 2023, installers told him the residential market was saturated with solar systems in the Netherlands. FE-2 stated that Enphase's problem was that when residential markets dried up, Enphase had no ability to sell because they had no alternative market since it was much cheaper to use competitors' products in commercial projects. And witnesses confirmed that Enphase was increasingly losing significant market share to Chinese competitors offering comparable products at dramatically lower prices. FE-2 explained that installers and distributors communicated directly to him that although they liked Enphase's microinverters, Enphase's prices were not competitive.

9. FE-3 similarly confirmed that by August or September 2023, installers told him that Enphase's price was too expensive for homeowners and that competitors' products were more affordable. He stated that Enphase's competitors in the Netherlands were string inverters, so they were cheaper and that this was the biggest reason Enphase's sales were slowing down. FE-3 confirmed that by the summer of 2023 he heard from installers that Enphase was losing business to cheaper competitors and that a lot of the installers indicated that they were getting more work from Chinese string inverter companies.

10. Other FEs confirmed that Chinese competition was eroding Enphase's position across Europe, and that Kothandaraman was told so directly. FE-5 regularly attended trade shows and road shows where he dealt with installers and distributors operating in Enphase's key markets, including the Netherlands, Germany, and France. Throughout 2023 and 2024, FE-5 heard from between 50 and 200 of them, month after month, that Chinese brands such as Huawei, Sungrow, KStar, and Solaris were taking market share from Enphase. Separately, FE-6 recalled that between April and July 2023, Enphase's Country Manager for Spain reported to Kothandaraman at R6Q meetings that Enphase's market share in Spain was declining. The reported cause was, in part, new Chinese competitors that were more competitive on price and were launching new products, including Huawei, APSystems, Deye, and GoodWe.

11. Industry participants in the Netherlands described the same collapse. CI-3 was a sales representative at Bespaarmetjedak, a Dutch residential solar installer that sold Enphase-equipped systems on which Enphase had conferred "Platinum" status. CI-3 confirmed that market saturation contributed to the decline in Enphase microinverter sales in the Netherlands in 2023 and 2024. CI-3 explained that there are about eight million houses in the country and that by 2024, three million houses in the Netherlands had already purchased solar panels and inverters, with many of the affluent Dutch consumers having already

purchased a residential solar system with an Enphase microinverter. As a result, CI-3 saw his sales, both on a relative and proportional basis, decline in 2023 and 2024, culminating in Bespaarmetjedak's closure in July 2024. CI-3 explained that in 2022, he converted roughly 33% of customer visits into a sale. By September 2023, his conversion rate had fallen to 10%, and his sales volume was roughly one-third of normal. In addition to Bespaarmetjedak's closure in July 2024, CI-3 confirmed that several Dutch solar market leaders that sold a high number of Enphase inverters went bankrupt, including Novavolt (May 2024), Bongo Solar (May 2024), and Zon Advies Nederland (June 2024).

12. Other industry participants across Europe relayed similar accounts. CI-1, a former employee of Menlo Electric, a leading European distributor, confirmed in September 2023 that Chinese manufacturers were selling microinverters in Europe at "less than half the price" of Enphase products. When asked about Enphase's European expansion plans, this employee stated it would be "very, very, very difficult" for Enphase to grow market share because these Chinese manufacturers had already established a presence in these markets. Similarly, a product manager at ESTG, a large distributor for the Netherlands and German markets, confirmed in February 2024 that Enphase and other premium European and American brands were struggling to justify their price premium, with Chinese competitors offering comparable products at nearly half the price. Market intelligence and other data gathered by various research organizations likewise support the FE and CI accounts.

13. Despite possessing knowledge of these severe and structural problems through the monitoring systems described above and the direct reports from European sales personnel, Defendants repeatedly made false and misleading statements to investors throughout the Class Period, assuring them that Enphase's European business was thriving, any weakness in these markets was temporary and due to macroeconomic factors affecting all companies, and would reverse itself in the near term.

14. For example, on April 25, 2023, during the 1Q23 Conference Call, Defendant Kothandaraman stated that "[o]ur European business is growing rapidly" and "doing very well" and "growing much faster than the market." Analysts repeated these assertions, with Goldman Sachs issuing a report on April 26, 2023 stating, "we believe ENPH's long term growth fundamentals remain intact driven by its growing exposure to robust demand in Europe." Moreover, Enphase's "**[s]trength**" in Europe "**[o]ffset[]**" the "**[w]eaker Calif[ornia] [p]icture**" according to Raymond James' April 26 report.

15. On July 27, 2023, during the 2Q23 Conference Call, Kothandaraman stated, "Our European business remained strong" and "[w]e saw strong broad-based growth across Europe in Q2." Kothandaraman specifically flagged the "Netherlands" as "continu[ing] to be very strong for us." During the same call, when asked directly whether Enphase's downward adjusted guidance for Europe was due to seasonality or the same fundamental issues affecting the U.S., Kothandaraman denied that there was any fundamental underlying problem: "We are very close to our customers. This is what we are hearing from all of them. The fundamental drivers aren't changing."

16. The relevant truth began to emerge after the market closed on October 26, 2023, when Enphase disclosed that its "revenue in Europe decreased approximately 34%, compared to the second quarter of 2023 due to high inventory at [its] distribution partners along with a softening in demand in [its] key markets – the Netherlands, France, and Germany." Enphase also announced disappointing revenue guidance of $300-$350 million for 4Q23, which it blamed in part on softening European demand that had resulted in too much inventory in its distribution channel. As a result, the Company disclosed that it needed to do "approximately $150 million of channel inventory correction in the U.S. and Europe," in 4Q23 with the undershipment split "approximately equal between the two," as well as a similar correction in 1Q24. On this news, Enphase's stock price fell $14.09 per share, or nearly 15%, from $96.18 to $82.09 per share.

17. Enphase's stock price remained artificially inflated, however, because Defendants misleadingly minimized the severity of the problems by characterizing the problems as "temporary" with "fundamentals remain[ing] strong," and stating "we remain very bullish about Europe." Kothandaraman specifically stated, "I was in Netherlands 2 weeks ago. I visited with our leading installers, [and] I came away confident that this pullback will be short lived." Rather than disclose the fundamental, long-term underlying problems impacting the Company's European business, including that it was losing business to lower priced competition, Kothandaraman instead misleadingly blamed the slowdown entirely on temporary "***broad macroeconomic conditions***." Analysts again reiterated Defendants' statements. For instance, KeyBanc Capital Markets ("KeyBanc") issued an October 26, 2023 report stating, "ENPH believes the weakness is temporary as the fundamentals in Europe are strong and are being pressured by broader macroeconomic conditions. The Company emphasized it is extremely bullish in Europe as LT positive drivers like increased grid instability and EV adoption should accelerate adoption."

18. Then, in February and April 2024, Defendants falsely assured investors that Enphase's European business had recovered and stabilized. On February 6, 2024, during the 4Q23/FY23 Conference Call, Kothandaraman stated, "We are seeing Europe starting to pick back up" and "I think the -- once again, the bottom, I think, is behind us. Now you should see a steady uptick there." On April 23, 2024, during the 1Q24 Conference Call, Kothandaraman stated, "[w]e expect Europe . . . to continuously improve," "that's why I said Q1 is the bottom quarter" and "with these growth trends, we expect sell-through to continuously go up." Analysts again repeated Defendants' statements. In its February 6, 2024 report, KeyBanc again noted that Enphase "believes the weakness is temporary and close to the bottom as the fundamentals in Europe are strong." KeyBanc further reported in both its February 6 and April 23, 2024 reports that Enphase "is seeing increased momentum in Europe, and signs of recovery."

19. These statements were materially false and misleading when made because they concealed the structural problems that Defendants knew about through their comprehensive monitoring systems and direct reports from European sales personnel (or, at the least, recklessly disregarded). Rather than acknowledging that the residential solar market in key markets had reached saturation and that Enphase was losing significant market share to Chinese competitors offering comparable products at 50% lower prices—problems that no amount of macroeconomic improvement could solve—Defendants blamed temporary macroeconomic factors and repeatedly assured investors of imminent recovery.

20. The relevant truth concealed by Defendants' false and misleading statements was revealed after the market closed on October 22, 2024, when Enphase announced its third quarter 2024 financial results and disclosed that its "revenue in Europe decreased approximately 15% for the third quarter of 2024, compared to the second quarter of 2024" with "se[ll]-through in Europe . . . 34% down in Q3 compared to Q2," noting that "the overall business environment in the region is challenging." For the fourth quarter of 2024, Enphase provided disappointing revenue guidance of $360-$400 million and disclosed it expected "a continued slowdown in Europe in Q4." When asked about the prior guidance of achieving a "$450 million to $500 million sell-through demand run rate" in 4Q24, Kothandaraman blamed "the European business declining further," explaining, "While the US is proceeding in the right direction, Europe is an entirely different story."

21. On this news, Enphase's stock price declined $13.76 per share, or nearly 15%, from $92.23 to $78.47 per share. Analysts immediately questioned Defendants' explanation that Enphase's problems were short-term and caused by poor economic conditions. For example, Guggenheim downgraded Enphase to Sell and wrote, "We think the issue is much simpler. ENPH . . . is losing share to Chinese competitors who are willing to sell at less than half ENPH's level."

22. This action seeks to recover the losses suffered by Enphase investors because of Defendants' materially false and misleading statements and omissions concerning the Company's European business.

## II. JURISDICTION AND VENUE

23. Plaintiff's claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§ 78j(b) and 78t(a), and the rules and regulations promulgated thereunder, including SEC Rule 10b-5, 17 C.F.R. § 240.10b-5.

24. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 and Section 27 of the Exchange Act, 15 U.S.C. § 78aa.

25. Venue is proper in this District under Section 27 of the Exchange Act, 15 U.S.C. § 78aa, and 28 U.S.C. § 1391(b), because Enphase's principal executive offices are in this District, and because many of the acts and conduct that constitute the violations of law complained of herein, including the dissemination to the public of materially false and misleading information, occurred in this District.

26. In connection with the acts, conduct, and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the United States mails, interstate telephone communications, and the facilities of the national securities markets.

## III. PARTIES

### A. Lead Plaintiff

27. Lead Plaintiff HANSAINVEST Hanseatische Investment-GmbH ("HANSAINVEST") is a German investment firm. HANSAINVEST is known as a Kapitalverwaltungsgesellschaft ("KVG") and functions as a "Master KVG" under German investment company law. Under the German Investment Code, a KVG invests the assets of a third party in its own name and makes investments in such name for

the benefit of a third party. A KVG's investment power and legal ownership of the funds carries with it the right to bring legal claims, in its own name, to recover losses incurred by any funds set up by the KVG. As set forth in the certification previously filed in this action (Dkt. No. 16-2) and incorporated by reference herein, HANSAINVEST purchased Enphase common stock at artificially inflated prices during the Class Period and suffered damages because of the federal securities laws violations alleged herein.

**B. Defendants**

28. Defendant Enphase is a Delaware corporation, with its principal executive offices at 47281 Bayside Parkway, Fremont, California 94538. Enphase develops, manufactures, and sells solar microinverters that are used in residential solar installations, along with solar battery storage systems, solar installation software, and electric vehicle chargers. Prior to and throughout the Class Period, Enphase sold its products primarily in the United States and Europe, which accounted for the majority of the Company's revenues. Enphase's common stock trades on the Nasdaq under the ticker symbol "ENPH." Enphase operated utilizing a January to December fiscal year ("FY") broken into four fiscal quarters, January to March ("1Q"), April to June ("2Q"), July to September ("3Q"), and October to December ("4Q"), such that 1Q23 included January 2023 to March 2023.

29. Defendant Badrinarayanan Kothandaraman ("Kothandaraman") served as Enphase's President and Chief Executive Officer ("CEO") prior to and during the Class Period. Kothandaraman joined Enphase in April 2017 as the Company's Chief Operating Officer and, in September 2017, took over as President and CEO. In this role, Kothandaraman was responsible for all strategic and business aspects of the Company during the Class Period. Prior to joining Enphase, Kothandaraman worked in various product development and general management roles at Cypress Semiconductor from 1995 to 2016.

30. Defendant Raghuveer Belur ("Belur") co-founded Enphase with Martin Fornage in 2006. Belur served as the Company's Senior Vice President and Chief Products Officer prior to and throughout the Class Period. In this role, Belur was responsible for directing the strategic vision of Enphase's products. Prior to joining Enphase, Belur worked as an engineer at the Indian Institute of Science and as a developer of high-speed optical communication technology at Cerent, a company subsequently acquired by Cisco Systems.

31. Defendants Kothandaraman and Belur are collectively referred to herein as the "Individual Defendants."

32. The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Enphase's reports to the SEC, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, i.e., the market. Each Individual Defendant was provided with copies of the Company's reports alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and/or were being concealed from, the public, and that the positive representations that were being made were then materially false and/or misleading.

33. Enphase and the Individual Defendants are collectively referred to herein as "Defendants."

**C. Former Employees ("FEs")**[1]

34. FE-1 worked for Enphase as a senior manager in sales for a region representing approximately 5% of Enphase's European sales from before the Class Period until the summer of 2024. FE-1 was responsible for creating and maintaining the Company's relationships with distributors and installers for Enphase products, including microinverters and batteries for his region. At the beginning of the Class Period, FE-1 reported directly to Peter van Berkel (then-Vice President/General Manager of Europe), who reported to Chief Commercial Officer David Ranhoff. After van Berkel's departure in spring of 2023, FE-1 reported to Marco Krapels (Senior Vice President and Chief Marketing Officer; Head of Europe), who reported directly to Defendant Kothandaraman. Later in 2023, FE-1 reported to a sales director based in his region.

35. FE-2 worked as a Key Account Manager for Enphase from before the Class Period until the summer of 2023. FE-2's responsibilities included business development and maintaining business relations with existing clients (installers), including by communicating with clients directly. FE-2 was predominantly responsible for installers, but onboarded a distributor as well. FE-2 said that he kept an eye

[1] All FEs are defined using masculine pronouns to protect their anonymity.

on products, technical aspects, and promoted Enphase to increase market share. FE-2 believed that his microinverter sales accounted for 35-40% of all sales for the Netherlands market. He had clients who would purchase between 8,000 and 30,000 microinverters per quarter. His territory included West Holland, the province of South Holland, and some parts of North Holland and Zeeland. FE-2 reported to Roel Bollen (Sales Director, Benelux). FE-2 worked in Enphase's Holland office, in Den Bosch. His office included some of the Belgian employees. FE-2 believed that the office had five to seven sales employees, 10 to 20 help desk employees, two technical engineers, one inside sales employee and a secretary. He estimated a total of approximately 30-40 employees in the Den Bosch office. FE-2 had a lot of contact with Peter van Berkel.

36. FE-3 worked in technical support for Enphase from before the Class Period through 2023. FE-3 provided technical support to installers and customers of Enphase's microinverter products, primarily in the Netherlands and Belgium. FE-3 assisted in reconnecting systems through the gateway and clearing congestion from the electrical wires that blocked the connections. FE-3 regularly spoke to installers in the Netherlands and Belgium who installed inverters for both Enphase and competitors. FE-3 reported to Duco Schepers, Team Lead, Technical Support for the Netherlands and Belgium. Schepers reported to a manager in France.

37. FE-4 worked for Enphase from before the Class Period until the winter of 2023 in the Technical Support Department where he provided field support for installers using Enphase products. FE-4 also conducted remote troubleshooting and technical support. During his employment, FE-4 was also an account manager and managed accounts for certain installers. FE-4 worked out of the Freiburg im Breisgau office in southern Germany. Even though he was assigned to the Freiburg office, FE-4 provided support for the French market as well as French-speaking accounts located in Switzerland, Belgium, and Luxembourg. FE-4 estimated that there were 40 employees assigned to the Freiburg office. The office mostly contained customer support and a few field technicians. The Freiburg office had assigned sales staff, but they mostly worked from home. The Freiburg office closed in September 2024. The Munich office, which also had approximately forty employees, closed around the same time.

38. FE-5 worked for Enphase as an engineer and in sales from before the Class Period until 2026. FE-5 was based in Italy, where Enphase had fewer than ten employees. From before the Class Period

until August 2023, FE-5 reported to Sergio Graziosi. After a period without a sales director in Italy, FE-5 then reported to Andrea Antolini, who was Sales Director for Italy until January 2026, when both FE-5's and Antolini's employments were terminated by Enphase. Until Fall 2024, FE-5 worked for Enphase as an engineer, before transitioning to an account manager role. However, due to the small size of Enphase's team in Italy, FE-5 had substantial visibility into the Company's Italian operations, including sales and performance. To that end, from summer 2023 through 2026, FE-5 presented Italian sales data at Enphase's R6Q meetings attended by Defendant Kothandaraman, and throughout his tenure, had access to and reviewed Enphase's sales orders. Furthermore, FE-5 learned about Enphase's market standing and sales performance in Italy and other European markets, including Germany, France, and the Netherlands, through his conversations with senior Enphase colleagues—such as Sabbas Daniel ("Daniel"), SVP of Sales for Europe, and Peter Halmans, Marketing Director for Europe, the Middle East, and Africa—and numerous and frequent conversations with installers and distributors, including at trade shows and road shows throughout the Class Period.

39. FE-6 worked for Enphase in sales from before the Class Period until July 2023. FE-6 was based in the Spanish market. FE-6 worked as an Internal Sales Representative for Enphase from before the Class Period until July 2022. He was then promoted to Key Account Manager from September 2022 to July 2023. When FE-6 was an ISR, he sold Enphase microinverters to installers and distributors in Spain and Portugal. While in that role, FE-6 primarily sold to smaller installers , and communicated with those customers. When he was promoted to Account Manager, FE-6 mainly dealt with and sold Enphase microinverters to medium size distributors and installers in Spain. Some of his duties included communicating with customers about their needs , forecasting sales, training, and ordering products. He reported to the Country Manager for Spain. FE-6 described himself as the fourth highest-ranking Enphase employee in Spain. FE-6 was mostly a remote employee but said that Enphase shared office space at a WeWork-style co-working location.

**D. Confidential Informants ("CI")**

40. Plaintiff also relies on information provided by former industry participants available on the AlphaSense platform, which is a subscriber-based market intelligence platform. AlphaSense publishes these "expert" interviews for subscribers only, details information about the interviewee's title and role,

and provides an automated transcript of the interview. Plaintiff's investigation confirmed the identity of CI-1 and CI-2 and the details of their employment history set forth in the AlphaSense transcript using LinkedIn. During Plaintiff's investigation, CI-1 confirmed that he provided the interview and that he provided true and accurate information, based on his first-hand knowledge, during the interview. CI-1 also provided additional details concerning his first-hand knowledge of the subjects addressed in his interview. As such, information attributed to CI-1 is taken from the AlphaSense transcripts and Plaintiff's investigation. Likewise, CI-2 stated that he provided the interview to AlphaSense and did not have anything additional to add to what was already available in the AlphaSense transcript.

41. CI-1 was a Regional Sales Manager at Menlo Electric until September 2023. Menlo Electric is a solar distributor based in Warsaw, Poland with operations in 30-plus countries across Europe, Middle East, and Africa, and is the fastest-growing solar distributor in Europe. CI-1 was specifically responsible for the Romanian market but stated that he had familiarity with trends across all of Europe, including through weekly meetings with Menlo Electric sales personnel based in other European markets, such as Germany, the Netherlands, and France. AlphaSense conducted its interview on September 6, 2023, and published the interview on September 26, 2023. An automated transcript of this interview is available on AlphaSense's website for paid subscribers.

42. CI-2 was a Product Manager with European Distributor ESTG, a distributor of sustainable energy products based in the Netherlands, from before the Class Period until August 2024. ESTG was strongly focused on sales to residential and small commercial installers. ESTG sold 10 to 11 brands of inverters, ranging from string inverters, string inverters with optimizers, and microinverters, including Enphase. CI-2 was responsible for managing product portfolios and installer relationships across multiple European markets including the Netherlands, Belgium, Sweden, Germany, France, and parts of Italy. AlphaSense conducted this interview on February 13, 2024, and published the interview on February 27, 2024. An automated transcript of this interview is available on AlphaSense's website for paid subscribers.

43. Plaintiff's investigation also included speaking with CI-3. CI-3 worked as a Solar PV Advisor and Estimator at Bespaarmetjedak from October 2017 through July 2024. Bespaarmetjedak was a large Enphase-only installer based in the Netherlands. Enphase ranked installers at silver, gold, and platinum levels. Enphase ranked Bespaarmetjedak as a platinum company, which was the highest-ranking

level that Enphase gave to its installer network, a designation Bespaarmetjedak held from 2020 or 2021 until it closed in July 2024. Enphase provided this designation based on the number of systems installed. CI-3 believed Bespaarmetjedak was one of the ten biggest Enphase installers in the Netherlands. CI-3 described Bespaarmetjedak as employing four salespeople, all based in the Netherlands. Leon Deckers served as the company's primary founder, director, and owner throughout its operation. CI-3 indicated that Bespaarmetjedak purchased their Enphase systems from a sole wholesaler, 4Blue, who purchased directly from Enphase.

## IV. OVERVIEW OF DEFENDANTS' FRAUD

### A. Enphase Is a Solar Microinverter Producer

44. Enphase, a Delaware corporation with its principal offices in Fremont, California, develops, manufactures, and sells solar microinverters that are primarily used in residential solar installations. An inverter is an integral component of a solar energy system, as it converts a solar panel's direct current electricity ("DC") output into alternating current electricity ("AC"), which is the type of electricity used to power most homes and appliances.

45. There are two primary types of solar inverters—microinverters and string inverters. String inverters connect a set of solar panels (called a photovoltaic ("PV") array) to one inverter, and that single inverter converts the power produced by the entire PV array to AC electricity. Because it is necessary to install only one inverter to operate an entire PV array, string inverters are traditionally more cost effective and are easier for solar energy system installers to install for end-users. However, the energy generation from string inverters is limited by the weakest performing panel. For example, if one solar panel is only generating 50% of its DC capacity due to electricity generation challenges such as shading, the electricity generation for all the panels in the PV array is limited to 50%, and if one solar panel in a PV array goes out so too does the electricity generation from all the other panels.

46. Microinverters, on the other hand, are smaller than string inverters and are installed on each panel of a PV array. These individual inverters then convert electricity from DC to AC at the individual panel level, rather than at the system level. As a result, unlike string inverters, shading or damage to one panel does not affect the electricity generation from any other panel in a PV array. Microinverters, however, are typically more expensive than string inverters, and come with additional installation complexities for

installers. Many companies selling microinverters often provide longer warranties (on average 25 years as compared to 10-12 years for string inverters) to end-users.

**Figure 1.** Microinverters vs. String Inverters




47. The market for inverters also includes hybrid systems, in which each solar panel has a power optimizer attached to it, but the DC electricity is still sent to a central, string inverter for conversion to AC power. According to CI-1, beginning in 2022 and 2023, market adoption of string inverters using optimizers became more widespread. CI-1 explained that a string inverter combined with an optimizer can act like a microinverter by optimizing the energy generation from each solar panel in a PV array. For instance, if there are 10 panels in a PV array and one panel is affected by shading, so long as the string inverter is combined with an optimizer the energy generation of the rest of the panels are not affected.

48. Enphase claimed to provide customers with a differentiated microinverter product of superior quality and reliability, for which Enphase purportedly provided exceptional "customer service." Likewise, Enphase charged a premium price in comparison to its competitors based on this purported view of the competitive advantages. For example, for a 6 kW system (around 16-18 solar panels), Enphase's microinverter set-up would cost "about $3,600 up front," while the same set-up from lower-cost, string inverter competitors would cost between $600 and $2,000.

49. In selling its microinverters to customers, Enphase primarily operated a three-tiered supply chain system prior to and during the Class Period. First, Enphase sold its microinverters to solar distributors. Distributors then combined Enphase's microinverters with other products necessary to create PV arrays and resold the combined product to installers. These installers would then execute installation contracts with residential end-users and install the PV array containing Enphase's microinverters into the

residential homes of end-user customers. In certain instances, Enphase also operated a two-tiered supply chain system, selling directly to certain large installers, original equipment manufacturers, and strategic partners.

50. Enphase recognized the revenue from these sales when Enphase "ship[ped] product to [its] distributors and large installers," and also closely tracked the sell-through of its products from distributors to installers, which Enphase stated was a "meaningful representation of [] business trends" and true demand for its products. As Defendant Kothandaraman explained, typical inventory accumulation for distributors and large installers is "8 to 10 weeks" of inventory, with anything beyond 10 weeks causing concern and prompting the question, "why do it?" This is because it is not enough to merely sell microinverters to distributors or large installers—Enphase must also "train[]" them to "increase sell-through" in order to generate "real growth" without creating a build-up of inventory in the hands of Enphase's direct purchasers.

51. Beyond microinverters, Enphase sold other components and features necessary for the installation and maintenance of a functional PV array, including PV array battery storage systems (Enphase's "IQ Batteries") and installation software, including "proposal software and permitting services for both residential and commercial customers" (referred to as "Solargraf"), prior to and during the Class Period. Enphase also sold electric vehicle chargers. However, sales of microinverters made up the majority of Enphase's revenues, with analysts estimating that microinverter sales accounted for about 83% of Enphase's total revenues in the fiscal year prior to the start of the Class Period.

**B. Enphase Increases Its Reliance on European Sales Leading Up to the Class Period**

52. The two primary markets for Enphase's products are the United States and Europe, which accounted for "the majority of [the Company's] revenue[]" each year. In the years following Enphase's founding in 2006, Enphase focused on marketing and selling its products in the United States. Between 2013 and 2015, for instance, international revenue accounted for only approximately 15% of Enphase's net revenue.

53. However, beginning in 2019, Enphase began to rapidly increase its exposure and presence in international markets, specifically in Europe. As Defendant Kothandaraman explained during Enphase's conference call to discuss its financial results for 4Q19/FY19, the Company had "not been happy with [its] progress in Europe," and so had decided to "pull[] out all [the] stops in order to bolster [its] sales force" in

the region and had set an internal "2020 goal [of] doubl[ing its] 2019 European sales." One year later, during the conference call to discuss Enphase's financial results for 4Q20/FY20, Kothandaraman addressed these commitments, stating, "Europe is a great story. . . . The team is ramping in Netherlands, in Belgium, in France. We have recently opened up offices in Poland. Spain, we have sales and FAE [field activation engineers] teams there. We've also launched a massive effort in Germany" which is a "big" solar market. Kothandaraman further described the benefits of entering the "mature" European market, which he stated had "a bunch of suppliers" already in the region "and [Enphase had] clear differentiation." At the time, Kothandaraman said, "It will take us a little bit of time," "[but] I'm sure we'll start making significant progress in that region."

54. In the ensuing two years prior to the start of the Class Period, Enphase's revenue growth and reliance on the European market expanded. During Enphase's conference call to discuss its financial results for 4Q21/FY21, for instance, Kothandaraman touted the Company's performance in Europe, stating that "revenue[s] more than doubled year on year" and that he was "pleased with our team's performance and excited about the growth [potential] in 2022." In response to a question from analyst James West of Evercore ISI ("Evercore") about Enphase's "excite[ment]" in Europe's growth potential, Kothandaraman further stated that "Europe [w]as [] a little bit more advanced than the U.S." in terms of solar and the "adoption is quite nice there," with significant opportunities in Germany, Italy, Spain, Poland, and the U.K.

55. As a result, while in 2019 Enphase had approximately "five or six people" "in Europe," by the end of 2021, Enphase had expanded its team to "35 to 40 people" and planned to "continuously ramp that team" going forward. Evidencing these continuing efforts, in 2022, Enphase grew international revenue, led predominantly by Europe, by 108%.

**Figure 2**. Enphase International Revenue (in thousands)




56. Analysts reacted positively to Enphase's international revenue expansion and repeatedly highlighted its European revenue growth as a key indicator for the Company. As Piper Sandler stated at the start of 2023, "the biggest area where ENPH could surprise to the upside is Europe," where "75% y/y international growth" was expected in 2023 with the opportunity for "Europe [to] outperform[] expectations yet again." BMO Capital Markets ("BMO Capital") stated that Enphase's European growth "continues to impress us." Likewise, HSBC Global Research ("HSBC") stated that Enphase's "next growth market" would be "Europe," and "estimate[d] the [C]ompany's shipments in Europe w[ould] quadruple between 2022 and 2025e, with market share doubling to 25%," as Europe overtook "the US as the largest MLPE market [in 2023]." Similarly, TD Cowen stated that they were "constructive on the [C]ompany given its continued momentum in Europe" and analyst Wolfe Research stated that the Europe story was "**keep[ing] us bullish**" on Enphase's stock.

57. With respect to European sales, Enphase's three largest markets in this region during the Class Period were the Netherlands, France, and Germany, with additional notable sales volume in Spain and Portugal. The Netherlands was Enphase's largest European market and ***accounted for 15% of Enphase's net revenues in 2023***. Meanwhile, Germany posed the greatest opportunity for revenue and

market share growth given its position as "the biggest" "residential solar market" in Europe and Enphase's relative under penetration of that market.

### C. As U.S. Sales Falter, Analysts Look to Enphase's European Business to Drive Growth During the Class Period

58. Despite Enphase's significant international growth between 2019 and 2023, the Company's predominant source of revenue still came from the U.S. market, with annual revenues from the U.S. accounting for between 76% and 84% of total revenues between 2019 and 2022. However, beginning in early 2023, Enphase's revenue generation in the U.S. began to decline precipitously, which Enphase blamed on a variety of macro- and microeconomic factors.

**Figure 3**. Enphase North American Revenue (in thousands)




59. *First*, Defendants blamed slowing U.S. sales on rising interest rates in the U.S., which increased the costs of borrowing money and, in turn, the cost of financing the installation of a PV array. *Second*, they pointed to falling costs that increased the attractiveness of more traditional energy sources (like coal) and led to diminished demand for solar energy systems in states such as Arizona, Florida, and Texas. *Third*, they blamed the introduction of new legislation in California—a state which, at the time, accounted for approximately 20% of Enphase's revenues—called Net Energy Metering ("NEM") 3.0 for significantly impacting the value proposition of purchasing a solar energy system in the state.

60. Defendants claimed that this confluence of factors led to declining microinverter sales in Enphase's U.S. market, as Defendant Kothandaraman explained during a conference call to discuss the Company's financial results for 1Q23 (the "1Q23 Conference Call"): "The sell-through of our microinverters in Q1 decreased 21% sequentially compared to Q4, worse than the typical seasonality of 15%." Then again in 2Q23, the "seasonally up" quarter that Enphase had expected in the U.S. market "didn't materialize," leading to "increased [microinverter] inventory in the channel" in the U.S., which the Company was "aggressive[ly]" working to "manage down." This trend continued throughout the rest of 2023, with demand for microinverters in the U.S. declining as inventory accumulated. For instance, during 3Q23, sell-through of microinverters in the U.S. was down "12%" from already-low levels 2Q23 and U.S. revenue decreased "16% sequentially and 22% year-on-year."

61. Analysts immediately expressed concern regarding the demand decline in Enphase's largest geographic market. For instance, after the 1Q23 Conference Call, BMO Capital issued a report stating that Enphase's "2Q revenue guidance and cautious tone on U.S. growth was more downbeat than expected" and showed that "U.S. headwinds" were "weighing on ENPH near-term outlook." Similarly, Scotiabank lowered its "revenue and EPS estimates" "for FY23 on the general uncertainty in the US."

62. Then, following the conference call to discuss Enphase's 2Q23 financial results (the "2Q23 Conference Call"), Wolfe Research voiced concern in a report about the Company's seemingly "clogged up" "US microinverter channel," noting "[t]he channel is full." BMO Capital lowered estimates due to a "more bloated than anticipated" "inventory channel" in the U.S. and stated that the trend showed no signs of alleviation. Similarly, Piper Sandler issued a report expressing concern regarding the significant reduction in Enphase's "pace of US micro shipments into the channel during 1Q'23/2Q'23." Guggenheim stated in a July 28, 2023 report that the "[r]eality of [s]lower [g]rowth" in the U.S. had started to "[h]it[] [h]ome" with investors, as "ENPH's market share in the US is unlikely to improve from its already-robust levels, and in fact [has] . . . the potential for a modest market share decline next year."

63. Given the diminishing demand for Enphase's products in the U.S. leading up to the Class Period, analysts highlighted Enphase's European revenue growth as a saving grace for the Company in an otherwise difficult overall sales environment. For instance, Roth MKM Partners, LLC ("Roth MKM") stated in a January 2023 report that any slowdown in the "US resi solar market" in 2023 "could be offset

by [] hyper-growth in the EU at potentially >100%." Likewise, Piper Sandler stated in a January 2023 report that they projected "75% y/y international growth" in 2023, but that Enphase could "outperform" even these lofty expectations. Two weeks later, in February 2023, Piper Sandler stated that while they "remain[ed] cautious on the US resi solar outlook," they were "encouraged by intl growth" and its ability to "offset[] the sequential US decline." In another February 2023 report, Barclays stated that the "slowdown in US residential solar should be offset by growth in Europe" in 2023. In an April 2023 report, TD Cowen stated that despite the inventory accumulation and diminished demand in the U.S. market, they "remain[ed] constructive on [Enphase] given its continued momentum in Europe." HSBC stated in an April 2023 report that Enphase's "next growth market" would be "Europe," not the U.S. As these reports reflect, analysts were focused on Enphase's European business as the engine to drive growth in 2023.

### D. Given the Importance of the European Market, the Individual Defendants Closely Tracked Enphase's Sales and Demand Metrics for Each European Country

64. Given the increasing importance of the European market to Enphase, throughout the Class Period, the Individual Defendants maintained continuous, granular oversight of European market operations, including by tracking country-specific sales data, demand metrics, and market dynamics across Europe. This knowledge and control are evidenced by detailed FE accounts and the Individual Defendants' statements made during publicly filed earnings calls. Based upon this close internal review, Defendants knew (or, at the least, were reckless in not knowing) of the significant systemic challenges facing Enphase's business that Defendants downplayed in their statements to investors throughout the Class Period.

65. ***Weekly European Sales and Inventory Meetings***. FE-1 participated in weekly Europe sales review meetings during the Class Period, which were held remotely via Microsoft Teams and were attended by, among others, Defendant Kothandaraman, Chief Financial Officer Mandy Yang, David Ranhoff, Marco Krapels, the Operations Team, and all European Sales leadership. FE-1 recalled that these meetings served two purposes. ***First***, the participants would discuss and review actual versus forecasted shipments of Enphase products to distributors for each European sales region. In this review, the European sales directors, such as the sales directors for the Netherlands, Germany, and France, presented data and provided brief comments and explanations for any difference between actual and forecasted shipments to distributors

for their respective European regions. ***Second***, FE-1 explained that each European country head presented distributor sales-to-installer data to assess the strength of the Company's sales out of the channel.

66. Defendant Kothandaraman confirmed in his public statements that he attended weekly sales review meetings to discuss European sales. Before the Class Period, Kothandaraman described Enphase's weekly "meticulous" meetings to review European sales: "We have a very meticulous meeting, meaning review every week where we look at point of sales in Europe by country, by distributor." Kothandaraman also confirmed Defendants' close review of the inventory channel throughout the Class Period. Kothandaraman described the Company's weekly review process: "[W]e have . . . [a] graph" that shows "how much is our sell-through, how much is our sell-in, should we really do so much of sell-in, are we going to stay within the guardrails, which is 8 to 10 weeks." Kothandaraman stated that through this weekly review, "[y]ou start understanding which of the installers aren't doing enough volume with you" and therefore "[s]ales guys are focused on the right things versus pushing in stuff into the channel."

67. ***Quarterly Revenue and Forecast Meetings***. Defendants also closely tracked quarterly sales data and key metrics by European region during monthly "R6Q meetings." According to FE-1, these meetings were held via Microsoft Teams and attended by Enphase's C-Suite members, including CEO Kothandaraman, and European sales leaders, such as Marco Krapels. During the R6Q meetings, each country or region presented detailed sales data, key metrics, and forecasts extending six quarters ahead using PowerPoint slides and Excel tables. In terms of key metrics, FE-1 explained that Kothandaraman emphasized the total number of Enphase installers in each country and the number of sales to those installers. FE-1 called this a much more intensive review than the weekly sales review meetings.

68. FE-2 confirmed that Enphase used quarterly sales targets and a forecasting process extending six quarters into the future and that Defendant Kothandaraman generally attended these meetings. Based on his attendance at these meetings, FE-2 reported that adjustments to these forecasts were discussed at R6Q meetings. FE-2 also recalled that forecasting was a continuous process rather than something that occurred only during formal R6Q meetings. Per FE-2, European managers regularly published updated figures and forecasts could be adjusted whenever new information was received from customers or employees. FE-2 further stated that there were regular lines of communication between Enphase's European headquarters and its California headquarters, and the Company's senior management,

including Kothandaraman, had access to the figures published by European managers on an ongoing basis. FE-2 also recalled that Enphase management received information regarding market conditions through regular communications and the forecasting process.

69. Similarly, FE-5 confirmed the existence and purpose of the R6Q meetings at Enphase based on his attendance. During these meetings, which he regularly attended from August 2023 through the end of the Class Period, FE-5 reported that he was exposed to Enphase sales and performance data. FE-5 also observed that Defendant Kothandaraman and the executive team were knowledgeable about the European market dynamics, describing the R6Q meetings as an exam for the sales team and sales directors. According to FE-5, Enphase sales directors and vice presidents, including then-SVP of Sales for Europe Daniel, reported on the performance of their respective regions and provided forecasts. FE-5 further stated that decreasing Enphase installations and increasing Chinese installations (including specific Chinese brands) were discussed at R6Q meetings, including a supermajority of the R6Q meetings that FE-5 attended.

70. FE-5 recalled that he also was exposed to Enphase sales and performance data through frequent calls and conversations with various Enphase employees located throughout Europe, including Enphase's then-SVP of Sales for Europe, Daniel, then-Marketing Director for EMEA, Peter Halmans, Italy's two sales directors, and sales and technical employees located in various countries throughout Europe, including Germany, France, and the Netherlands. FE-5 also received pertinent sales information by reviewing sales orders and recalled that he had access to data reflecting that Enphase had lower installations in the Netherlands beginning in late 2023 or early 2024. FE-5 recalled that this data was backed up via his contacts in the Netherlands, including his association with Enphase's then-Marketing Director for EMEA, Halmans. Likewise, FE-5 reported that from his sales meetings and conversations with technical employees based in Germany, FE-5 learned that Germany was experiencing a more precipitous decline than France. FE-5 also recalled that the revenue and forecasting data that he viewed for Italy and other European countries showed a gradual decline in sales beginning in approximately late 2022 or early 2023.

71. ***Weekly Monitoring of System Activations***. Defendants emphasized their ability to track data indicating when an end-user activated a new microinverter, stating that this data allowed Enphase to

identify demand "trend[s]" in real time. Kothandaraman confirmed that Enphase monitored activation data for the Netherlands market on at least "a weekly basis," stating "every week, we monitor how many systems g[e]t connected to the cloud and whether they have solar plus storage, et cetera." Kothandaraman further confirmed that bookings data served as a "leading indicator[]" of future revenue that Enphase actively tracked.

*72.* ***Solargraf Platform***. Enphase's Solargraf design and proposal application became available to installers in Germany beginning in the third quarter of 2023 and in the Netherlands beginning in the third quarter of 2024. According to Kothandaraman, Solargraf allowed Enphase to see "into the front end" of the business, tracking the entire customer acquisition funnel: "leads get converted into proposals, converted into contracts, converted into permits and then the installs happen, then you have activations." Kothandaraman stated that Solargraf gave Enphase "the entire visibility on . . . the broad trends and broad strokes or what we are interested [in knowing], this month, what happened in this particular region, what is the statistics of leads versus contracts signed." When asked by an analyst about "internal sort of top of the funnel indicators from the software platform" regarding "installer demand," Kothandaraman responded, "Yes. I mean we usually talk about them if they are meaningful enough." During the 1Q24 Conference Call, Kothandaraman explained that Enphase was "having more and more and more revenue coverage for Solargraf . . . so that as many installers [as] possible are on that particular tool," enabling the Company to gather "a lot more statistics."

*73.* ***Direct Communication with Distributors and Installers***. Kothandaraman frequently emphasized Defendants' visibility into Enphase's European business stemming from their close relationships with European distributors and installers. He explained with respect to Europe that: (1) "We do have good visibility. We do have the strong orders partners, our installer partners, distributor partners . . . . [A] few of them even come to our headquarters quite routinely" and "we also visit them quite a bit"; (2) "We are very close to our customers" and Enphase leadership "[hears] from all of them" regarding demand trends in Europe; (3) "[W]e have a lot of robust discussions" with installers, and "are talking to customers more than ever"; and (4) Enphase's "team," including "sales" personnel, was actively "listening to our installers and their salespeople." FE-5 recalled that, in 2023 and 2024, he received

information about Chinese competition month-after-month in discrete interactions with installers and distributors.

74. ***Travel to European Markets***. Kothandaraman also emphasized his frequent travel to Europe, supporting his close attention to the market. For example, during the 3Q23 Conference Call, he stated, "I was in [the] Netherlands 2 weeks ago. I visited with our leading installers." Kothandaraman reported that Enphase "kicked off the new year [2024] with the Solar Next event in Netherlands," at which the Company "hosted 800-plus installers across the country," as well as "a bunch of energy providers," and "transmission line operators." FE-2 also interacted with Kothandaraman during his European visits. FE-2 recalled that during his tenure Kothandaraman visited the Holland office twice as part of a European-wide tour. FE-2 personally attended these meetings with Kothandaraman. He said that these meetings were to discuss world sales results and/or projections for the upcoming quarter. FE-5 similarly recalled that he learned about the solar market in Europe from frequently interacting with installers and distributors throughout Europe via his fieldwork and attendance at road shows and trade shows, including the Key Energy trade show in Italy.

75. ***Market Intelligence***. FE-2 reported that market intelligence research published by recognized research organizations was widely known within Enphase because employees regularly monitored market conditions and market share. FE-5 stated that Enphase employees used Italia Solare for market data in Italy. FE-5 stated his belief that Kothandaraman reviewed market data because he always seemed super prepared and well-informed about the markets in Europe and Italy, including with respect to the Italian Super Bonus program, at R6Q meetings.

76. Through these comprehensive monitoring mechanisms—which Defendants themselves publicly touted—the Individual Defendants possessed continuous, granular knowledge of actual sales performance, demand trends, and competitive dynamics across every major European market throughout the Class Period.

### E. During the Class Period, Defendants Downplayed and Concealed Structural Weaknesses in Enphase's European Business

77. During the Class Period, as set forth in Sections IV.F and V below, Defendants repeatedly assured investors that Enphase's European business was experiencing "rapid[]" and "robust" growth, that

demand remained "strong" across key markets including the Netherlands and Germany, that any weakness was "temporary" with "fundamentals remain[ing] strong," and that Europe had "begun to recover" and "stabilize[]" by early 2024. These statements were materially false or misleading when made because: (i) demand for Enphase's products was collapsing across major European markets starting in early 2023; and (ii) Enphase's core problems were structural and permanent—the residential solar market in key European countries had reached saturation, Enphase was actively losing market share to Chinese manufacturers selling comparable products at 50% lower prices, and Enphase was experiencing issues related to its customer service and products that undermined Enphase's value proposition. This was not merely a temporary inventory correction or cyclical demand weakness that would resolve through macroeconomic improvement, but rather long-term market share destruction driven by structural issues, rendering Defendants' public assurances of European strength, temporary weakness, and imminent recovery materially false and misleading.

### 1. Estimated FY23 and FY24 Enphase European and Country Revenues

78. ***Reported Total Revenues***. For FY23 and FY24, and for each quarterly fiscal period therein, Enphase reported total revenues as follows:

| In millions | **1Q** | **2Q** | **3Q** | **4Q** | **Fiscal Year** |
|---|---|---|---|---|---|
| **FY23** | $726.0 | $711.1 | $551.1 | $302.6 | $2,290.8 |
| **FY24** | $263.3 | $303.5 | $380.9 | $382.7 | $1,330.4 |

79. ***Estimated European Revenues***. In its Forms 10-K for FY22, FY23, FY24, and FY25, Enphase reported that Europe represented approximately 19%, 31%, 23%, and 14%, respectively, of Enphase's total revenues. Additionally, on its quarterly earnings calls, Enphase typically disclosed the percentage by which its European revenue changed from the prior quarter. Applying those quarterly changes and scaling the results so that each year's quarters equal the annual European percentage Enphase reported, Enphase's European revenues on a quarterly basis for FY23 and FY24 can be estimated as follows:

| In millions | 1Q | 2Q | 3Q | 4Q | Fiscal Year | % of Total Revenues[2] |
|---|---|---|---|---|---|---|
| **FY23** | $213.7 | $267.2 | $176.3 | $52.9 | $710.1 | 31% |
| **FY24** | $87.7 | $87.7 | $74.6 | $55.9 | $305.9 | 23% |

80. In a January 2024 report, TD Cowen estimated Enphase's "exposure to Europe" as approximately 35% of its revenue. Seaport Research provided a similar estimate in a February 2024 report, noting that Enphase's European business "accounted for 89% and 34% of international" and total revenue, respectively.

81. ***Estimated Country Revenues***. Throughout FY22 to FY25, Enphase repeatedly identified the Netherlands, France, and Germany as its principal European markets.

82. During the Class Period, Defendants described these three countries as Enphase's "3 largest markets in Europe" and its "key market[s] in Europe," and ranked them, in order, as Enphase's largest European markets for 2023: the Netherlands, followed by France, followed by Germany. On each earnings call from 3Q23 through 2Q24, Defendants reported quarterly sell-through results for each of the three countries, describing the Netherlands as "[its] largest European market." Analysts, including Roth MKM in a December 18, 2023 report, similarly described the Netherlands, French, and German markets as "key" for Enphase. Seaport Research in an October 30, 2023 report described these three countries as Enphase's "three largest national sales footprints on the continent" explaining that "collectively" these countries "accounted for ~88% of [Enphase's] 1H23 top line for Europe."

83. The remainder of Enphase's European revenues (referred to herein as "Rest of Europe") was derived from Enphase's smaller European markets, including Italy, Spain, Portugal, Belgium, the United Kingdom, Austria, Switzerland, Poland, Greece, Sweden, and Denmark.

84. **The Netherlands**. For FY22 and FY23, Enphase reported Netherlands revenue of $196.2 million and $351.6 million, respectively, and for FY24 and FY25 it disclosed only that Netherlands

[2] Because each fiscal year is scaled separately to its reported annual percentage, the estimated change across fiscal year boundaries (from the fourth quarter of one year to the first quarter of the next) may differ from the change Enphase disclosed. For example, Enphase reported a 70% increase in European revenue in 1Q24, while the estimates imply a 66% increase (a difference of approximately $2 million). Applying the 70% increase would put FY24 European revenue at approximately 24% of total revenue, rather than the 23% Enphase reported.

revenue was less than 10% of total revenue. However, Enphase did not report Netherlands revenue on a quarterly basis. Nevertheless, the Company's quarterly Netherlands revenue can be estimated from its disclosures. Beginning in 3Q23 and continuing through 2Q24, Enphase reported quarterly changes in Netherlands sell-through alongside changes in European sell-through. Applying those relative changes to the Netherlands share of the above estimates of Enphase's quarterly European revenues (holding the Netherlands share constant for periods in which no Netherlands sell-through was disclosed, at the level implied by the reported Netherlands revenue or at its most recently estimated level) and calibrating those results against the annual Netherlands revenue the Company reported, quarterly Netherlands revenue can be estimated for FY23 and FY24. The resulting quarterly estimates for FY23 add up to $351.6 million and the quarterly estimate for FY24 add up to less than 10% of Enphase's total revenues for those fiscal years.

| In millions | **1Q** | **2Q** | **3Q** | **4Q** | **Fiscal Year** | **% of Total Revenues** |
|---|---|---|---|---|---|---|
| **FY23** | $110.2 | $137.7 | $83.9 | $19.8 | $351.6 | 15.3% |
| **FY24** | $29.5 | $24.3 | $20.7 | $15.5 | $90.0 | 6.8% |

85. In an October 2023 report, Seaport Research noted that it had "inferred ENPH's Netherland sales represented about 48% of its 1H23 revenue for Europe." In a January 2024 report, TD Cowen estimated that "the Netherlands was ~20% of Enphase's revenue in 1H23." These analysts' estimates are consistent with the estimates provided in the table above for the share of Enphase's 1H23 revenues in Netherlands ($247.9 million out of $480.9 million in Europe and $1,437.1 million globally).

86. **France**. Enphase disclosed that France represented 10.6% of its total revenue in FY24, or approximately $141.0 million, and that French revenue was less than 10% of total revenue in FY22, FY23, and FY25. Enphase did not report French revenue on a quarterly basis, but the Company's quarterly French revenue can be estimated from its disclosures. Beginning in 3Q23 and continuing through 2Q24, Enphase reported quarterly changes in French sell-through alongside changes in European sell-through. Applying those relative changes to the French share of the above estimates of Enphase's quarterly revenues (holding the French share constant, for periods in which no French sell-through was disclosed, at the highest level consistent with Enphase's disclosure that French revenue was less than 10% of FY23 total revenue for periods before 3Q23, and at its most recently estimated level for periods after 2Q24) and calibrating the results to the FY24 French revenue the Company reported, quarterly French revenue can be estimated for

FY23 and FY24. The resulting quarterly estimates for FY24 therefore add up to approximately $141.0 million, and the estimates for the first half of FY23 represent the maximum French revenue consistent with Enphase's disclosures.

| In millions | 1Q | 2Q | 3Q | 4Q | Fiscal Year | % of Total Revenues |
|---|---|---|---|---|---|---|
| **FY23** | $63.1 | $78.9 | $63.5 | $23.6 | $229.1 | Approx. 10% |
| **FY24** | $41.3 | $40.1 | $34.1 | $25.6 | $141.0 | 10.6% |

87. In a January 2024 report, TD Cowen estimated that France, "Enphase's 2nd . . . largest market[] in Europe" was in the "low double digits" as "a percentage of revenue." Seaport Research estimated that "ENPH derived roughly 32% of its international revenue from France" in a February 2024 report.

88. **Germany + Rest of Europe**. Enphase never disclosed its revenue for Germany (or from any other countries in the Rest of Europe), either in dollars or as a percentage of total revenue, and did not identify Germany as accounting for 10% or more of its total revenue in any year. Defendants did, however, describe Germany as one of Enphase's "key markets in Europe," ranked it as Enphase's third-largest European market in FY23 behind the Netherlands and France, and, beginning in 3Q23 and continuing through 2Q24, reported quarterly changes in German sell-through alongside changes in European sell-through. Because Enphase disclosed no annual German revenue against which those changes could be calibrated, Germany's quarterly revenue is not separately estimated. Instead, Germany's revenue is included, together with Rest of Europe, in the remainder of Enphase's estimated quarterly European revenue after subtracting the above estimates of Dutch and French revenue. Because the estimates of French revenue for the first half of FY23 represent the maximum consistent with Enphase's disclosures, the corresponding estimates of Germany and Rest of Europe revenue for those periods represent the minimum consistent with those disclosures.

| In millions | 1Q | 2Q | 3Q | 4Q | Fiscal Year | % of Total Revenues |
|---|---|---|---|---|---|---|
| **FY23** | $40.4 | $50.6 | $28.9 | $9.5 | $129.4 | 5.7% |
| **FY24** | $16.9 | $23.3 | $19.8 | $14.9 | $74.9 | 5.6% |

89. In a January 2024 report, TD Cowen estimated that Germany, Enphase's "3rd largest market[] in Europe" was in the "low single digits" as "a percentage of revenue." In a January 2025 report,

TD Cowen estimated that "[i]n 2023, Germany accounted for . . . 8% of revenue for . . . Enphase," making the estimates set forth above conservative.

90. ***Estimated European Product Mix***. Enphase did not report its European revenue by product. Its disclosures nonetheless show that, from FY22 through at least 2Q24, microinverters (and related products) accounted for the large majority of its European sales. Through FY22, Enphase sold batteries in Europe only in Germany and Belgium, and it did not begin shipping batteries into the Netherlands or France until late March and April 2023. Beginning with Enphase's 3Q23 earnings call, Defendants disclosed quarterly changes in European sell-through separately for microinverters and batteries, as well as overall. In 4Q23, European sell-through declined approximately 20% overall, 23% for microinverters, and 2% for batteries compared to 3Q23; in 2Q24, it increased approximately 3% overall, was flat for microinverters, and increased 18% for batteries. Because the overall change is a weighted average of the changes for each product, these disclosures, together with Defendants' disclosure that European microinverter and battery sell-through declined approximately 35% and 14%, respectively, in 3Q23, imply that batteries represented only approximately 11% to 19% of Enphase's European sell-through from 2Q23 through 2Q24, and microinverters the remaining approximately 81% to 89%. While Enphase did not disclose comparable information for later periods, in FY25, Defendants attributed Enphase's European revenue growth in 1Q25 to shipments of its new FlexPhase battery in Germany and described the Dutch market as transitioning from solar-only systems to integrated solar-plus-battery systems, indicating that the battery share of Enphase's European sales increased in FY25.

91. Based on the above information, Enphase's European microinverter revenue can be estimated for the quarters covered by the Class Period, 1Q23 through 3Q24, as follows. For the two quarters for which Enphase did not disclose separate microinverter and battery sell-through, 1Q23 and 3Q24, the microinverter share is held at the level implied by the nearest quarter, with the share for 1Q23 carried back from 2Q23 and the share for 3Q24 carried forward from 2Q24.

| In millions | **1Q23** | **2Q23** | **3Q23** | **4Q23** | **1Q24** | **2Q24** | **3Q24** |
|---|---|---|---|---|---|---|---|
| **Estimated European revenue** | $213.7 | $267.2 | $176.3 | $52.9 | $87.7 | $87.7 | $74.6 |
| **Implied microinverter share** | 88.8% | 88.8% | 85.7% | 82.5% | 83.3% | 80.9% | 80.9% |
| **Estimated European microinverter revenue** | $189.8 | $237.3 | $151.1 | $43.6 | $73.1 | $71.0 | $60.3 |

92. These estimates are likely conservative in 1Q23 and generous in 3Q24. Enphase began shipping batteries into its two largest European markets, the Netherlands and France, only in late March and April 2023, so its actual microinverter share in 1Q23 was likely higher than the share implied for 2Q23, and its 1Q23 European microinverter revenue was likely higher than estimated above. Conversely, in 3Q24, Defendants stated that the Dutch market was "transitioning away from solar-only systems" and that this had "increased the adoption of batteries," so Enphase's actual microinverter share in 3Q24 was likely lower than the share implied for 2Q24, and its 3Q24 European microinverter revenue was likely lower than estimated above. Additionally, 4Q23 may overstate the amount of microinverter revenue Enphase derived from Europe because the Company heavily under-shipped to European countries in that quarter.

93. ***Estimated Country Product Mix***. Enphase did not disclose its product mix for any individual European country. However, the estimates of Enphase's European microinverter revenue derived above permit an estimate of the minimum microinverter revenue Enphase generated in its two largest European markets, the Netherlands and France. The remainder of Enphase's estimated European revenue in each quarter was attributable to batteries. Even assuming that all of that battery revenue was earned in the Netherlands and France, and none in any other European country, microinverters would still have accounted for at least approximately 74% to 86% of Enphase's combined Dutch and French revenue in each quarter of the Class Period, as follows:

| In millions | **1Q23** | **2Q23** | **3Q23** | **4Q23** | **1Q24** | **2Q24** | **3Q24** |
|---|---|---|---|---|---|---|---|
| **Estimated Netherlands + France revenue** | $173.3 | $216.6 | $147.4 | $43.4 | $70.8 | $64.4 | $54.8 |
| **Minimum microinverter revenue** | $149.4 | $186.7 | $122.2 | $34.1 | $56.2 | $47.7 | $40.5 |
| **Minimum microinverter share** | 86.2% | 86.2% | 82.9% | 78.7% | 79.3% | 74.0% | 74.0% |

94. Enphase's microinverter share in the Netherlands was likely higher still. Enphase sold no batteries in the Netherlands until late March and April 2023, and Defendants did not describe the Dutch market as "transitioning away from solar-only systems" until October 2024. Accordingly, the share of Enphase's Dutch revenue attributable to microinverters was likely no lower than the European average of approximately 81% to 89%, as follows:

| In millions | 1Q23 | 2Q23 | 3Q23 | 4Q23 | 1Q24 | 2Q24 | 3Q24 |
|---|---|---|---|---|---|---|---|
| **Estimated Netherlands revenue** | $110.2 | $137.7 | $83.9 | $19.8 | $29.5 | $24.3 | $20.7 |
| **Microinverter share (European average)** | 88.8% | 88.8% | 85.7% | 82.5% | 83.3% | 80.9% | 80.9% |
| **Estimated Dutch microinverter revenue** | $97.9 | $122.3 | $71.9 | $16.4 | $24.6 | $19.7 | $16.7 |

### 2. Enphase Encountered Market Saturation and Declining Demand for Residential Microinverters in Its Key European Markets

95. FEs confirm that Enphase's Europe segment was experiencing significant headwinds due to weakening sales and declining demand for Enphase products by ***early 2023***.

96. FE-2 described the Netherlands as a significant market for Enphase, estimating based on market intelligence research published by recognized research organizations that, in 2022, Enphase held approximately 55% to 65%, and possibly as much as 70%, of the overall residential inverter market in the Netherlands. According to FE-2, the Netherlands may have represented approximately 40% or more of Enphase's total European revenue; revenues derived from countries like France and Germany were lower. As explained above in Section IV.E.1, estimated Netherlands revenue was approximately 49.5% of Enphase's European revenues and 15.3% of Enphase's total revenues for FY23 and approximately 29.4% of Enphase's European revenues and 6.8% of Enphase's total revenues for FY24. Additionally, Netherlands microinverter revenue during the Class Period was between approximately 28% and 52% of European microinverter revenues and 22% and 46% of total European revenues.

97. With respect to Enphase's core European market in the Netherlands, FE-2 recalled that while Enphase experienced sales growth in 2021 and 2022, this trend reversed ***in early 2023*** when the residential solar market in the Netherlands dried up and Enphase's sales declined. Starting in the beginning of 2023, FE-2 said that he could see the Company ***was losing market share based on sales data that was maintained on Salesforce***. FE-2 said that the Netherlands sales team could see the signs because the sales distributors were ordering less product and the installations started to diminish. Around mid-2023, FE-2 saw that problems for Enphase in the Netherlands started to really manifest. FE-2 indicated that he knew the market and knew the problems. FE-2 compared it to being on the Titanic and said it was a matter of "let's keep on going and we will miss the iceberg." He was told by European management that it was "just

a dip in the market and that everything will be ok," but they all knew it was not just a dip in the market. Competition in the Netherlands also picked up significantly in 2023. For example, FE-2 explained that before 2023, it was common that when a homeowner wanted solar, they would have three to four installers visit; but in 2023, in the Netherlands, prospective end-use customers would see 20-25 installers making an offer, which was an entirely different dynamic from the market before.

98. FE-2 stated it was his view that while certain portions of the market remained stronger than the residential market—such as the commercial market—Enphase's problem was that it could not compete for this business because it was much cheaper to use competitors' products in commercial projects and social housing. FE-2 cited two competitors that were much cheaper to use for commercial projects: APsystems (microinverter) and Huawei (string inverter). FE-2 confirmed that Enphase's reliance on the residential market created significant risk for Enphase because it did not diversify to market to other end-users outside of the residential market. FE-2 explained that for Enphase to enter other markets, it would have needed to develop new products or develop other ways of communicating its current products to the market, which it did not do during his tenure.

99. FE-2 stated that Enphase management would have been aware of the decline in demand in the Netherlands. FE-2 recalled that this decline may have begun as early as 4Q22, and no later than the beginning of 2023. While Enphase employees initially expected demand to recover in 2Q23, by April 2023 it became apparent to FE-2 that the decline was not merely temporary and that demand was not recovering. Per FE-2, Enphase employees observed the decline directly because major customers began ordering fewer products and management received information regarding market conditions through regular communications and forecasting processes. FE-2 identified several major customers that FE-2 recalled ordered less product, including installers Zonnemarkt, Saman, and Soly, and distributors Solarclarity, 4Blue, and SolarEdge. FE-2 also reported that, with limited exceptions, customers within his portfolio (roughly 80-90 entities that primarily were installers) generally reduced their orders, and his principal customers significantly reduced their purchases. FE-2's customers typically purchased between approximately 8,000 and 30,000 units per quarter, depending on the customer and period; however, by the end of 2Q23, FE-2 estimated that orders were less than 50% of prior levels. FE-2 stated that this decline affected all FE-2's principal customers and was not limited to one or two accounts.

100. FE-2 recalled that Enphase used quarterly sales targets and a forecasting process extending six quarters into the future. FE-2 stated that these forecasts were not initially reduced substantially because Enphase employees believed the decline could be temporary. However, beginning around April or May 2023, FE-2 stated that the Company's 2023 sales forecasts for the Netherlands region, as presented during R6Q meetings, were cut by roughly half or more, and that by the time he left Enphase, the forecast had been cut by two-thirds relative to the original projections. FE-2 described these reductions as occurring gradually over several months. The forecast adjustments were discussed at Enphase's monthly R6Q meetings, including at two such meetings that occurred in 2023 before FE-2 left the Company. FE-2 also recalled the forecast adjustments were discussed during this same period with Enphase's Chief Commercial Officer, David Ranhoff. FE-2 further reported that other European markets did not upwardly adjust sales forecasts during R6Q meetings to offset the downward adjustment in the forecast for the Netherlands market. FE-2 explained that although countries such as France and Germany may not have experienced the same degree of contraction as the Netherlands, those markets were not performing strongly enough to compensate for the lost Dutch business and thus did not increase their forecasts to compensate for reductions in the Netherlands forecast in 1H23.

101. Per FE-2, installers generally noticed the decline in demand before distributors because installers were closer to the end customer, installers reduced their orders as their own channel inventory accumulated, and distributors would then experience the impact after a short delay as installers stopped replenishing inventory. While this delay could be a matter of weeks, FE-2 stated that the overall decline occurred quickly and was apparent in the supply chain.

102. FE-2 recalled that Enphase employees widely discussed the decline in demand and reduced orders daily. FE-2 further stated that Defendant Kothandaraman was knowledgeable about the Dutch and Belgian markets and participated in regular calls during which market conditions were discussed. According to FE-2, Kothandaraman was particularly interested in understanding market conditions and had access to detailed information concerning the business. FE-2 further confirmed that there were regular lines of communication between Enphase's European headquarters and its California headquarters and European managers regularly published updated figures and because forecasting was a continuous process

at Enphase, they could be adjusted whenever new information was received from customers or employees. According to FE-2, Kothandaraman had access to the figures on an ongoing basis.

103. Similarly, FE-3 recalled that by the summer of 2023, he heard from installers that the market was saturated with solar systems in the Netherlands. FE-3 also indicated that he could connect to the gateway and see how many people on a given street had Enphase microinverters. His understanding of the saturation in the Netherlands market was based on a combination of his calls with installers and seeing it through the gateway. He would also log into a database (web-based) and see all the addresses of the people who had Enphase installations across the Netherlands, France, and Belgium. He said the number of Enphase installations was tracked and visible on the screen. FE-3 would search across the Netherlands, France, Belgium, and other countries to see which locations had been busier than the Netherlands. FE-3 recalled Western Europe was saturated.

104. FE-3 indicated that in the Netherlands, by August or September 2023, installers relayed to FE-3 that Enphase microinverter sales had slowed down. FE-3 said sales in the Netherlands declined even more after the summer of 2023. FE-3 said from late summer 2023 into the winter season the call volumes were expected to decrease and the teams would begin to work on the backlog. There would be fewer installers making installations over the winter because there would be less sun exposure during the winter season. The slowdown experienced over the summer worsened into the winter, with the call volumes dropping to even less than before.

105. CI-3 confirmed that market saturation contributed to the decline in Enphase microinverter sales in the Netherlands in 2023 and 2024. CI-3 explained that there are about eight million houses in the country and that by 2024, three million houses in the Netherlands had already purchased solar panels and inverters, according to Centraal Bureau voor de Statistiek data. CI-3 explained the solar boom in the Netherlands occurred during and just after Covid, from 2020 through 2022. During this time, those who were affluent and knowledgeable purchased solar systems for their homes and in many cases purchased Enphase microinverters. By September 2023, CI-3 said he observed the market was shrinking and fewer Dutch consumers were interested in investing in a residential solar system. Through his daily interactions with prospective customers, CI-3 said that fewer affluent Dutch consumers interested in a residential system remained in the Dutch market. Instead, by this time, CI-3 observed that the potential customers

were people who did not have money, were not knowledgeable of the quality of Enphase's microinverters, and wanted to make their own green energy with 500 euros, which meant they were not interested in purchasing Enphase products. In part due to this market saturation, the solar market became a dead-end street in the Netherlands by September 2023 and continued into 2024.

106. When asked how he would secure a lead and make first contact with a potential customer, CI-3 explained a potential customer would express their potential interest on a website and there would be up to three companies that could submit information for the person to select. CI-3 would write quotes for PV systems and submit them. If he were to receive a response to his quote, his colleague would contact the person and set up an appointment for him. CI-3 said that for the last three years he worked with Bespaarmetjedak, all of his sales were by word-of-mouth referrals from his and his colleagues' former clients. When asked if the number of referrals fluctuated, CI-3 stated that it was after the summer of 2023, and by September 2023, the decline in prospective leads happened rapidly.

107. CI-3 confirmed that he closely tracked his conversion rate, meaning the percentage of leads that resulted in a sale. CI-3 explained that he kept spreadsheets tracking his conversion rate for six years, through the end of his employment in July 2024, so that he could monitor changes in the market. CI-3 recalled that in 2022, when the market was strong, his conversion rate was 33%: he would schedule three customer visits per day, and one would result in a sale. In his best month on record, he made 45 sales. As 2023 progressed, however, CI-3 stated that both his customer visits and his sales declined. By September 2023, his conversion rate had fallen to 10%, and his sales volume was roughly one-third of normal. His conversion rate stayed around 10% until Bespaarmetjedak closed in July 2024. According to CI-3, his conversion rate fell because the market had become saturated, and the customers remaining were primarily those who could not afford Enphase microinverters, which were consistently the highest-priced option. CI-3 believed that Deckers may have shared conversion rates with Enphase in 2023 through the wholesaler from which Bespaarmetjedak purchased its Enphase microinverters. In addition to Bespaarmetjedak's closure in July 2024, CI-3 confirmed that several Dutch solar market leaders that sold a high number of Enphase inverters went bankrupt, including Novavolt (May 2024), Bongo Solar (May 2024), and Zon Advies Nederland (June 2024).

108. FE-5 also had access to data reflecting that Enphase had lower installations in the Netherlands, beginning in late 2023 or early 2024. This was backed up by FE-5's contacts in the Netherlands, including Halmans, Enphase's then-Marketing Director for EMEA. FE-5 recalled that in or around December 2023, at an event in Italy, FE-5 spoke directly with Halmans and other technical employees based in the Netherlands who said that Enphase's market share and installations in the Netherlands were decreasing and had essentially fallen off a cliff in late 2023.

109. FE-5 also reported that Enphase's sales performance in Europe, and particularly Germany, began to decline in late 2022/early 2023. After the Netherlands, Enphase's next largest markets were France and Germany, with smaller markets in Italy, Spain, and Portugal. As explained above in Section IV.E.1, estimated French revenue was approximately 32.3% of Enphase's European revenues and approximately 10% of Enphase's total revenues for FY23, and approximately 46.1% of Enphase's European revenues and 10.6% of Enphase's total revenues for FY24. Estimated revenue from Germany and the Rest of Europe combined was approximately 18.2% of Enphase's European revenues and 5.7% of Enphase's total revenues for FY23, and approximately 24.5% of Enphase's European revenues and 5.6% of Enphase's total revenues for FY24. During the Class Period, estimated French revenue was between approximately 30% and 47% of Enphase's quarterly European revenues, and estimated German and Rest of Europe revenue was between approximately 16% and 27%.

110. FE-5 recalled that Kothandaraman began showing his dissatisfaction with sales personnel at R6Q meetings, treating the European sales directors very poorly during R6Q meetings. FE-5 observed that Kothandaraman was so unhappy that he frequently bullied his employees, yelling and screaming and using bad language. FE-5 placed the timing of Kothandaraman's dissatisfaction with Europe in late 2022/early 2023 because FE-5 recalled that the former CEO of Greencom became a VP at Enphase around that time and Peter van Berkel, then Enphase's VP of Europe, stopped actively working for Enphase around that time or a few months later, and then officially left Enphase in June 2023. Based on publicly available information, Christian Feisst, the former CEO of Greencom, became Enphase's Vice President of Energy Management in October 2022. Additionally, at the R6Q meeting that occurred in or around October 2023, FE-5 observed that Kothandaraman said that the lowered performance in Europe was not a big deal even though it was apparent to FE-5 that Enphase was being destroyed in Europe.

111. FE-3 also recalled that, around the beginning of summer of 2023, a German Enphase employee, with whom FE-3 communicated with about Enphase's German market, told FE-3 that microinverters were not popular in Germany and were not selling well. FE-3's German colleague had originally started working with Enphase as Technical Support for microinverters, but at the beginning of the summer of 2023 he told FE-3 that he was transitioning to batteries. FE-3's colleague told him that people in Germany stick with what they know works. If they know lots of people who have purchased a specific brand and they are satisfied, their peers will choose the same brand they know works. FE-3 said that string inverters cornered the market and were popular in Germany and, as a result, it was hard for the microinverters to break in and sales were going down.

112. FE-2 stated Enphase struggled to get a foothold in the German market and even struggled to retain existing business in that market. While German sales leaders provided projections suggesting growth in the German market, FE-2 explained that there was no reasonable basis for Enphase's expected growth in Germany, due to structural barriers like strong customer loyalty to domestic German brands.

113. FE-5 also stated that Enphase began to lose market share in Germany in late 2022 or early 2023. FE-5 described a precipitous decline in demand for Enphase's products in Germany starting around this time, which he learned about through his frequent conversations with colleagues and installers and distributors working in that market.

114. FE-1 explained that early in 2023, Enphase began experiencing a decline in customer demand for its products in his European region, which represented approximately 5% of Enphase's European sales. FE-1 explained that the initial decline may have been attributed to seasonality. However, as the decline persisted into 2Q23, it became clear that the downturn was not typical seasonality. Because of the weakening demand in the spring and early summer of 2023, FE-1 recalled that while Enphase continued to push shipments to distributors, distributors and installers began to push back on new shipments.

115. Beginning sometime in 2Q23 and no later than June 2023, FE-1 began raising concerns that there was a real problem with weakening demand in his region directly to Marco Krapels. FE-1 further recalled directly notifying Kothandaraman during weekly shipment review meetings during the summer of 2023 of declining demand for Enphase products in his region, which represented approximately 5% of

Enphase's European sales. FE-1 recalled that, by no later than the end of summer 2023, many of Enphase's European sales directors were speaking up and presenting data during the weekly shipment review meetings attended by Kothandaraman that there was weakening customer demand for Enphase products in their regions. FE-1 recalled such concerns raised by leaders of Germany and the Netherlands, but also recalled similar concerns raised by leaders of other large markets. FE-1 recalled that the data presented at the R6Q meetings during the summer and fall of 2023 also reflected that demand had fallen below forecasts, and that "leadership knew the delta of demand change."

116. When FE-1 raised concerns over the weakening demand for Enphase products in his region during weekly sales review meetings, Kothandaraman showed open disappointment with FE-1. FE-1 also recalled that Kothandaraman appeared to be under a lot of pressure and sometimes displayed volatile behavior towards FE-1 and other European sales directors when they informed Kothandaraman of weakening demand in their European markets. Due to a sense of fear of Kothandaraman's behavior toward them, sales directors tried to present their results as optimistically as possible.

117. According to FE-5, Italy was a very small market for Enphase in Europe, but one that CEO Kothandaraman was interested in targeting for sales growth. In or around August 2022, on a video conference call, CEO Kothandaraman presented to the Italian team opportunities for growth based on the Super Bonus program in Italy. The Super Bonus was a government program that paid installers up to 110% of costs to renovate residential houses, including installation of a home's power supply. However, Enphase did not grow under Super Bonus. Instead, Enphase went from approximately 2% market share in Italy in 2020-2021 to less than 1% in 2024, and close to 0% in 2026. By August 2023, Graziosi, the Sales Director for Italy, was pushed out because CEO Kothandaraman was not happy with the Company's growth in Italy. FE-5 knew CEO Kothandaraman felt this way about Italy and its sales director since approximately late 2022 or early 2023, based on broader team meetings with CEO Kothandaraman where he showed dissatisfaction with the region and based on FE-5's discussions with colleagues.

118. Finally, FE-3 said inverter sales for the market in Poland never took off during his tenure. FE-3 was friendly with an Enphase employee based in Poland. This colleague had originally been hired to work with the Dutch market. But FE-3 stated that the Dutch market was not doing well, so Enphase transferred this colleague to the Polish market a few months after the colleague started. The colleague told

FE-3 that the Poland market was not going well for Enphase and that the colleague never had anything to do, and barely got any calls. FE-3 said he could see that this colleague was waiting for calls for several hours and, thus, that Poland's market was slow. FE-3 had asked this colleague why the colleague had so few calls. He was told that Enphase recorded barely any sales in Poland during the 2023 summer.

**3. Enphase Was Losing Market Share to Low-Cost Chinese Competitors**

119. While analysts expressed concern regarding the increased "competition in Europe" from "China-based compan[ies]," Defendants stated that Enphase "***[w]as not seeing pricing pressure given its differentiated products*** despite select reports of price declines on Chinese-based string inverters" and that its eventual slowdown in 2023 was simply due to "broad macroeconomic conditions." In contrast to these statements, multiple witnesses confirmed that Chinese manufacturers offered increasingly comparable products at dramatically lower prices, fundamentally undermining Enphase's competitive position across Europe in competing for a dwindling residential market share. These witnesses confirm that, in contrast to Defendants' statements, the actual problem was structural and permanent.

120. FE-5 stated that Enphase lost market share to Chinese companies in his region of Italy and throughout Europe. FE-5 stated that Enphase was a late entrant in Italy, and that Chinese companies had already established brand awareness and large sales and support teams in Italy prior to Enphase's entrance. FE-5 explained that while Italy was a very small market for Enphase in Europe, it was one that Defendant Kothandaraman was interested in targeting for sales growth. For instance, in or around August 2022, on a video conference call, Kothandaraman presented to the Italian team opportunities for growth based on the Super Bonus program in Italy. The Super Bonus was a government program that paid installers up to 110% of costs to renovate residential houses, including installation of a home's power supply. Enphase, however, was not meaningfully present in Italy during the Super Bonus period and due to the Company's late arrival to the Italian market, Enphase could not effectively compete with Chinese companies in Italy.

121. In fact, by the time Enphase arrived in Italy, the Chinese companies were already in place with large sales and support teams, offering cheaper prices on products, and selling other products in addition to microinverters, such as batteries. FE-5 stated that Enphase could not fight the Chinese manufacturers and had limited success breaking into the Italian market given Enphase's high-priced microinverters, limited product offering, lack of marketing spend, lack of brand awareness, and small sales

support personnel. According to FE-5, whereas Chinese companies spent millions of euros on marketing, Enphase spent less than €50,000. For example, Chinese companies would spend about €4,000 to €5,000 on each trade show, whereas Enphase would only spend €1,000. Per FE-5, in large part due to being outspent in marketing, Enphase's high-priced products failed to win market share from lower-priced Chinese competitors, such as Huawei.

122. Moreover, FE-5 described how Chinese competitors had capitalized on Italy's Super Bonus, whereas—as described above—Enphase made no such inroads, which led to Defendant Kothandaraman firing the sales director for Italy in August 2023. And FE-5 stated that Enphase's loss of market share in Italy (from 2% in 2020/2021 to less than 1% in 2024) was because Chinese companies took that market share.

123. Moreover, FE-5 stated that Enphase was losing share to Chinese companies across Europe. As part of his job, FE-5 regularly traveled to road shows and trade shows where he would interact with installers and distributors who worked across Europe and in Enphase's key markets, such as the Netherlands, Germany, and France. Throughout 2023 and 2024, FE-5 heard from these installers and distributors that Chinese brands, such as Huawei, Sungrow, KStar, and Solaris, were taking market share. FE-5 described hearing this month after month in discrete interactions with installers and distributors, and during trade and road shows. FE-5 stated that he heard this from 50-200 installers, including Cinergia, VP Solar, Tadiran, and Amara Solar but he could not recall specific dates because it occurred so frequently during this time.

124. FE-5 described that Enphase's market share loss to the Chinese began in Germany before it happened in Italy, but it was common across all of Europe in 2023 and 2024. Installers and distributors told FE-5 that they preferred Chinese brands due to their competitive prices, impressive technology, and strong customer support. FE-5 analogized the Chinese brands to a mosquito swarm. When the Chinese companies entered the European market, they were producing cheaply priced products with the intention of taking market share. FE-5 further stated that he knew that Enphase management was aware that Enphase installations were decreasing and that Chinese installations were increasing in Europe because they would discuss it, including specific Chinese brands, at R6Q meetings. FE-5 stated that it was typical to talk about other brands at R6Q meetings, and he estimated that Chinese brands were discussed in approximately 70%

of the R6Q calls FE-5 attended. FE-5 further recalled that in 2024 he and his colleagues told Kothandaraman and Daniel of the need to lower prices to compete with Chinese companies.

125. When FE-6 assumed the Account Manager role for Enphase Spain, he said that Chinese brand Huawei had approximately 60% of the solar market in Spain and Enphase had approximately 10%. Since he left Enphase, FE-6 learned from former colleagues that Enphase lost market share from 2023 through 2026. Currently, Enphase's market share in Spain has declined to about 2% or 1%.

126. FE-6 stated Enphase had several data points underlying their understanding of Enphase's share of the inverter market in Spain. Enphase relied on national Spanish industry association data prepared by Unión Española Fotovoltaica ("UNEF"). This was a third-party data source that provided reports on market share to Enphase's Country Manager for Spain. The Enphase sales team in Spain also used Enphase internal data regarding new microinverter installations, such as the location of the product and the name of its owner. FE-6 said that this information was useful for sales, marketing, and tech support. It also helped Enphase understand demand for the microinverter products.

127. In his role as Key Account Manager, FE-6 participated in Enphase's R6Q meetings. He stated that Kothandaraman led R6Q meetings, and he could see him on the video during the remote sessions. During R6Q, Kothandaraman discussed company direction, product launches, and spoke to the company's directors, including country managers, about sales. During R6Q, the Country Manager for Spain presented Spanish sales forecasts, and discussed Spain market share. FE-6 stated that when Kothandaraman asked about additional information regarding the players and market share in Spain, the Country Manager for Spain cited the national Spanish industry association data.

128. In the months before FE-6 left Enphase, i.e., April to July 2023, the Country Manager for Spain reported to Kothandaraman during R6Q meetings that Enphase's market share in Spain was going down a little bit due to new Chinese players that were more competitive on price and were offering new products and due to backorders with Enphase's distributors. As to the Chinese competitors taking share from Enphase in Spain at this time, FE-6 cited APSystems, Deye, GoodWe, and new product launches from Huawei.

129. FE-6 also confirmed that Kothandaraman asked other country managers, including the European country leaders, such as those for France, the Netherlands, and Germany, about market share

data during some of the R6Q meetings. FE-6 stated that Kothandaraman's practice of asking about market share continued through the time he left Enphase in July 2023. FE-6 said some of the country managers would have market share data ready, and Kothandaraman would like to discuss the key players and compare Enphase relative to other competitors. FE-6 stated that the Country Manager for France, Maaty, would include Enphase's market share in France in his presentation of data each R6Q. FE-6 stated that the French Country Manager had very easy access to market share data—which is why he included it in his presentation during R6Q meetings. FE-6 also stated that the General Manager for the Netherlands presented market share data during R6Q meetingse. Similarly, FE-1 stated that in 2023, industry demand for microinverter products did not grow but retracted slightly. FE-1 explained that Enphase's Chinese competitors were not responsible for the retraction of overall market demand, but competition from Chinese microinverter companies made the situation worse because there was less market demand and more suppliers. FE-1 also learned from Enphase's distributor and installer partners that, at that time, Enphase's Chinese competitors, due to overcapacity and shrinking demand, were aggressive on price concessions. FE-1 recalled that, at that time, Chinese manufacturer Huawei was the market leader in string inverters for certain European markets. FE-1 estimated Huawei was 70% of the market in his region and maybe 15% of Belgium and other countries. FE-1 recalled that Huawei began to run strong promotions, such as buy two get one free, during the period of market retraction in 2023.

130. In the first half of 2023, FE-2 learned directly from his conversations with installers and distributors that Chinese competition was increasing. Installers and distributors communicated to FE-2 that although they liked Enphase's microinverters, Enphase's prices were not competitive. FE-2 received similar accounts from Enphase sales teams in Belgium, the Netherlands, and Luxembourg (together, "Benelux") and in Germany. FE-2 explained that the market in 2023 was a "very difficult market" and that the competition was more severe than before. FE-2 said that with Chinese string inverters, the cost to install was much less, even if there was less quality. He further stated that at this time he saw installers sell competitors' products below cost. He also heard from installers that Enphase was too expensive and that they were going to use other products.

131. As part of his job, FE-3 regularly spoke to installers in the Netherlands and Belgium who installed inverters for both Enphase and its competitors. FE-3 stated that, by August or September 2023,

installers relayed to him that Enphase's price was too expensive for homeowners. These installers indicated that the competitors' products were more affordable for them. FE-3 said that Enphase's competitors in the Netherlands were string inverters, so they were cheaper and that this was the biggest reason why Enphase's sales were slowing down. FE-3 stated he was aware of homeowners who wanted to upgrade from low wattage panels to higher wattage panels but did not want to incur the high cost of upgrading with Enphase's product. They would go somewhere else cheaper. FE-3 said that in the Netherlands everyone wants cheap solar, so Enphase was losing business. FE-3 said that by the summer of 2023 he heard from installers that Enphase was losing business to cheaper competitors. FE-3 confirmed a lot of the installers indicated that they were getting more work from Chinese string-inverter companies.

132. FE-4, who worked in technical support in France from Enphase's Freiburg office, similarly confirmed that, in late 2023, there was an increase in competition within the solar energy market especially coming from Chinese companies, including that an increased number of competitor products entered the market to compete with Enphase. FE-4 said that the products were manufactured in China but contained the same technology as the Enphase products. FE-4 recalled that some competitors were special and had a good reputation with installers. FE-4 stated that in late 2023 he heard directly from installers that they began to choose competitors other than Enphase for projects because of price.

133. FE-4 also understood that competition was increasing in late 2022 and into 2023 based upon companies beginning to hire several Enphase European employees. The employees who left were hired for mostly technical support roles but also for sales roles. FE-4 recalled that these employees that he knew personally received better salary and benefit packages from competitors than what they had at Enphase. FE-4 recalled that the competitor firms that had lured employees away from Enphase included APSystems and EcoFlow, which both sold the same microinverter technology.

134. Contemporaneous accounts from independent industry participants align with these accounts. For instance, CI-1 confirmed his view to Plaintiff's investigators that the market was moving away from Enphase. CI-1 stated that when employed by Menlo, he attended weekly meetings attended by Menlo distributor colleagues who worked Menlo's operations in Germany, the Netherlands, France, and other European countries. During these meetings, participants discussed sales opportunities and market

situations in Europe and countries like Germany, the Netherlands, and France. These discussions included Enphase, which provided CI-1 with an understanding of Enphase's competitive positioning.

135. According to CI-1, there were two problems for Enphase—optimizers and Chinese competition. With respect to optimizers, CI-1 explained that a string inverter combined with an optimizer can act like a microinverter by optimizing the production of the modules without the limitations of traditional string inverters. Per CI-1, the optimizer gained more widespread adoption in 2022 and 2023. CI-1 also confirmed that even back during the 2022-2023 timeframe, the market was flooded with Chinese manufacturers like Huawei and Sungrow and that most customers were migrating to string inverters.

136. In his AlphaSense interview, CI-1 stated that, by September 2023, Chinese manufacturers like TSUN and Deye were already selling microinverters in Europe at less than half the price of Enphase products. CI-1 stated, "Yes. An example, when there are these Chinese producers like Tsun or Deye at maybe less than half the price, this is the ratio. We are talking about products who are doing almost the same thing, of course, maybe not as good as Enphase." He further explained, "Doesn't matter how good your product is, it doesn't matter how much you will invest in your marketing and everything, Enphase will never cut 50% of their costs, never."

137. CI-1 described in his AlphaSense interview how, by September 2023, these Chinese competitors were already well-established in certain European markets where Enphase sought to gain market share (such as Germany), undermining Enphase's ability to penetrate those markets. CI-1 stated that "the worst thing [for Enphase] is there are these Chinese manufacturers like Deye, for example, who already have products which are well known in the market. Like I told you about the low-voltage hybrid inverter. And they are using their name. They are doing very, very good sales in Germany." CI-1 stated that his "colleagues from Germany" were selling Chinese microinverters "for balcony project[s] and stuff like that, thousands of them. Because they're very, very cheap compared to Enphase." When asked about Enphase's expansion plans in Europe, CI-1 stated it would be "very difficult" for Enphase to grow market share: "It's going to be very, very, very difficult for them to gain market share." When asked whether the issue was price and customer awareness, CI-1 stated, "Customers do know it, but the price is still spicy, let's say. So price is still very, very high for [] Enphase." CI-1 also stated that Enphase was being affected in 2022 and 2023 by the more widespread market adoption of hybrid systems that used optimizers attached

to the central, string inverters because these systems essentially functioned as a microinverter at a lower cost.

138. CI-1 subsequently confirmed to Plaintiff's investigators his understanding that Enphase was affected by microinverter competition by Chinese producers, such as Deye and TSUN. According to CI-1, Deye was very strong and promoting in Germany, and Enphase was affected due to Chinese manufacturers very competitive pricing. Until Deye came into the marketplace, Enphase was the only company offering microinverters so their price level was really high. After Deye came in with microinverters, Enphase's market share dropped. According to CI-1, following the solar market downturn in early 2023, the market was a blood bath. CI-1 recalled that prices were dropping by 10-20% and Menlo had a huge amount of inventory. CI-1 explained that if an inverter was 27 cents in April 2023, the price would drop to 17 cents in September 2023, which was almost 40% of the price. CI-1 further stated that the major distributors in Europe were affected with the price drops and this continued into 2024.

139. CI-2 reported in February 2024 that the inverter market was highly competitive with Chinese manufacturers offering comparable products at dramatically lower prices. When asked whether Chinese manufacturers such as Huawei, Sungrow, and GoodWe were "fairly competitive with the European and American products," CI-2 responded, "Yes. They are making the market with their price setting and with their basic features." Elaborating on the Chinese manufacturers' quality, CI-2 responded, "They didn't sit still. They make their efforts to increase product quality, increase smartness, et cetera. Ease of installation. So they make their efforts to improve." Asked whether installers were "a bit wary" of the Chinese product, CI-2 stated, "No. It's about understanding the value of a product. So they're not scared or wary about buying something from the Far East."

140. CI-2 stated that between early 2023 and February 2024, certain producers of inverters had decreased pricing "10% to 15%." CI-2 then compared the then-current pricing between Chinese manufacturers and European and American manufacturers (specifically referencing Enphase, SMA, and SolarEdge) stating, "[i]n looking at pricing for a common product . . . it's close to double the price at purchasing level" for the European and American brands. CI-2 explained that the European and American brands were struggling to justify their price premium: "The price difference. So you can imagine that's always part of the discussion, okay, now we see this massive gap in comparable product. It's hard to

maintain such a price difference." When asked whether Chinese competitors were "taking share increasingly so," CI-2 responded, "Yes," and agreed that "the Chinese competitors are taking share and pricing is decreasing." When asked why "anyone would buy an SMA [a German-based producer of string inverters] if the Chinese have fairly good quality and half the price?" CI-2 stated that "Loyalty . . . it's the perception of European-made, perception of quality combined with loyalty . . . . It's perceived as rigid German production quality, German engineering."

141. Enphase's subsequent public statements further corroborated the accounts of the FEs concerning the significant pricing disadvantage the Company faced in Europe. On October 28, 2025, Enphase reported results for 3Q25. While the Company's revenue increased in the U.S. by approximately 29%, its revenue in Europe decreased approximately 38% as "a result of further softening in European demand." European sell-through declined 27%. During the related call, Defendant Kothandaraman stated that "solar demand remained soft in Q3" in the Netherlands, "residential demand remained muted in Q3" in France, and "the residential market remained weak in Q3" in Germany. As part of the question-and-answer portion of the call, analysts asked about the European results. For instance, Brian Lee, an analyst from Goldman Sachs, queried Kothandaraman about "non-US revenue," stating "I know you . . . walked through some of the European country-by-country statistics, but . . . it[']s really the lowest it's been since 2021 non-US revenue. . . . I know there's seasonality in Europe, I know the market is weak, but it seems like you're underperforming peers. So, is there something company specific going on, whether it's product shift or market share or pricing?" In response to another analyst question, Kothandaraman admitted, "there is a lot of competition. I do have to acknowledge that competition."

142. Following the October 28, 2025 earnings call, Roth MKM issued a report confirming that "EU negatively impacted Q3 revenue by ~$25mm, compared to Q2, a larger sequential decline than expected." In a report titled, "*U.S. TPO pivot, European challenges bring a later, deeper trough; cutting estimates, PT from $55 to $44, Remain Buy*," Seaport Research stated, "ENPH confronts a later and deeper bottom in its revenue due . . . to the transition period the company will need to . . . reconstitute a growth trajectory in Europe." CFRA also issued a report stating, "we are losing faith that non-U.S. markets can carry the torch in 2026 after European sell-through fell by 27% in Q3[.]"

143. Additionally, Goldman Sachs' November 11, 2025 report stated: "We look for more signs of a turnaround in Europe where it does appear ENPH has lost some share, of late, and where growth is significantly lagging expectations which had already been somewhat depressed in the region." The next day, Bank of America issued a report stating: "We continue to see European share gains as an uphill battle due to both a declining market and Enphase's significantly higher price point than peers, with ENPH's microinverter solution costing ~3x Chinese string inverters and a ~30% premium to our estimated pricing for SolarEdge's inverter optimizer solution, emphasizing that overall system costs in Europe are ~50% lower than in the U.S. market." Jefferies similarly stated in a November 13, 2025 report:

> In the EU, we continue to see persistent weakness in core markets dragging on ENPH's business. While certain regions look promising, we note that management has now been telegraphing an impending recovery in the EU since last year, and we'll need tangible positive datapoints before getting more constructive on the region; after all, ENPH's EU business declined 38% q/q last quarter while SEDG was up +45% q/q[.]

144. In or around November 2025, Enphase lowered its European microinverter pricing by approximately 20% in response to "pricing pressure from Chinese competition." During the 4Q25 earnings call, Defendant Kothandaraman reported that Enphase's revenue in Europe had decreased by approximately 29% and sell-through had decreased by 23%, as compared to 3Q25. He further admitted that "[a]cross Europe, competition remains intense and pricing pressure is high as installers adapt to a tougher demand environment." He further stated that Enphase was "responding by . . . aligning pricing to market realities, including our microinverter price reductions which we implemented across Europe in November." In response to a question from RBC Capital Markets analyst, Chris Dendrinos, regarding "the demand impact" of the European price decrease "in response to the competitive dynamic there," Kothandaraman confirmed that Enphase "expect[ed] to see some benefit" from the Company's decision to "reduce[] the list prices at distributors by approximately 20% on our microinverters."

145. Following the 4Q25/FY25 earnings call, analysts issued reports discussing Enphase's European results and microinverter price reduction. For instance, TD Cowen's report stated that "[a]lthough the company implemented inverter price reductions across Europe in Nov 2025, competitive pressures remain high[.]" Morgan Stanley similarly reported that "EU microinverter demand continues to show weakness despite ongoing pricing concessions." Roth MKM noted in its report that Enphase was "responding to the challenges in the EU by controlling costs and aligning pricing to market realities,

including a reduction in microinverter pricing, which was implemented across the EU in November[.]" Additionally, Susquehanna stated, "On Europe, demand remains persistently weak led by Chinese competition and pricing pressure, with ENPH cutting prices on its microinverters in December." Susquehanna further explained: "Europe has yet to show any signs of recovery, with revenue down -29% q/q in 4Q and sell-through -23% q/q. Competition from low-cost Chinese inverters remains intense, driving pricing pressure across the industry[.]"

146. Analysts also confirmed that Enphase's path to recovery in Europe not through microinverters but its battery and storage offerings. For example, Goldman Sachs saw "additional catalysts when looking into 2027" including "through battery retrofit opportunities in Netherlands and France, as well as the development of its 6th generation battery storage product." Morgan Stanley reported that "[b]attery storage opportunities" including the Netherlands and France "will be key drivers of potential growth going forward." Oppenheimer confirmed that "European growth is underpinned by storage retrofit in Netherlands . . . and France." In its report, Susquehanna stated, "[w]e expect European demand will continue to be soft throughout 2026 but see pockets of opportunity for battery storage as a number of markets shift to self-consumption and ENPH targets retrofit customers."

147. Moreover, during the 1Q26 earnings call, Defendant Kothandaraman admitted that "[c]ompetition remains intense across Europe, particularly from low-cost string inverters and battery providers." Kothandaraman's post-Class Period statements are consistent with the accounts of FEs that Enphase faced substantial competition from lower-cost Chinese competitors, and that the significant price differential between Enphase's products and the lower-cost competition made it difficult for Enphase to maintain its premium pricing in Europe. Enphase's subsequent pricing decision further demonstrated the competitive pressures its European business faced.

**4. Enphase's Product and Service Problems Were Causing It to Lose Business**

148. As Defendants Kothandaraman and Belur explained, Enphase's "high price" for its microinverters was only warranted to the extent the Company could maintain the "high quality" and "reliability" of its products and provide customers with exceptional "customer service." However, as FE-3 explained, Enphase's microinverters consistently suffered from problems that competitors' products did not and were more complicated to install than competitors' products.

149. *First*, FE-3 stated that Enphase's microinverters would experience missed communications between the microinverter and the gateway in the end-user's home, causing a disruption in service. FE-3 explained that Enphase's microinverters communicate over electrical wires, and the use of other electronics and appliances in the end-user's home would cause problems with those communications. FE-3 stated that string inverters did not experience the same communication problems that Enphase's microinverters did and further explained that these connectivity issues were occurring with Enphase's products in the Netherlands, Spain, France, and Italy during his tenure.

150. *Second*, FE-3 stated that installers complained that installing Enphase's microinverters was complicated, took a long time, and led to a lot of problems. FE-3 said that it was clear from his conversations with installers in the summer of 2023 that the seamless installation process that Enphase boasted was not, in fact, seamless. Installers would frequently run into problems during installation, and the inverters would not work, leading installers to complain that the Company needed a more seamless installation process. FE-3 stated that these installers would also say that competitors' inverters were quicker and easier to get and quicker to install. As FE-3 explained, the installers had other jobs to get to and if the Enphase installation took too long it would stop them from getting to the next job. The longer an installation takes, the fewer jobs they can complete in a day. As a result, installers told FE-3 that they were deciding to use other inverters because Enphase's inverters were too complicated.

151. *Third*, FE-3 explained that Enphase has customer support representatives in India, and installers and end-users of Enphase's microinverters were routed to these customer service hotlines in India when they experienced disruptions. FE-3 explained that the representatives in India would take calls, create a ticket, and do something quickly to be able to indicate an action was taken and close the ticket whether it resolved the problem or not. Installers and end-users would then call FE-3, complaining that the customer support they had received had not been helpful. FE-3 would then have to resolve the issues himself.

152. FE-3 indicated that Enphase lost business because of these customer service, installation, and connectivity issues, and that installers told him this directly. Installers would call and complain that the process was too tedious and that it took too long to get the required assistance, which in turn would subject the installer to complaints from the end-users of Enphase's products. FE-3 explained that this happened daily.

### 5. Market Intelligence and Other Data Align with FE Accounts

153. Market intelligence and other data available from various research organizations demonstrated that declining power prices undermined the premise underlying Enphase's premium pricing in Europe and specifically, in the Netherlands. A customer's decision to install a solar system and what system to install depends in part on the system's estimated payback period: the number of years it takes for the homeowner's savings on electricity to recover the system's up-front cost. The shorter the payback period, the more attractive the investment in solar and the selected system. Defendants acknowledged this dynamic. In its FY22 Form 10-K, Enphase stated that "a system owner's decision to purchase a solar PV system is strongly influenced by the cost of electricity generated by solar PV installations relative to the retail price of electricity from the utility grid and the cost of other renewable energy sources, including electricity from solar PV installations using central inverters." Enphase further confirmed that the "total cost of ownership" was a principal basis on which Enphase competed with string inverter manufacturers.

154. Annual savings depend on electricity prices and on how the homeowner is compensated for power the system exports to the power grid. In the Netherlands, Enphase's largest European market, homeowners with solar benefit from net metering: power exported to the grid is netted against the household's consumption over the year, so each kilowatt-hour the system produces, up to the household's annual consumption, is worth the avoided retail price of electricity. Surplus generation beyond annual consumption is compensated at a lower feed-in rate.

155. Changes to either input, such as falling power prices or the phase-out of compensation for exported power, lengthen the payback period and reduce demand for solar systems generally, as well as premium or oversized systems. When power prices fall, a homeowner's annual savings decline, and the up-front cost, including any premium paid for a particular system, takes longer to recover. The time needed to recover that cost premium is inversely proportional to annual savings, so if savings are cut in half, the time needed to recover the premium doubles. Accordingly, Enphase's FY22 Form 10-K stated, "Decreases in the retail prices of electricity from the utility grid would make it more difficult for all solar PV systems to compete," and that "[i]f the cost of electricity generated by solar PV installations incorporating our solutions is high relative to the cost of electricity from other sources, our business, financial condition and results of operations may be harmed."

156. Falling power prices threatened Enphase more than its competitors because its products sold at a substantial premium. An installer interviewed by Jefferies explained that European string inverters cost about 30% more than Chinese string inverters, and that microinverters from Enphase and optimizers from SolarEdge "command another 20% on top of that." He described the optimizer-based systems in that tier as priced up to "50% higher than the string inverter from Huawei and other suppliers." Guggenheim similarly reported that Chinese competitors were "willing to sell at less than half ENPH's level."

157. Kothandaraman described Enphase's pricing as follows: "We price products based on value. Value means our pricing is the next best alternative plus the value we generate on top of it." He identified that value as microinverters' "quality, its service reliability," and the fact that they are "superior for power production performance," adding that "high quality for me is high price, . . . or we have the ability to demand the premium." Part of the value Enphase charges for is additional electricity production. Enphase stated in the Class Period Forms 10-Q that the core value proposition of its system included "yielding more energy." When asked about competition from string inverters during the 3Q23 conference call, Defendant Belur stated, "if you break it down, we just produce more energy." But the additional electricity is worth to a homeowner only what the homeowner would otherwise pay for power or receive for exporting it to the grid. As power prices fall, the value of the energy production advantage of Enphase's products declines, undercutting the basis for the premium Enphase charges its customers. And if the Company's competitors cut the price of the next best alternative, Enphase's premium becomes increasingly difficult to justify.

158. Enphase's European growth in 2022 and early 2023 was driven by the spike in electricity prices that followed Russia's invasion of Ukraine. Kothandaraman later conceded that "all distributors, installers, consumers were . . . a lot more aggressive due to the Ukraine crisis," producing "a huge spike in virtually every country in Europe" from which Enphase "also profited." The state of play had reversed before the Class Period. Wholesale power and natural gas prices in Europe peaked in the summer of 2022 and then collapsed. German day-ahead power prices fell from approximately €700/MWh to €100–150/MWh by early 2023, and the Dutch TTF benchmark gas price fell from approximately €300/MWh to below €50/MWh. Dutch day-ahead power prices averaged €241.92/MWh in 2022 and fell to €77.88/MWh in May 2023.

159. Retail electricity prices offered to Dutch households followed. In October 2022, a household on a new variable contract paid more than €0.73 per kWh, including supply charges, energy tax, and the sustainable-energy surcharge. On January 1, 2023, a government price cap took effect, limiting the all-in price households paid, including energy tax and VAT, to €0.40 per kWh on the first 2,900 kWh of annual consumption. Because the cap applied after net metering, and the net consumption of most solar households fell within that limit, each kilowatt-hour a new solar system produced in 2023 was worth at most €0.40 to the homeowner. Before the Class Period began, the value of new solar production in the Netherlands had therefore fallen by as much as roughly 45%.

160. By the time of Defendants' July 27, 2023 statements, the power price decline was impacting what Dutch households actually paid. Because the price cap applied only through December 31, 2023, the value of a solar system's production after 2023 depended on retail electricity market rates, and those rates continued to fall. On July 20, 2023, one week before the 2Q23 Conference Call, CBS began publishing data on the average tariffs paid across all Dutch household contracts. That data showed the average uncapped variable supply rate had fallen 55% in five months, from €0.5150/kWh in January 2023 to €0.2343/kWh in June 2023. A month earlier, TD Cowen had reported from Intersolar Europe, the industry's largest trade show, that power prices had "come down in most regions to pre-war levels," which "for now has taken away the urgency in some end markets." The effect on homeowners' economics was immediate. According to a Dutch installer interviewed by Jefferies, the payback period for a typical residential solar system in the Netherlands was about three years at the end of 2022. It had risen to four to five years by mid-2023 and to six to seven years by September 2023.

161. CI-3's account corroborates the effect of falling power prices on Dutch demand for Enphase products. CI-3 identified the falling price of electricity as one reason for the decline in Enphase microinverter sales in the Netherlands in 2023. According to CI-3, Dutch households paid approximately €0.18 per kWh in 2020 and €0.25 per kWh in 2021. After Russia invaded Ukraine in February 2022, the price rose to approximately €0.54 per kWh. At that price, CI-3 explained, a ten-panel residential system paid for itself in only about three years. Prices then reversed. CI-3 stated that electricity cost approximately €0.38 per kWh in 2023 and fell further to approximately €0.27 per kWh in 2024. As power prices fell, the savings a solar system generated declined, and the payback period lengthened accordingly.

162. By early February 2024, CBS data showed that the average Dutch household electricity supply rate had stayed at approximately €0.19 to €0.20/kWh in every month from July through December 2023. That level was roughly 60% below its January 2023 level. As of April 2024, CBS's semiannual data showed that the supply component—including taxes, net of the energy rebate—of the average Dutch household electricity price had fallen 40%, from €0.270/kWh in the first half of 2023 to €0.162/kWh in the second half. Wholesale prices also fell further in early 2024. The average Dutch day-ahead price dropped from 7.9 ct/kWh in January 2024 to 6.4 ct/kWh in February and March. Moreover, because the energy tax on electricity fell to approximately €0.13 per kWh, including VAT, and the price cap expired at the end 2023, the per-kilowatt-hour value of solar production fell further in 1Q24.

163. Defendants understood that low utility rates negatively impacted demand and, thus, Enphase's sell-through. In 1Q23, Defendant Kothandaraman observed that U.S. microinverter sell-through was weakest "in states with low utility rates, such as Texas, Florida and Arizona." Yet Defendants dismissed the dynamic's impact in Europe during the Class Period. When an analyst asked during the 2Q23 conference call how Defendants knew that weakness in the European market was due to seasonality "as opposed to the beginning of some of the same issues we've seen in the U.S. in terms of gas prices down, higher rates," Kothandaraman stated, "the fundamental drivers aren't changing."

164. Likewise, when an analyst asked whether a European recovery required "some kind of move up in energy prices again" during the 3Q23 conference call, Kothandaraman responded that "[e]nergy prices are also increasing," "energy prices are going to help us," and "in a place like Netherlands . . . the payback is extremely good still, 5 to 6 years." On February 6, 2024, Kothandaraman stated, with respect to the Netherlands, "the bottom, I think, is behind us. Now you should see a steady uptick there." On the 1Q24 Conference Call, he stated that the Netherlands market "stabilized during Q1," that Enphase "expect[ed] to see the sell-through of microinverters pick up in Q2," and that "Europe has already begun to recover."

165. The timing of these changes in power pricing supports the FEs' accounts of declining demand and unwillingness to pay Enphase's premium during the Class Period. Yet Defendants did not publicly admit the impact that falling energy prices had on Enphase's European business until the October 22, 2024 disclosure discussed below in Section IV.F.4.

166. Market intelligence and other data available from various research organizations demonstrated that demand for inverters had softened prior to Defendants' April and July 2023 statements discussed herein. For instance, Solar Magazine, a Dutch resource identified by FE-2, included in its September 2023 edition commentary from Dutch installers. According to an English translation of the periodical, solar panel installers in the Netherlands and Flanders widely expected sales of solar panels to decline in the second half of the calendar year, i.e., July through December 2023. The September 2023 edition also described Dutch residential solar installers as stating that the market was getting thinner, with the low hanging fruit picked; the first group that wants PV is almost exhausted, and the second group is more price conscious.

167. Additionally, publicly available Chinese customs data showed that demand for solar inverters in the Netherlands and Germany had begun to decelerate before Defendants' July 2023 misrepresentations about these markets. China Customs publishes monthly data on the value of inverter exports by destination country. Industry analysts, including Morgan Stanley, Macquarie, and Bank of America during the Class Period, analyze this data and use it as a real-time indicator of demand in individual markets. Because the Netherlands is Europe's principal trading hub for inverters, the data for that country reflects demand in the Netherlands as well as other European countries.

168. In early 2023, the Chinese customs data showed explosive growth in inverter shipments to both the Netherlands and Germany. In January and February 2023 alone, China exported approximately Rmb 5.2 billion of inverters to the Netherlands and approximately Rmb 1.1 billion to Germany. Those totals were increases of 357% and 306%, respectively, over the same period in 2022. They also equaled 29% and 25% of each country's full-year 2022 volume in just two months, a pace that left European distributors holding substantial inventory by the end of 1Q23. However, beginning in the spring of 2023, the growth in shipments to the Netherlands collapsed. Year-over-year growth in Dutch-bound exports fell from 385% in February 2023 to 317% in March, 125% in April, 115% in May, and 72% in June. Shipments to Germany followed roughly two months later. Year-over-year growth in German-bound exports was 363% in March and 365% in April before falling to 238% in May and 84% in June. As such, by June 2023, the growth rate of inverter exports to the Netherlands declined by more than 80% from its February peak and the growth rate of exports to Germany declined by roughly 77% from its April peak.

169. When analysts asked about the conditions the customs data reflected—i.e., elevated European channel inventory, competition from Chinese manufacturers, and softening demand—Defendants reassured the market. For example, during the 1Q23 Conference Call, when an Oppenheimer analyst asked Defendant Kothandaraman about "channel levels outside the U.S.," suggesting that "the channel is full to serve the market[] in . . . Europe," Kothandaraman rejected the premise of the analyst's question, stating "[a]ctually, in Europe, our channel is rather light. We've been tight on product in the last few quarters. And so the channel is light" which "means less than 8 weeks" of inventory. Thereafter, in response to a question from a Deutsche Bank analyst about "competition in Europe versus China-based company and maybe the risk of margin erosion in that market," Defendant Belur responded that "[c]ompetition is strong everywhere. It's always been. It's nothing new[.]" Kothandaraman also confirmed that "the sell through of our microinverters in Europe reached an all-time high in Q1" and Enphase's "European business is doing very well."

170. Defendants repeated these assurances during the 2Q23 Conference Call. Kothandaraman noted "strong broad-based growth across Europe in Q2" and that the Netherlands in particular "continue[s] to be very strong for us." An analyst from one of the firms that tracked Chinese customs data, Morgan Stanley, asked what Enphase was "seeing across Europe on inventory levels." While "[c]hannel inventory [wa]s a little bit high on the 10-week side in Europe" and Enphase was "cautious now," Kothandaraman claimed not to be "worried about it." In response to a follow-up question from a Bank of America analyst about inventory levels and write-down risks, Kothandaraman said that Enphase was "not worried about inventory" in Europe and any weakness was due to seasonality. A Wolfe Research analyst then asked a direct question: "could you just clarify how you know it's the seasonal issue as opposed to the beginning of some of the same issues we've seen in the U.S. . . .? How do you know it's the seasonality?" Kothandaraman again reassured investors claiming that the Company was "extremely bullish about Europe":

> Well, that's what we are hearing. We are very close to our customers. This is what we are hearing from all of them. The fundamental drivers aren't changing. And for us, really, like what I said, we aren't that much worried about talks of inventory because . . . we are underpenetrated in Europe. We are strong in France and Netherlands.

171. Analysts believed Defendants' reassurances. In an April 26, 2023 report, Evercore stated, "[t]he sell through of [Enphase's] microinverters reached an all-time high in Q1 while its channel inventory is less than eight weeks. We expect its strong European revenue growth will continue this year as ENPH's growth is outpacing the market." Credit Suisse likewise noted in an April 28, 2023 report that Enphase's "inventory is below normal levels at <8 weeks" in Europe. Piper Sandler Research stated in a May 21, 2023 report that Enphase "had positive forward demand commentary given low channel inventories and resilient pricing despite increased competition." Additionally, in a July 28, 2023 report, TD Cowen explained that "[w]ithin Europe, management noted that channel inventories are acceptable albeit toward the higher end of the 8-10 week normalized range." Also in a July 28 report, Goldman Sachs stated, "we think Europe could rebound into 4Q given a better inventory situation in that region and better seasonality beyond 3Q."

172. On May 15, 2023, HSBC Global Investment Research issued a report reflecting "[m]arketing feedback and read-across from Chinese peers' 1Q results" regarding Enphase. According to HSBC, "[m]ost investors agree with our thesis that premium inverters . . . has [sic] great potential to gain market share in Europe." With respect to the "read across from Chinese peers' 1Q results" HSBC reported that "[s]ome Chinese companies are seeing slowing demand and increase in channel inventory in Europe in 2Q23" with "Goodwe and Hoymiles comment[ing] that their distributors are seeing pressure in inventory built-up since April, due to competition and demand." HSBC explained that "[t]his is a rather different picture than Enphase . . . which still see strong shipment momentum and low inventory. It could suggest that they are indeed in a better competitive position in Europe if this situation continues." HSBC further reported that "Enphase . . . shared that [its] channel inventory is below average in Europe."

173. Unbeknownst to investors, however, beginning around April or May 2023, FE-2 stated that the Company's 2023 sales forecasts for the Netherlands region were cut by roughly half or more, and by the time FE-2 left, the forecast had been cut by two-thirds relative to the original projections. He described these reductions as occurring gradually over several months due to declining demand in the Netherlands.

174. Market intelligence and other data from research organizations also showed that Enphase was uniquely impacted by softening demand and competition in Europe during the Class Period.

175. For example, data published by the Dutch grid operators shows that Enphase's business in the Netherlands, its largest European market, deteriorated far more severely during the Class Period than the Dutch residential solar market based on Dutch registration data. Owners of new solar installations in the Netherlands report them to Energieleveren.nl, the registration system of Dutch grid operators, which publishes the number of installations registered each month. A December 2025 report prepared for the Dutch Ministry of Climate and Green Growth described Energieleveren.nl as the most complete and reliable source of data on installed solar inverters in the Netherlands, noting that grid operators estimated that approximately 10% of installations were not registered. Because small-consumer connections accounted for more than 99% of the registrations tracked by Energieleveren.nl in every quarter of the Class Period, this data primarily tracks residential solar installations in the Netherlands. Conditions affecting demand across that market, such as uncertainty over the future of net metering or export charges imposed by energy companies, would reduce registrations and Enphase's sell-through alike. Had Enphase's Dutch business merely been tracking the market, its Netherlands sell-through would have fallen by roughly the same percentage as registrations.

176. Instead, Enphase's Netherlands sell-through, which the Company publicly reported between 3Q23 and 2Q24, fell much faster than the market after the market peaked in May 2023. For instance, in 3Q23 alone, Dutch registrations fell 25% while Enphase's Netherlands sell-through fell 40%. Between 2Q23 and 4Q23, quarterly Dutch solar registrations fell 43%, from 200,783 to 114,461. Over the same period, Enphase's Netherlands sell-through fell approximately 62%: it was down 40% in 3Q23 and a further 37% in 4Q23. By 2Q24, Dutch registrations were 55% below their 2Q23 level, while Enphase's Netherlands sell-through was approximately 69% below. Measured against the market, Enphase's Netherlands sell-through was therefore roughly one-third lower in 2Q24 than in 2Q23. The gap persists when measured by installed capacity: new residential capacity registered fell 48% between 2Q23 and 4Q23 and 59% by 2Q24, compared to Enphase's declines of 62% and 69%.

177. The gap between these measures shows that Enphase's Dutch decline was not merely the product of a shrinking market in the Netherlands. Instead, the data suggests that Enphase was capturing a substantially smaller share of the Dutch installations that were still taking place. Measured per registered installation, Enphase's Netherlands sell-through was roughly one-third lower in 2Q24 than in 2Q23. This

excess decline cannot be attributed to the market-wide regulatory conditions Defendants cited, because those conditions affected every supplier and are already reflected in the registration data. The gap also is conservative. Enphase's reported Netherlands figures were "overall sell-through," which included batteries, and Enphase reported that its European battery sell-through outperformed its microinverter sell-through during this period. In 4Q23, for example, European microinverter sell-through fell 23% while battery sell-through fell only 2%, and in 1Q24 microinverters rose 3% while batteries rose 28%. Enphase's Dutch microinverter decline was therefore likely steeper than the overall figures show.

178. As explained herein, however, Defendants misled investors as to the cause of the precipitous decline in Dutch sell-through, beginning with the October 26, 2023 call. For example, Defendant Kothandaraman attributed a 40% decline in Dutch sell-through to a "market pull back." He also claimed that the "pullback" in the Netherlands would be "short lived," and, citing his recent visit to the country, claimed that the "Netherlands situation is actually not so bad." An Evercore analyst asked whether competitors were behaving irrationally "as we're going through this period of destocking and some weakness in certain markets." Kothandaraman responded that discussions with installers "usually come[] back to, we get more market share, not less. And more installers want to move to us, not less." He also dismissed pricing pressure: "there is a lot of competition, but we have seen competition for the last few years since I've been here."

179. After a further 37% decline was announced at the 4Q23 Conference Call, Defendant Kothandaraman claimed that "I think we saw the bottom" and the Netherlands "will soon bounce back." On the 1Q24 Conference Call, Kothandaraman claimed that Enphase expected "to see the sell-through of microinverters pick up in Q2" and "[i]n Europe we are using the same strategy to grow market share."

180. In reality, and unbeknownst to investors, Enphase was losing market share to Chinese manufacturers and the Company's share of the market was not, in fact, "healthy" as confirmed by the accounts of the FEs above. *See* Section IV.E.3.

181. Government and industry data for France and Germany, Enphase's second- and third-largest European markets show the same pattern. As in the Netherlands, these sources capture new residential solar installations irrespective of equipment utilized. These data sources thus reflect market-wide conditions that affect all suppliers.

182. In France, the Service des données et etudes statistiques (SDES), the statistical service of the French Ministry for Ecological Transition, publishes quarterly data on new solar installations connected to the grid. SDES compiles this data from grid operators and breaks it out by installation size. Installations under 9 kW are predominantly residential and accounted for 93% of new connections in 2023. This data shows that French residential connections continued to grow after 2Q23, even as Enphase's French sell-through fell sharply. In 3Q23, capacity connected in installations under 9 kW rose 23% over 2Q23, while Enphase's French sell-through fell 34%, a decline Defendant Kothandaraman attributed to "seasonality." In other words, in the same quarter in which new residential solar connections in France reached a then record high, Enphase's sales of its products to French installers fell by more than a third.

183. By 4Q23, new French connections remained 17% above their 2Q23 level, while Enphase's French sell-through was approximately 35% below the Company's 2Q23 French sell-through. By 1Q24, the market remained 7% above 2Q23 while Enphase remained approximately 26% below. Measured against the market, Enphase's French sell-through was roughly 45% lower in 4Q23 than in 2Q23, and roughly 30% lower in 1Q24. The size of that gap is especially significant because France was a market in which, as Defendants told investors, Enphase had "historically done very well" and held "over 50% share." For a supplier holding half of a market, its sales and the market's volume should move closely together. Market-wide conditions cannot explain a decline of sell-through the magnitude Enphase disclosed while the market itself was growing. If Enphase held 50% of the French market in 2Q23, a 35% decline in its sell-through against an 17% increase in the market implies that its competitors' French sales grew by roughly 70%. It also implies that Enphase's share fell from half the market to under 30% by 4Q23.

184. Defendants again misled investors as to Enphase's French microinverter sales. On the July 27, 2023 earnings call, Kothandaraman told investors that "Netherlands and France continue to be very strong for us," and that Enphase expected Europe to be "slightly down" in the third quarter due to "typical summer seasonality." Three months later, on the October 26, 2023 earnings call, Kothandaraman disclosed that Enphase's French sell-through had declined 34% quarter-over-quarter, "driven by seasonality." Yet data published by SDES, compiled from data reported by Enedis, RTE, and other grid operators, show no such seasonal decline in the market.

185. This divergence persisted. On the July 23, 2024 earnings call, Kothandaraman reported that French sell-through was flat in 2Q24 and stated that "France is doing phenomenally well for us" and "has stayed very, very healthy." Based on these sequential changes, however, Enphase's French sell-through in 2Q24 remained approximately 26% below its level in 2Q23.

186. In Germany, the German Solar Industry Association (BSW-Solar) publishes statistics on new photovoltaic installations by size, including systems of up to 30 kWp, which are defined as residential rooftop systems. German monthly residential capacity additions peaked in June 2023. Capacity additions were still 8% above their 2Q23 level in 3Q23, a quarter in which Enphase's German sell-through fell 32%. By 4Q23, German residential capacity additions were 15% below their 2Q23 level, while Enphase's German sell-through was approximately 54% below it. By 1Q24, the market was 20% below 2Q23, while Enphase was approximately 41% below. Measured against the market, Enphase's German sell-through was roughly 45% lower in 4Q23 than in 2Q23, and roughly 26% lower in 1Q24. This was despite Defendants' claims that Enphase was "starting to gain real traction in Germany" and was "going from strength to strength in this market."

187. Defendants concealed from investors Enphase's German underperformance in the same way as the Netherlands and France. For instance, on the October 26, 2023 call, Kothandaraman paired the disclosure that German sell-through had fallen 32% with assurances that Enphase "saw strong sequential growth in installer count and activations, and we are continuing to gain traction there." On the February 6, 2024 call, after a further 32% decline, he again claimed that "we saw sequential growth in activations for both solar and batteries as we continue to gain traction in the region." On the April 23, 2024 call, Kothandaraman told investors that Enphase was "going from strength to strength in this market" and that "we expect solar and storage or solar and batteries to continuously grow" in Germany. On the July 23, 2024 call, he stated that "[i]n Germany, we were doing well." When asked whether Enphase was "doing something different from everybody else" in Europe, he answered that "we're strong in Germany." Only on October 22, 2024, did Kothandaraman acknowledge "general weakness" in Germany, where "a few installers . . . have gone bankrupt."

188. In reality, the registration data shows that Enphase was not gaining traction in Germany but losing ground. Enphase's German sell-through fell roughly 45% relative to the market between 2Q23 and 4Q23. FE accounts are consistent with this.

189. The same divergence appears across Europe as a whole. Enphase separately reported European sell-through of microinverters, distinct from batteries. That figure fell 35% in 3Q23, a further 23% in 4Q23, rose 3% in 1Q24, and was flat in 2Q24. That left sell-through at approximately 50% below its 2Q23 level in 4Q23 and 48% below in 2Q24. Over the same period, combined residential capacity additions in the Netherlands, France, and Germany were essentially flat in 3Q23, then fell 22% by 4Q23 and 26% by 2Q24. The result is the same when each country's market change is weighted by its estimated share of Enphase's European revenue, as alleged in ¶¶79-88: the weighted market fell 6% by 3Q23, 22% by 4Q23, and 28% by 1Q24. On either measure, Enphase's European microinverter sell-through was roughly one-third lower relative to the market in 4Q23 than in 2Q23. The divergence widened again in 3Q24. Enphase's overall European sell-through fell 34% from 2Q24, while combined residential capacity in the three countries fell only 9%, or 7% when weighted by Enphase's estimated revenue mix. Enphase's concentration in particular countries does not explain the gap.

190. Nor can the gap be explained by price reductions. Enphase reported regional sell-through in dollars. A decline in dollar sell-through could in principle reflect lower prices rather than lower volumes. But Defendants told investors that Enphase was not cutting prices in Europe. *See* Section V. On Defendants' own account, the excess decline reflects lost volume.

191. Enphase's European revenue, as estimated in ¶¶79-94 from the Company's public disclosures, fell even further. Between 2Q23 and 4Q23, estimated European revenue fell approximately 80% and estimated European microinverter revenue fell approximately 82%. Over the same period, the weighted market declined 22% and Enphase's European microinverter sell-through declined 50%. The same pattern holds by country. Estimated Netherlands revenue fell approximately 86%, against a 48% decline in Dutch residential capacity additions. Estimated French revenue fell approximately 70% while new French residential connections rose 17%. Estimated revenue for Germany and the rest of Europe fell approximately 82% while additions to German residential capacity fell 15%. The gap persisted through 2Q24. Estimated European microinverter revenue remained approximately 70% below its 2Q23 level,

against a 28% decline in the weighted market. Estimated French revenue remained approximately 49% below its 2Q23 level, even though French residential connections were 19% above it.

192. Nevertheless, throughout the Class Period, and as explained herein, Defendants attributed Enphase's European decline to temporary market conditions impacting the entire industry. These explanations were misleading. Weaker demand, lower power prices, and slow economic growth affected every supplier in these markets and would have been accounted for in the registration data. They cannot explain why Enphase's European microinverter sell-through fell roughly one-third further than the market.

### F. Defendants Made Material Misrepresentations and Omissions About Enphase's European Business Throughout the Class Period

193. Throughout the Class Period, Defendants made a series of false and misleading statements and omissions that gave investors a misleading impression about Enphase's European business, particularly claiming: (i) rapid, robust growth in key European markets including the Netherlands and Germany, while omitting material adverse facts about emergent weakness in underlying demand stemming from significant structural problems already impacting Enphase's business; (ii) strong, stable demand driven by quality products and superior service; (iii) that any pullbacks were temporary and short-lived and driven by macroeconomic factors; and (iv) that the European markets were recovering and stabilizing following any pullbacks. These representations and omissions gave investors the misleading impression that Enphase's European expansion was proceeding successfully, that any setbacks were temporary, and that the Company was well-positioned for continued growth. Analysts credited these representations, as reflected in reports that repeatedly praised Enphase's European growth trajectory and the resilience of its business model. In reality, as detailed in Section IV.E above, Enphase's European business was showing significant weakness, including due to structural problems such as the inability to compete with lower-cost Chinese competitors in the increasingly competitive market. Rather than disclose this full reality, Defendants repeatedly misled investors about the strength and positioning of Enphase's European operations.

### 1. April – September 2023: Defendants Touted European Strength While Omitting Material Adverse Facts About Collapsing Demand and Emerging Structural Problems

194. From April through September 2023, Defendants misleadingly assured investors that Enphase's European business was experiencing rapid, robust growth and that key markets like the Netherlands were performing exceptionally well, while omitting material adverse facts about emergent weakness in underlying demand stemming from significant structural problems already impacting Enphase's business. For example, on April 25, 2023, during the 1Q23 Conference Call, Defendant Kothandaraman stated in his prepared remarks, "Our European business is growing rapidly," "is doing very well," and "is growing much faster than the market."

195. On July 27, 2023, during the 2Q23 Conference Call, Defendant Kothandaraman stated in his prepared remarks, "Our European business remained strong." Kothandaraman also stated, "We saw strong broad-based growth across Europe in Q2" and the "Netherlands . . . continu[ing] to be very strong for us." As part of the 2Q23 Conference Call, Defendants explained that Enphase's revenue guidance for 3Q23 would be down due to "channel inventory" in the U.S. and "seasonality" in Europe. This led to several questions. For example, when Wolfe Research analyst Steven Fleishman asked how Enphase could attribute the cause of its downwards guidance revision to seasonality in Europe rather than the same fundamental issues affecting the U.S., Kothandaraman responded, "We are very close to our customers. This is what we are hearing from all of them. The fundamental drivers aren't changing."

196. The strength of Enphase's European business and its growth prospects were key focuses of analysts during this period. For example, following the 1Q23 Conference Call, TD Cowen issued an April 25, 2023 report titled *SUN CONTINUES TO SHINE ON EUROPE* . . . that stated Enphase's "2Q23 revenue guidance of $700-$750mn . . . assumes continued strength in Europe." Wolfe Research also issued an April 25 report, concluding that "**Europe keeps us bullish**." In a report the next day, Evercore noted that Enphase's "**European [g]rowth [r]emains [s]trong**" and that Enphase "remain[ed] focused on . . . accelerating growth in Europe," which "will help to partially offset the near term [sic] headwinds in North America." Wells Fargo likewise concluded that Enphase's "**European [s]trength [c]ontinue[d]**," noting that "ENPH expects growth to remain strong in Q2" and to "continue[] to gain market share."

197. Similarly, HSBC stated in an April 26, 2023 report that the "**[s]trong outlook in Europe [was] intact**," explaining that "[w]e believe Enphase has strong potential to take market share in Europe, and the region becoming its largest growth driver in the coming years." BMO Capital also published a report on April 26 confirming that "**there were important positives that emerged**" during the 1Q23 Conference Call, including "**European growth/margins/pricing better than anticipated**." As part of its "**[t]houghts**" following the 1Q23 Conference Call, BMO Capital stated that "**Europe [l]ooks [v]ery [g]ood [s]o [f]ar**." BMO Capital also identified "**European [g]rowth/[m]argins [b]etter [t]han [m]ost [e]xpected**" as a "**[p]ositive**," stating, "We expect international revenues (largely Europe) to make up ~40% of FY 2023 revenues. This growing geographic diversification should allow ENPH to largely navigate U.S. weakness even if it persists into 1H 2024."

198. Between the 1Q23 and 2Q23 Conference Calls, Janney wrote on June 8, 2023, that "[m]ost of the conversations we have with investors regarding international operations focus on ENPH's ability to effectively compete in Europe, which generally features fewer regulations (for instance rapid shut-off), higher competition from Chinese suppliers (for instance, Sungrow), and an entrenched base of Europe-focused suppliers (SEDG, SMA, and others)." Following the 2Q23 Conference Call, analysts continued to repeat Defendants' assurances about Enphase's European business. Evercore issued a same-day report confirming that Enphase's "**European [g]rowth [r]emain[ed] [s]trong**," the Company "remain[ed] focused on . . . accelerating growth in Europe," and "the fundamental drivers are intact." Morningstar likewise issued a report explaining that "Enphase's international expansion and new products are increasingly key to driving top-line growth," noting that "the [C]ompany's European expansion is progressing well (revenue up 25% sequentially) with further growth tailwinds as it enters new geographies."

199. On July 28, 2023, BMO Capital issued a report explaining that it was "**sticking with [its] Outperform**" rating for Enphase stock, stating, "**We still see international growth in early innings**. ENPH has proven it can enter markets as a higher priced alternative and win share." Oppenheimer was "encouraged" by the "potential for growth in new geographies, notably in Europe," noting that "[e]x-US, ENPH continue[d] to take share as a new entrant in most geographies, notably incremental countries in Europe."

### 2. October 26, 2023: Defendants Partially Disclose the Relevant Truth Concealed by Their False and Misleading Statements

200. After the close of trading on October 26, 2023, Defendants began to reveal the relevant truth concealed by their misleading statements, disclosing that Enphase's "revenue in Europe decreased approximately 34%, compared to the second quarter of 2023 due to high inventory at [its] distribution partners along with a softening in demand in our key markets – the Netherlands, France, and Germany." It also disclosed that "sell-through of [its] microinverters in Europe was [] down 35% in Q3 compared to Q2."

201. The Company further announced a "large reduction in Q4 [2023] guidance" disclosing that it expected "[r]evenue to be within a range of $300.0 million to $350.0 million." It further explained that the guidance "reflects approximately $150 million of channel inventory correction in the U.S. and Europe." In other words, because the Company had too much inventory in its European and U.S. channels, it would be "undershipping to the end market demand for [its] products by approximately $150 million." Enphase further disclosed that "[w]e anticipate undershipment will continue in Q1" and that it expected the undershipment in Q1 to be "a little bit less than $150 million, but not too much less." Defendant Kothandaraman also revealed that the revenue undershipments would be "approximately equal" between the U.S. and Europe. Defendant Kothandaraman blamed the inventory channel issues and resulting reduced guidance on, among other things, "a substantial demand reduction in Europe."

202. The market reacted swiftly to these disclosures, driving the price of Enphase common stock down by $14.09 per share, or nearly 15%, from a close of $96.18 per share on October 26, 2023, to a close of $82.09 per share on October 27, 2023.

203. Analysts and market commentators reacted swiftly and negatively to Enphase's announcement, with many announcing price target and ratings cuts in response to the news, pinning the blame on unexpected deterioration in Enphase's European business. For example, in announcing a price target decrease, analyst TD Cowen wrote that "Enphase has seen significant demand deterioration in Europe" and that the Company's 4Q revenue guidance was "clearly much worse than feared," with "management cit[ing] high inventory levels for its distribution partners in Europe coupled with weaker demand in key markets (the Netherlands, France, and Germany)." Piper Sandler downgraded Enphase's

stock and cut its price target for Enphase stock in half—from $150 to $75—describing a "collapse in Europe."

204. Deutsche Bank lowered its price target from $125 to $80, citing "stuffed channels in both the US and Europe" and "demand weakness in key markets, Netherlands, France and Germany." HSBC cut its price target for Enphase from $147 to $86 and downgraded from Buy to Hold, writing that "[t]he European business took a more significant hit in 3Q than we expected" and "[w]e had underestimated the inventory issue in Europe/US and cannot justify our previous Buy rating given the outlook for 4Q is deteriorating." Janney lowered its price target for Enphase from $172 to $130, reporting that "[w]e see this quarterly update serving as a massive reset for ENPH. The depth of the 4Q23 and implied 1Q24 revenue guidance was even worse than the more bearish outlooks we heard from buyside leading up to the print." JPMorgan Chase & Co. ("JPMorgan") likewise lowered its price target, writing that "Europe demand is much weaker than anticipated" and citing "**[w]eak 4Q guidance**" which "**likely drags into 1Q24**." Wells Fargo wrote that "guidance was once again disappointing" and that "[w]hile investors were bracing for poor results after [SolarEdge] pre-announced, the magnitude of the miss was worse than expected. De-stocking will take longer & underlying demand trends are weaker."

205. Barclays lowered its price target for Enphase from $140 to $81, reporting that "Europe has notably slowed down" and that 4Q revenue guidance was "worse than previously expected" and "significantly below the $500-$550mm market expectations" that had been set after competitor SolarEdge had preannounced results. Likewise, Evercore wrote that while "[s]ell through rates continued to decline in the U.S. in Q3," "the bigger surprise was the near term [sic] challenges in the European market. Europe demand recovery from the summer was much weaker than expected which led to distributors having an oversupply of inventory." As a result, Evercore lowered its price target for Enphase from $220 to $115. Similarly, Morningstar lowered its price target from $120 to $75, writing that Enphase's shares were trading lower due to "the [C]ompany's weak fourth-quarter revenue guidance," due to excess channel inventory "on account of weaker-than-expected European demand as well as California weakness." Morningstar reported that "[w]e'd anticipated the California weakness, but the Europe outlook caught us by surprise."

206. Nevertheless, Enphase's stock remained artificially inflated because Defendants continued to mislead investors. Rather than acknowledge the underlying structural issues with Enphase's European business, Defendants falsely and misleadingly minimized the severity of the problems by characterizing them as temporary and short-lived, blaming them on macroeconomic factors impacting the industry, and continuing to assure investors that Enphase's European business remained fundamentally strong. For example, on October 26, 2023, during the 3Q23 Conference Call, Defendant Kothandaraman stated in his prepared remarks, "Despite this temporary weakness, we think that the pullback in Europe will be temporary as the fundamentals remain strong. . . . So we remain very bullish about Europe." With respect to the Netherlands specifically, Kothandaraman stated, "I was in Netherlands 2 weeks ago. I visited with our leading installers, [and] I came away confident that this pullback will be short lived." Moreover, Kothandaraman pinned the slowdown in European demand on "broad macroeconomic conditions." When Scotiabank analyst Tristan Richardson asked whether Enphase's "new markets" could be "a meaningful factor" in the Company's "stabilization," Kothandaraman responded, "Absolutely. We have a lot of vectors of growth," including "the small commercial opportunity in Europe," where Enphase had "a lot of levers" for growth.

207. Analysts repeated Defendants' statements that the European pullback was temporary. For instance, in a same-day report, TD Cowen reiterated that Enphase management "expects Europe will begin to show some improvement in 1Q24." In an October 27, 2023 report, Barclays reiterated that Enphase was "continuing to see installer count and activations momentum" in Germany. BMO Capital flagged "ENPH's optimism that underlying European demand trends for residential solar remain intact." Deutsche Bank noted that Enphase's "[m]anagement remain[ed] confident in a 'quick' turnover in the European market" and Evercore confirmed that the "**[e]xpect[ation]**" was a "**[q]uick [r]eturn to [b]etter [l]evels**." In its October 27 report, HSBC explained to investors that it "agree[d] with the [C]ompany's view that" the European destocking "could end in 1H24e" given that HSBC saw "no structural issue in end demand in Europe."

### 3. February – September 2024: Defendants Falsely Assured Investors of European Recovery and Stabilization

208. On February 6, 2024, Enphase released 4Q/FY23 results, revealing that European "revenue decreased 70% sequentially as we undershipped to the end customer demand. The overall sell-through of our microinverters and batteries in Europe was down 20% in Q4 compared to Q3."

209. Despite the ongoing structural challenges identified above in Section IV.E, Defendants falsely assured investors that Enphase's European business had recovered and stabilized, and that first quarter 2024 represented the bottom for the Company's European business. On February 6, 2024, during the 4Q23/FY23 Conference Call, Defendant Kothandaraman stated in response to Goldman Sachs analyst Brian Lee's question about the magnitude of revenue pickup, "We are seeing Europe starting to pick back up." When analyst Mark Strouse of JPMorgan asked about the Netherlands, Kothandaraman provided an extended response about Enphase's strategy in the country, concluding, "I think the -- once again, the bottom, I think, is behind us. Now you should see a steady uptick there." Kothandaraman repeated, "I gave you a long answer. But in short, I think the -- once again, the bottom, I think, is behind us."

210. On April 23, 2024, during the 1Q24 Conference Call, Defendant Kothandaraman stated "[w]e expect Europe . . . to continuously improve," "that's why I said Q1 is the bottom quarter," and "with these growth trends, we expect sell-through to continuously go up."

211. In a June 17, 2024 report, JPMorgan provided its "Takeaways" from Zach Freedman's (Head of Enphase Investor Relations) presentation at its Energy, Power Renewables Conference: "The [C]ompany has seen stabilization of demand across its mature markets. . . . ENPH continues to communicate that 4Q/1Q was the demand floor. The [C]ompany has seen stabilization or recovery of demand across its mature markets, including the US, France, and the Netherlands."

212. Analysts relied on Defendants' assurances about European recovery and stabilization. Following the 4Q23/FY23 Conference Call, Truist Securities ("Truist") issued a February 6, 2024 report stating, "we gained incremental confidence that the environment in ENPH's 3 most important European markets (Netherlands, France & Germany) has found a bottom with the company expecting recoveries ahead of U.S. markets." On February 7, 2024, Craig-Hallum Capital Group ("Craig-Hallum") issued a report stating, "ENPH [] disclosed that Europe is now showing signs of improvement (led by France)."

Deutsche Bank noted that "[d]espite the low sell-through, management remains confident in a European market turnaround with the market showing early signs of recovery." Evercore similarly reported that "ENPH is now starting to see signs of the market recovering. . . . Its Netherlands business is starting to show incremental progress on a weekly basis."

213. Following the 1Q24 Conference Call, analysts continued to repeat Defendants' statements about European recovery. BMO Capital commented that "ENPH provided a bit more granular detail this quarter regarding sales trends by geography, which confirmed its view that Europe is ahead of the pace in the U.S. and ENPH continues to likely gain traction." Deutsche Bank's "**Key Thoughts**" in its April 24 report included that "[d]emand in Europe seems to be recovering stronger and faster vs the US – especially in the Netherlands[,] . . . France and Germany." Evercore also reported that "Europe has already begun to recover," citing results in the Netherlands, France, and Germany. JPMorgan described "**[d]emand greenshoots**" including the fact that "ENPH expressed optimism regarding demand in Europe owing to improved sell-thru data in France and Germany, net metering visibility in the Netherlands, and launches in new markets."

214. Following the 2Q24 Conference Call, analysts continued to rely on Defendants' statements about European strength. For instance, in a July 23, 2024 report, Roth MKM reiterated that the "flatness" in Enphase's European 2Q24 revenue as compared to 1Q24 revenue was "largely attributed to challenged demand in certain key markets caused by regulatory uncertainty." In its July 24, 2024 report, Deutsche Bank noted that Enphase's "[d]emand in Europe was slightly up this quarter" and that the Company "expect[ed] strength in Europe in the coming months, despite counter seasonal trends, but driven by the [C]ompany being underpenetrated in several markets and new product offerings roll out." JPMorgan likewise issued a report concluding that Enphase was "gaining share" in Europe: "Europe revenue was ~flat q/q while sell-thru was up 3% q/q, we believe driven by share gains as the Europe resi market remains relatively weak."

#### 4. October 22, 2024: The Relevant Truth Concealed by Defendants' Misrepresentations Is Revealed

215. After the close of trading on October 22, 2024, investors learned the relevant truth concealed by Defendants' misrepresentations and omissions when Enphase announced its 3Q24 financial results. In

particular, the Company revealed that its "revenue in Europe decreased approximately 15% for the third quarter of 2024, compared to the second quarter of 2024," which was "the result of a further softening in European demand." It further revealed that sell-through in Europe was "34% down in Q3 compared to Q2," noting that "the overall business environment in the region is challenging." As a result, Enphase revealed 3Q24 revenue of just $380.9 million.

216. It also disclosed that for the fourth quarter of 2024, it estimated "[r]evenue to be within a range of $360.0 million to $400.0 million," with "incremental improvement in our US business and a continued slowdown in Europe in Q4." When an analyst asked about previous Company statements that it could hit a quarterly "$450 million to $500 million sell-through demand run rate" in 4Q24, Kothandaraman blamed "the European business declining further," explaining, "[w]hile the US is proceeding in the right direction, Europe is an entirely different story." On the call, Defendants continued to blame European weakness on macroeconomic factors and indicated that they "think we are at the bottom there," but expressed less confidence in a quick recovery, stating, "we expect the market [in Europe] to rebound *sooner or later*."

217. On this news, the price of Enphase common stock declined $13.76 per share, or nearly 15%, from a close of $92.23 per share on October 22, 2024, to a close of $78.47 per share on October 23, 2024.

218. Analysts and market commentators expressed shock and disappointment at the disclosures. For example, Piper Sandler wrote that "**Europe is in dismal shape**" and "[e]xpectations were low entering earnings; nevertheless, ENPH's update was disappointing and we expect a substantial pullback on reset expectations." It noted that "more downside may be on the horizon" in Europe. Analyst Roth MKM wrote that Enphase's "**[s]tock is likely weak on the weak guide, which was driven by EU**." Truist wrote that "[w]hile Europe's challenges are not new, ENPH's 3Q results/weak 4Q guidance raised further red flags on the severity of the issues" and that 4Q guidance "paints a [] much harsher version of the current European market than we'd previously considered." Morningstar wrote that "European demand proved much weaker than expected (sell through down 34% sequentially)." Barclays wrote that "[w]e believe that Europe was the main driver of the downside surprise that weighed down 3Q results to be below the midpoint of $390mm and also is likely the biggest swing in the company's expectations for 4Q today vs. 90 days ago." Janney wrote that Enphase's "European growth trajectory evaporated" and that "[t]he

[C]ompany's 4Q24 revenue guidance of $360-$400 million is well below the previously discussed 2H24 run-rate revenue target of $450-$500 million."

219. Moreover, analysts made clear that they viewed the Company's problems in Europe as structural and long-lasting, and that they did not believe Enphase's explanations that the declines in European demand were driven by temporary, cyclical, macroeconomic factors. For example, analyst William Blair wrote that "[l]ast quarter, the narrative was that the bottom was in" but that Enphase's earnings call confirmed "there was more weakness yet to be realized." It noted that it believed there were "structural problems" in Enphase's business "that will continue to pressure margins," including "competition from . . . China's players."

220. BMO Capital wrote that "[m]ost sell side investors had anchored their FY 2025 revenue expectations . . . on the premise that ENPH was on track to achieve $450 million in quarterly revenue by 4Q 2024 with de-stocking complete in 2Q. [] However, European demand is ~$40-50 million lower and requires further de-stocking." It also explained, "We think today's ENPH update was notable for its downbeat assessment of the state of its European business." BMO Capital also reported that it believed the problems would continue to weigh on Enphase's business, writing, "[a]s the European market continues to move in the wrong direction, we have taken an even more cautious approach to demand recovery in 2025."

221. Guggenheim wrote that it was downgrading Enphase back to Sell from Neutral and dropping its price target for Enphase to $73, writing that "**ENPH has significant challenges in Europe in our view**." Specifically, it wrote that "[m]anagement offered what we regard as an unconvincing explanation for the weak results and outlook, blaming poor economic conditions and lower power prices among other things, but in our experience actual demand rarely changes so quickly." It reported that "[w]e think the issue is much simpler. ENPH . . . is losing share to Chinese competitors who are willing to sell at less than half ENPH's level." It concluded that "[w]e believe that ENPH in Europe, like many growth-focused technology companies before it, is now overshooting what its customers actually want or need and is being undercut by still-inferior but improving Chinese product."

222. Roth MKM similarly reported that Enphase was losing market share in Europe: "[O]ur EU contacts shared that they see ENPH losing share in their networks," including due to installers that "are focused on selling based on price and are moving to string inverters." BMO Capital likewise wrote that

Enphase's European results were "unexpected" and that sentiment on the Company was significantly more negative following the 3Q24 Conference Call. It further explained that market expectations had shifted:

> The last couple of ENPH earnings calls resulted in quarterly guidance that underwhelmed expectations and our estimates with respect to revenue and demand. However, there was always a vocal group of bulls that could point to some tangible progress on channel clearing and some signs demand was bottoming. We think that largely went out the window based on the company's commentary on Europe this quarter . . . .

## V. DEFENDANTS' MATERIALLY FALSE OR MISLEADING STATEMENTS AND OMISSIONS OF MATERIAL FACT[3]

### A. Enphase's 1Q23 Financial Results

223. On April 25, 2023, Defendants held a conference call to discuss Enphase's 1Q23 financial results.

224. Statement No. 1: During the 1Q23 Conference Call, Defendant Kothandaraman stated during his prepared remarks, "***Our European business is growing rapidly*** and many customers have asked us for local manufacturing, and we will be able to do that going forward."

225. Statement No. 2: Kothandaraman also stated, "***Our European business is doing very well***. We expect healthy revenue growth in Q2 compared to Q1. ***Our business is growing much faster than the market***."

226. Statement No. 6: Thereafter, in response to a Craig-Hallum analyst's request to "go through a scenario that gets [Enphase] to the high end of [its] revenue range and a scenario that gets [Enphase] to the low end of that range" and "how that breaks down between the U.S. and international," Kothandaraman stated that:

---

[3] In this Section, Plaintiff has highlighted in ***bold and italics*** the portion of each statement that it alleges was materially false or misleading. Additional text is provided often for context, but that context can also contribute to the false and misleading nature of Defendants' statements. In its order granting Defendants' motion to dismiss, the Court determined that Plaintiff "d[id] not meaningfully respond to Defendants' *Omnicare*-based arguments or point to any allegations showing that" Statement Nos. 3-5, 10, 16, 20-21, or 23-26 "were false when made under any of the three Omnicare prongs" and found that "Plaintiff has abandoned its securities fraud claims to the extent that such claims are premised on those statements." Dkt. No. 98 at 16, 20. The Court granted Defendants' motion to dismiss these statements without leave to amend. *Id.* Plaintiff has not reasserted Statement Nos. 3-5, 10,and 25-26. Plaintiff has reasserted Statement Nos. 16, 20-21, and 23-24 solely to preserve Plaintiff's rights in this litigation, including its ability to seek reconsideration or appellate review. In accordance with the Court's order, Plaintiff has not amended any paragraphs that solely relate to these Statements.

> [While the] guidance is a little bit wider this time . . . to reflect [] slightly more uncertainty compared to the last time. But ***our Europe business is doing incredibly well***. We grew 25% in one quarter from Q4 to Q1. We have doubled -- we doubled from 2020 to 2021. From '21 to '22, we grew 132%. I just released my annual letter yesterday. You can see that. 132% growth from '21 to '22.
>
> And so ***Europe is doing incredibly well for us***.

227. Following the 1Q23 Conference Call, analysts repeated Defendants' statements regarding Enphase's European business. For instance, TD Cowen issued an April 25, 2023 report titled, "*SUN CONTINUES TO SHINE ON EUROPE* . . . ," that stated Enphase's "2Q23 revenue guidance of $700-$750mm . . . assumes continued strength in Europe." With respect to Enphase's pricing, TD Cowen noted, "Given that inverters only make up about 10% of the overall cost of a residential solar system, our view is that variables such as customer service, quality, and ease of installation are more important to installers than a penny or two per watt differential." Wolfe Research also issued an April 25 report, concluding that "Europe keeps us bullish."

228. In a report the next day, Evercore noted that Enphase's "European [g]rowth [r]emains [s]trong." Evercore further explained that Enphase "remain[ed] focused on . . . accelerating growth in Europe," which "will help to partially offset the near term [sic] headwinds in North America." Northland Capital Markets likewise issued a report stating that "[d]emand in Europe remains robust." Scotiabank noted that it "expect[ed] EU strength to continue." Wells Fargo likewise concluded that Enphase's "European [s]trength [c]ontinue[d]," noting that "ENPH expects growth to remain strong in Q2" and to "continue[] to gain market share."

229. Similarly, HSBC stated in an April 26, 2023 report that the "[s]trong outlook in Europe [was] intact":

> Enphase's 1Q revenue in Europe was up 25% q-o-q and more than tripled vs the same period last year. The company also shared that its channel inventory in the region is below historical average with no pricing pressure, despite its Chinese peers likely heading towards more intense price competition. We attribute this to Enphase's differentiated customer value proposition. The company is also speeding up its upgrade to solar/storage product offerings in new European markets. We believe Enphase has strong potential to take market share in Europe, and the region becoming its largest growth driver in the coming years.

230. BMO Capital also published a report on April 26 confirming that "there were important positives that emerged" during the 1Q23 Conference Call, including "European growth/margins/pricing better than anticipated." As part of its "[t]houghts" following the 1Q23 Conference Call, BMO Capital

stated that "Europe [l]ooks [v]ery [g]ood [s]o [f]ar." BMO Capital also identified "European [g]rowth/[m]argins [b]etter [t]han [m]ost [e]xpected" as a "Positive," stating:

> We have been highlighting that the two most important aspects to maintaining our constructive stance on ENPH shares are upside from U.S. PTCs and a big opportunity to grow in Europe. However, there have been lingering questions on how margins would fare given more Asian and European competition in this region. ENPH management highlighted it is realizing over 45% gross margins in Europe which is much stronger than [BMO], and . . . most others would have expected. Again, if this continues over the next few quarters as supply chains stabilize and backlogs reduce, it would imply upside to our and consensus estimates. We expect international revenues (largely Europe) to make up ~40% of FY 2023 revenues. This growing geographic diversification should allow ENPH to largely navigate U.S. weakness even if it persists into 1H 2024.

231. The statements set forth above in ¶¶224-26 were materially false and misleading when made. For instance, while Defendants publicly claimed that Enphase's "***European business is growing rapidly***" and "***much faster than the market***," and was "***doing very well***" and "***incredibly well***" in terms of growth, demand was declining in at least the Netherlands, Enphase's largest European market. Defendants also failed to disclose declining Dutch demand as well as indicators of declining demand in Germany and other European markets. As explained below, Enphase's European business was experiencing severe structural problems that rendered these statements false or misleading:

(a) **Enphase Was Experiencing Market Saturation and Demand Declines in Key European Markets**. By early 2023, the residential solar market in key European countries showed signs of saturation. With respect to the Netherlands market, which accounted for approximately 52% of Enphase's estimated European revenues for 1Q23, FE-2, whose sales accounted for 35-40% of all Enphase sales in that market, confirmed that while Enphase experienced growth in 2021 and 2022 in this market, ***this trend reversed in early 2023 when the residential solar market dried up***. The Netherlands market was experiencing the early stages of saturation as the addressable residential market became exhausted. FE-2 stated that this started as early as 4Q22 but by April 2023 it was clear the decline was not temporary and that demand was not recovering. FE-2 could see data on Salesforce that the Company was losing market share, and that the Dutch sales team could see the signs because the sales distributors were ordering less product and the installations started to diminish. FE-2 stated that with limited exception, most of the 80 to 90 customers in his portfolio began ordering less Enphase product by April 2023. This included installers such as Zonnemarkt, Saman, and Soly and distributors Solarclarity, 4Blue, and SolarEdge. FE-2's

customers typically purchased between 8,000 and 30,000 units per quarter, however by the end of 2Q23, FE-2's customers were ordering less than 50% of prior levels. According to FE-2, beginning around April or May 2023, the Company's 2023 sales forecasts for the Netherlands region, as presented during R6Q meetings, were cut by roughly half or more, and by the time FE-2 left Enphase, the forecast had been cut by two-thirds relative to the original projections. FE-2 described these reductions as occurring gradually over several months. FE-2 further explained that forecasting was a continuous process and European managers regularly published updated figures whenever information was received from customers or employees. Per FE-2, other European markets did not increase their forecasts to compensate for the reductions in the Netherlands forecast. Similarly, in his region, FE-1 explained that early in 2023, Enphase began experiencing a decline in customer demand for its products. The electricity-price spike that had driven Enphase's European growth in 2022 and early 2023 had also reversed. By early 2023, German day-ahead power prices had fallen from approximately €700/MWh to €100-150/MWh. Under the Dutch price cap effective January 1, 2023, the value of new solar production in the Netherlands had fallen by as much as roughly 45% before the Class Period began. Likewise, Chinese customs data reflected that inverter shipments to the Netherlands and Germany in January and February 2023 alone equaled 29% and 25%, respectively, of each country's full-year 2022 volume, a pace that left European distributors holding substantial inventory by the end of 1Q23. Year-over-year growth in Dutch-bound shipments had already begun to slow, from 385% in February 2023 to 317% in March 2023. The record 1Q23 microinverter sell-through Kothandaraman cited reflected the industry-wide surge in shipments in January and February 2023, not the trend in orders FE-2 observed by April 2023. Likewise, the 25% sequential revenue growth Kothandaraman cited measured shipments to distributors, not end demand.

(b) **Enphase Was Failing to Penetrate New European Markets**. Enphase faced significant hurdles in penetrating its newer markets. For instance, FE-2, who interacted directly in meetings with German sales leaders, recalled that there was no basis for Enphase's optimism for sales growth in the German market. According to FE-5, Enphase began to lose market share in Germany in late 2022 or early 2023, when a precipitous decline in demand for Enphase's products in Germany began. FE-3 recalled hearing in the summer of 2023 that Enphase's microinverters were not popular in Germany and that the German market preferred string inverters. Additionally, FE-3 stated that Enphase's inverter sales for the

market in Poland never took off during his tenure. According to FE-5, Defendant Kothandaraman targeted Italy for sales growth, including by presenting on the Italian Super Bonus program in August 2022, but Enphase failed to grow market share in Italy.

(c) **Chinese Competitors Were Taking Enphase's European Market Share**. Enphase faced severe and intensifying competition from Chinese manufacturers selling comparable products at dramatically lower prices. As confirmed by CI-1 and CI-2, Chinese competitors were selling string inverters and microinverters at 50% below Enphase's prices and were taking market share from Enphase and/or stymieing Enphase's attempts to grow share in newer markets. FE-2 confirmed that, by the first half of 2023, he learned directly from installers and distributors that Enphase's prices were not competitive and received similar accounts from other members of the Benelux and German sales teams. FE-2 also heard from installers that Enphase was too expensive and that they were going to use other products. FE-5 stated that Enphase was losing share to Chinese companies across Europe. As part of his job, FE-5 regularly traveled to road shows and trade shows where he would interact with installers and distributors who worked across Europe and in Enphase's key markets, such as Netherlands, Germany, and France. Throughout 2023 and 2024, FE-5 heard from these installers and distributors that Chinese brands, such as Huawei, Sungrow, KStar, and Solaris, were taking market share. FE-5 described hearing this month after month in discrete interactions with installers and distributors, and during trade and road shows. FE-5 stated that he heard this from 50-200 installers, including Cinergia, VP Solar, Tadiran, and Amara Solar but he could not recall specific dates because it occurred so frequently during this time. In the months before FE-6 left Enphase, i.e., April to July 2023, the Country Manager for Spain reported to Kothandaraman during R6Q meetings that Enphase's market share in Spain was going down a little bit due to new Chinese players that were more competitive on price and were offering new products and due to backorders with Enphase's distributors. As to the Chinese competitors taking share from Enphase in Spain at this time, FE-6 cited APSystems, Deye, GoodWe, and new product launches from Huawei.

(d) **Enphase's Product and Service Problems Were Causing It to Lose Business**. FE-3 explained that Enphase was losing business because of customer service, installation, and connectivity issues, and that installers told him this directly. FE-3 explained that the seamless installation that Enphase promoted was not so seamless. Installers directly told FE-3 they were choosing to use

competitors' inverters instead because Enphase's products were too complicated, and that rival products were quicker and easier to obtain and install. FE-3 further described that the Company's customer service system routed complaints to call centers in India where representatives would hastily close tickets without properly resolving issues. FE-3 stated that Enphase's microinverters also experienced frequent communication disruptions with home gateways due to interference from household electronics, a problem that string inverters did not face and that affected customers across the Netherlands, Spain, France, and Italy.

232. As a result of Defendants' omission of these facts, the market was left with the misleading impression that Enphase's European business was experiencing genuine, sustainable growth driven by strong demand and competitive advantages, when in reality the Company was suffering from collapsing demand due to market saturation, losing share to Chinese competitors offering comparable products at 50% lower prices, failing to penetrate critical new markets like Germany and Italy, and was losing business due to deteriorating customer service, technical support, and systems connectivity that damaged its appeal to installers and customers and undermined its premium pricing justification. Thus, Defendants had no reasonable basis to believe or make their statements and/or were aware of undisclosed facts tending to seriously undermine the accuracy of their statements.

233. <u>Statement No. 7</u>: In a June 7, 2023 report, Oppenheimer documented its meeting with Enphase "[m]anagement." During the meeting, Enphase "[m]anagement" "highlighted" that "the [C]ompany ***continues to see strong demand across geographies with no price pressure given demand fundamentals and value-added products***." Oppenheimer also reported that "ENPH provided color on the factors supporting the premiums for its products" confirming that, "[i]n Europe," Enphase "***[wa]s not seeing pricing pressure given its differentiated products*** despite select reports of price declines on Chinese-based string inverters."

234. The statements set forth in the above paragraph were false and misleading when made. While Defendants publicly stated that Enphase "***continues to see strong demand across geographies with no price pressure***" and "***[wa]s not seeing pricing pressure given its differentiated products***" demand was declining in at least the Netherlands, Enphase's largest European market. Defendants also failed to disclose declining Dutch demand as well as indicators of declining demand in Germany and other European market,

and that the price competition Enphase faced was not limited to Chinese string inverters. As explained below, Enphase's European business was experiencing severe structural problems that rendered these statements false or misleading:

(a) **Enphase Was Experiencing Market Saturation and Demand Declines in Key European Markets**. By early 2023, the residential solar market in key European countries showed signs of saturation. With respect to the Netherlands market, which accounted for approximately 52% of Enphase's estimated European revenues for 2Q23, FE-2, whose sales accounted for 35-40% of all Enphase sales in that market, confirmed that while Enphase experienced growth in 2021 and 2022 in this market, ***this trend reversed in early 2023 when the residential solar market dried up***. The Netherlands market was experiencing the early stages of saturation as the addressable residential market became exhausted. FE-2 stated that this started as early as 4Q22 but by April 2023 it was clear the decline was not temporary and that demand was not recovering. FE-2 could see data on Salesforce that the Company was losing market share, and that the Dutch sales team could see the signs because the sales distributors were ordering less product and the installations started to diminish. FE-2 stated that with limited exception, most of the 80 to 90 customers in his portfolio began ordering less Enphase product by April 2023. This included installers such as Zonnemarkt, Saman, and Soly and distributors Solarclarity, 4Blue, and SolarEdge. FE-2's customers typically purchased between 8,000 and 30,000 units per quarter, however by the end of 2Q23, FE-2's customers were ordering less than 50% of prior levels. According to FE-2, beginning around April or May 2023, the Company's 2023 sales forecasts for the Netherlands region, as presented during R6Q meetings, were cut by roughly half or more, and by the time FE-2 left Enphase, the forecast had been cut by two-thirds relative to the original projections. FE-2 described these reductions as occurring gradually over several months. FE-2 further explained that forecasting was a continuous process and European managers regularly published updated figures whenever information was received from customers or employees. Per FE-2, other European markets did not increase their forecasts to compensate for the reductions in the Netherlands forecast. Similarly, in his region representing approximately 5% of Enphase's European sales, FE-1 explained that early in 2023, Enphase began experiencing a decline in customer demand for its products. As the decline persisted into 2Q23, it became clear that the downturn was not typical seasonality, and while Enphase continued to push shipments to distributors, distributors

and installers began to push back on new shipments. Beginning sometime in 2Q23 and no later than June 2023, FE-1 began raising concerns directly with Marco Krapels that there was a real problem with weakening demand in his region. The electricity-price spike that had driven Enphase's European growth in 2022 and early 2023 had also reversed. By early 2023, German day-ahead power prices had fallen from approximately €700/MWh to €100-150/MWh. Dutch day-ahead power prices, which averaged €241.92/MWh in 2022, fell to €77.88/MWh in May 2023. Under the Dutch price cap effective January 1, 2023, the value of new solar production in the Netherlands had fallen by as much as roughly 45% before the Class Period began. Chinese customs data reflected that inverter shipments to the Netherlands and Germany in January and February 2023 alone equaled 29% and 25%, respectively, of each country's full-year 2022 volume, a pace that left European distributors holding substantial inventory by the end of 1Q23. Beginning in the spring of 2023, the growth in shipments to the Netherlands collapsed: year-over-year growth in Dutch-bound exports fell from 385% in February 2023 to 317% in March, 125% in April, and 115% in May. Year-over-year growth in German-bound exports fell from 365% in April to 238% in May.

(b) **Enphase Was Failing to Penetrate New European Markets**. Enphase faced significant hurdles in penetrating its newer markets. For instance, FE-2, who interacted directly in meetings with German sales leaders, recalled that there was no basis for Enphase's optimism for sales growth in the German market. According to FE-5, Enphase began to lose market share in Germany in late 2022 or early 2023, when a precipitous decline in demand for Enphase's products in Germany began. FE-3 recalled hearing in the summer of 2023 that Enphase's microinverters were not popular in Germany and that the German market preferred string inverters. Additionally, FE-3 stated that Enphase's inverter sales for the market in Poland never took off during his tenure. According to FE-5, Defendant Kothandaraman targeted Italy for sales growth, including by presenting on the Italian Super Bonus program in August 2022, but Enphase failed to grow market share in Italy. Ultimately, Enphase lost market share going from 2% market share in 2021-2022 to less than 1% in 2024 and due to Enphase's failure to penetrate the Italian market, according to FE-5, Defendant Kothandaraman pushed out the Country Manager for Italy in August 2023.

(c) **Chinese Competitors Were Taking Enphase's European Market Share**. Enphase faced severe and intensifying competition from Chinese manufacturers selling comparable products at dramatically lower prices. As later confirmed by CI-1 and CI-2, Chinese competitors were

selling string inverters and microinverters at 50% below Enphase's prices and were taking market share from Enphase and/or stymieing Enphase's attempts to grow share in newer markets. FE-2 confirmed that, by the first half of 2023, he learned directly from installers and distributors that Enphase's prices were not competitive and received similar accounts from other members of the Benelux and German sales teams. FE-2 also heard from installers that Enphase was too expensive and that they were going to use other products. FE-1 learned from Enphase's distributor and installer partners that Chinese competitors were aggressive on price concessions, and that Huawei ran promotions such as buy two get one free during the 2023 market retraction. FE-1 was aware that Enphase country sales directors asked for price flexibility more frequently, and in the summer of 2023, Marco Krapels traveled to FE-1's region to work on special pricing for certain customers. According to CI-1, following the solar market downturn in early 2023, prices were dropping by 10-20%. Chinese peers GoodWe and Hoymiles reported in May 2023 that their European distributors were seeing pressure from inventory built up since April "due to competition and demand." FE-5 stated that Enphase was losing share to Chinese companies across Europe. As part of his job, FE-5 regularly traveled to road shows and trade shows where he would interact with installers and distributors who worked across Europe and in Enphase's key markets, such as Netherlands, Germany, and France. Throughout 2023 and 2024, FE-5 heard from these installers and distributors that Chinese brands, such as Huawei, Sungrow, KStar, and Solaris, were taking market share. FE-5 described hearing this month after month in discrete interactions with installers and distributors, and during trade and road shows. FE-5 stated that he heard this from 50-200 installers, including Cinergia, VP Solar, Tadiran, and Amara Solar but he could not recall specific dates because it occurred so frequently during this time. In the months before FE-6 left Enphase, i.e., April to July 2023, the Country Manager for Spain reported to Kothandaraman during R6Q meetings that Enphase's market share in Spain was going down a little bit due to new Chinese players that were more competitive on price and were offering new products and due to backorders with Enphase's distributors. As to the Chinese competitors taking share from Enphase in Spain at this time, FE-6 cited APSystems, Deye, GoodWe, and new product launches from Huawei. The Chinese competitors taking share in Spain at this time included microinverter makers APSystems and Deye. The price competition Enphase faced was therefore not confined to Chinese string inverters.

(d) **Enphase's Product and Service Problems Were Causing It to Lose Business**. FE-3 explained that Enphase was losing business because of customer service, installation, and connectivity issues, and that installers told him this directly. FE-3 explained that the seamless installation that Enphase promoted was not so seamless. Installers directly told FE-3 they were choosing to use competitors' inverters instead because Enphase's products were too complicated, and that rival products were quicker and easier to obtain and install. FE-3 further described that the Company's customer service system routed complaints to call centers in India where representatives would hastily close tickets without properly resolving issues. FE-3 stated that Enphase's microinverters also experienced frequent communication disruptions with home gateways due to interference from household electronics, a problem that string inverters did not face and that affected customers across the Netherlands, Spain, France, and Italy.

235. As a result of Defendants' omission of these facts, the market was left with the misleading impression that Enphase's European business was experiencing genuine, sustainable growth driven by strong demand and competitive advantages, when in reality the Company was suffering from collapsing demand due to market saturation, losing share to Chinese competitors offering comparable products at 50% lower prices, failing to penetrate critical new markets like Germany, and was losing business due to deteriorating customer service, technical support, and systems connectivity that damaged its appeal to installers and customers and undermined its premium pricing justification. Thus, Defendants had no reasonable basis to believe or make their statements and/or were aware of undisclosed facts tending to seriously undermine the accuracy of their statements.

**B. Enphase's 2Q23 Financial Results**

236. On July 27, 2023, Defendants held a conference call to discuss Enphase's 2Q23 financial results (the "2Q23 Conference Call").

237. <u>Statement No. 8</u>: As part of his prepared remarks, Defendant Kothandaraman stated:

> ***Our European business remained strong***. Q3 is typically down due to summer vacation, but ***our year-on-year growth trend is very robust***. . . .
>
> ***We saw strong broad-based growth across Europe in Q2***. ***Netherlands*** and France ***continue to be very strong for us. We are starting to gain real traction in Germany in*** both ***residential solar*** and batteries. . . . ***We saw strong quarterly sequential growth in installer count, sell-through and activations of*** both ***solar*** and batteries ***in Germany during Q2***.

238. Statement No. 9: Kothandaraman responded to questions from analysts. For instance, in response to a question from a Morgan Stanley analyst, Andrew Percoco, about Enphase's "expectation" with respect to "volume" for 3Q23, Kothandaraman stated, "***[W]e are very strong in Netherlands*** and France. We are upcoming in Germany. But for us, the other – other countries are almost a blue ocean. Like Italy, U.K., Sweden, Denmark, Greece, Austria, Switzerland, Poland. We are entering all of those regions. And so ***we are extremely bullish on Europe***."

239. Statement No. 11: In response to a Craig-Hallum analyst's question regarding "battery inventory in the channel," Defendant Belur stated, "our business in Germany is definitely starting to pick up. It gives me a lot of confidence as well. Germany is one of the more mature and a tough market to go as a new entrant to go in and win, and ***we are definitely doing well in Germany as well, both – not just for solar, but solar*** and battery."

240. Statement No. 12: As part of the 2Q23 Conference Call, Defendants explained that Enphase's revenue guidance for 3Q23 would be down due to "channel inventory" in the U.S. and "seasonality" in Europe. This led to a number of questions, including the following exchange between Steven Fleishman (Wolfe Research) and Kothandaraman:

> FLEISHMAN: [O]n the Europe aspect, could you just clarify how you know it's the seasonal issue, as opposed to the beginning of some of the same issues we've seen in the U.S. in terms of gas prices down, higher rates? How do you know it's the seasonality?
>
> KOTHANDARAMAN: Well, ***that's what we are hearing.*** We are very close to our customers. ***This is what we are hearing from all of them. The fundamental drivers aren't changing***. And for us, really, like what I said, ***we aren't that much worried about talks of inventory because*** we have -- we are underpenetrated in Europe. ***We are strong in*** France and ***Netherlands***. But every year, the region in Europe is a blue ocean for us.
>
> Like, for example, in Italy, solar plus storage. In U.K., the same thing. In Poland, similar. In Sweden and Denmark, similar. In Greece, similar. So we are underpenetrated in most of the regions, except France and ***Netherlands, which have been fantastic for us***. And so I think ***we are extremely bullish about Europe. Our growth rate, like what we said, is more than triple growth in Q2, more than tripled year-on-year. We are very bullish there***.

241. After the 2Q23 Conference Call, analysts issued reports repeating Defendants' statements regarding Enphase's European business. For example, Evercore issued a same-day report confirming that Enphase's "European [g]rowth [r]emain[ed] [s]trong," the Company "remain[ed] focused on . . . accelerating growth in Europe," and "the fundamental drivers are intact," due in part to Enphase's "push[] into Europe." Evercore also noted that although Enphase's Europe business in 3Q23 would be "[i]mpacted

by [t]ypical [s]ummer [s]easonality," it "clearly continues to grow strongly," and the Company had "strong position[s] in the Netherlands and France." For its part, KeyBanc reported that "Europe performed strongly" and that "[t]he Company expects healthy revenue growth in 2Q[23] compared to 1Q[23]."

242. On July 28, 2023, BMO Capital issued a report explaining that it was "sticking with [its] Outperform" rating for Enphase stock: "ENPH has proven it can enter [international] markets as a higher priced alternative and win share as it offers longer useful life and faster install and functionality for end users. . . . We don't think disappointing 3Q guidance is a result of market share loss." TD Cowen similarly attributed lowered 3Q guidance in the "European market" "to seasonality around the summer travel season." Scotiabank described Enphase's European business as "[a] [b]right [s]pot" in its July 28 report, noting that Enphase "enjoy[ed] healthy market share in . . . the Netherlands." Wells Fargo likewise identified Enphase's European business as a "[b]right [s]pot[]," describing the Company's "[g]rowth in Europe" as "robust" "as ENPH continues to gain market share." Citigroup ("Citi") likewise issued a July 28 report noting that Enphase's European markets were "rapidly growing" and that the Company's 2Q23 guidance "appear[ed] conservative" in part because the "EU is growing."

243. HSBC also issued a July 28 report noting that although the Company expected lower revenue in 3Q23 "due to seasonality," Enphase's "European business likely outperformed peers" and HSBC "remain[ed] positive on Enphase for its strong competitive position in the inverter space." Oppenheimer also was "encouraged" by the "potential for growth . . . in Europe." Truist similarly flagged Enphase's "[c]ontinued [s]uccess" with its expansion into European markets in its July 28 report, noting that this "expansion and product roll-outs will play an increasingly important role particularly amidst macro backdrop and domestic market slowdown for ENPH to continue to scale up and maintain its competitive positioning globally." And Goldman Sachs's July 28 report stated, "we believe ENPH's long term growth fundamentals remain intact driven by its growing exposure to robust demand in Europe" and "Europe remains a strong driver of growth" for Enphase.

244. The statements set forth above in ¶¶237-40 were materially false and misleading when made. For instance, while Defendants publicly stated that Enphase's "***European business remained strong***" with "***strong broad-based growth***" across the region, "***[t]he fundamental drivers aren't changing***," and its "***year-on-year growth trend is very robust***," with "***triple growth in Q2, more than***

***tripled year-on-year***," leading Defendants to be "***very bullish***" as to that business, demand was declining in at least the Netherlands, Enphase's largest European market, the decline was not seasonal, and the electricity-price spike that had driven Enphase's European growth had reversed. Defendants also failed to disclose declining Dutch demand as well as indicators of declining demand in Germany and other European markets, that the Company was facing price pressure from Chinese competitors, and that distributors were pushing back on new shipments even as Enphase continued to push product into a European channel already at the top of its normal range. As explained below, Enphase's European business was experiencing severe structural problems that rendered these statements false or misleading:

(a) **Enphase Was Experiencing Market Saturation and Internally Recognized Demand Contraction in Key European Markets**. As FE-3 confirmed, by summer 2023 installers told him directly that the market was saturated with solar systems in the Netherlands, which FE-3 confirmed through Enphase's gateway system. Also, by July 2023, Enphase was experiencing declining demand across multiple markets. With respect to the Netherlands market, which accounted for approximately 52% of Enphase's estimated European revenues for 2Q23, FE-2, whose sales accounted for 35-40% of all Enphase sales in that market, confirmed that while Enphase experienced growth in 2021 and 2022 in this market, ***this trend reversed in early 2023 when the residential solar market dried up***. The Netherlands market was experiencing the early stages of saturation as the addressable residential market became exhausted. FE-2 stated that this started as early as 4Q22 but by April 2023 it was clear the decline was not temporary and that demand was not recovering. FE-2 could see data on Salesforce that the Company was losing market share, and that the Dutch sales team could see the signs because the sales distributors were ordering less product and the installations started to diminish. FE-2 stated that with limited exception, most of the 80 to 90 customers in his portfolio began ordering less Enphase product by April 2023. This included installers such as Zonnemarkt, Saman, and Soly and distributors Solarclarity, 4Blue, and SolarEdge. FE-2's customers typically purchased between 8,000 and 30,000 units per quarter, however by the end of 2Q23, FE-2's customers were ordering less than 50% of prior levels. According to FE-2, beginning around April or May 2023, the Company's 2023 sales forecasts for the Netherlands region, as presented during R6Q meetings, were cut by roughly half or more, and by the time FE-2 left Enphase, the forecast had been cut by two-thirds relative to the original projections. FE-2 described these reductions as occurring gradually

over several months. Per FE-2, other European markets did not increase their forecasts to compensate for the reductions in the Netherlands forecast. In Germany, around the beginning of summer of 2023, a German employee told FE-3 that microinverters were not popular in Germany and were not selling well and that microinverter sales were going down. In his region representing approximately 5% of Enphase's European sales, FE-1 confirmed that by 2Q23, the decline in demand that had started in early 2023 persisted, making it clear that the downturn was not typical seasonality, and that distributors had begun to push back on new shipments due to weakening demand. Beginning sometime in 2Q23 and no later than June 2023, FE-1 began raising concerns that there was a real problem with weakening demand in his region directly to Marco Krapels. FE-1 further recalled directly notifying Kothandaraman during weekly shipment review meetings during the summer of 2023 of declining demand for Enphase products in his region. FE-1 recalled that, by no later than the end of summer 2023, many of Enphase's European sales directors were speaking up and presenting data during the weekly shipment review meetings attended by Kothandaraman that there was weakening customer demand for Enphase products in their regions. FE-1 recalled such concerns raised by leaders of Germany and the Netherlands, but also recalled similar concerns raised by leaders of other large markets. According to FE-1, the retraction in demand was so significant that Enphase's customers were overstocked, and this overstock issue was discussed at R6Q meetings. The electricity-price spike that had driven Enphase's European growth in 2022 and early 2023 had reversed. By early 2023, German day-ahead power prices had fallen from approximately €700/MWh to €100-150/MWh, and under the Dutch price cap effective January 1, 2023, the value of new solar production in the Netherlands had fallen by as much as roughly 45%. On July 20, 2023, one week before the call, CBS published data showing that the average uncapped variable supply rate paid by Dutch households had fallen 55% in five months, from €0.5150/kWh in January 2023 to €0.2343/kWh in June 2023. A month earlier, TD Cowen had reported from Intersolar Europe that power prices had come down in most regions to pre-war levels. According to a Dutch installer interviewed by Jefferies, the payback period for a typical Dutch residential solar system had risen from about three years at the end of 2022 to four to five years by mid-2023. Chinese customs data reflected that inverter shipments to the Netherlands and Germany in January and February 2023 alone equaled 29% and 25%, respectively, of each country's full-year 2022 volume, a pace that left European distributors holding substantial inventory by the end of 1Q23. Thereafter, growth in inverter shipments to

the Netherlands collapsed, from 385% year-over-year in February 2023 to 72% in June 2023, and growth in shipments to Germany fell from 365% in April 2023 to 84% in June 2023. The decline in 3Q23 that Defendants attributed to summer seasonality was not seasonal. In France, capacity connected in residential installations rose 23% in 3Q23 over 2Q23, while Enphase's French sell-through fell 34%. The "strong broad-based growth across Europe in Q2" Defendants cited measured shipments to distributors, not end demand. Enphase continued to push shipments to distributors even as, in at least FE-1's region, distributors and installers began to push back on new shipments, and Enphase's European channel inventory had risen to "the 10-week side," the top of the 8-to-10-week range Kothandaraman described as normal.

(b) **Enphase Was Failing to Penetrate New European Markets**. Enphase faced significant hurdles in penetrating its newer markets. For instance, FE-2, who interacted directly in meetings with German sales leaders, recalled that there was no basis for Enphase's optimism for sales growth in the German market. FE-2 explained that Enphase struggled to get a foothold in the German market and even struggled to retain existing business there, due to structural barriers like strong customer loyalty to domestic German brands. According to FE-5, Enphase began to lose market share in Germany in late 2022 or early 2023, when a precipitous decline in demand for Enphase's products in Germany began. FE-3 similarly recalled hearing in the summer of 2023 that Enphase's microinverters were not popular in Germany and that the German market preferred string inverters. Additionally, FE-3 stated that Enphase's inverter sales for the market in Poland never took off during his tenure. According to FE-5, Defendant Kothandaraman targeted Italy for sales growth, including by presenting on the Italian Super Bonus program in August 2022, but Enphase failed to grow market share in Italy. Ultimately, Enphase lost market share going from 2% market share in 2021-2022 to less than 1% in 2024 and due to Enphase's failure to penetrate the Italian market, according to FE-5, Defendant Kothandaraman pushed out the Country Manager for Italy in August 2023.

(c) **Chinese Competitors Were Taking Enphase's European Market Share**. Enphase faced severe and intensifying competition from Chinese manufacturers selling comparable products at dramatically lower prices. As later confirmed by CI-1 and CI-2, Chinese competitors were selling string inverters and microinverters at 50% below Enphase's prices and were taking market share from Enphase and/or stymieing Enphase's attempts to grow share in newer markets. FE-2 confirmed that,

by the first half of 2023, he learned directly from installers and distributors that Enphase's prices were not competitive and received similar accounts from other members of the Benelux and German sales teams. FE-2 also heard from installers that Enphase was too expensive and that they were going to use other products. FE-1 learned from Enphase's distributor and installer partners that Chinese competitors were aggressive on price concessions, and that Huawei ran promotions such as buy two get one free during the 2023 market retraction. FE-3 said that by the summer of 2023 he heard from installers that Enphase was losing business to cheaper competitors. FE-3 confirmed a lot of the installers indicated that they were getting more work from Chinese string-inverter companies. FE-5 stated that Enphase was losing share to Chinese companies across Europe. As part of his job, FE-5 regularly traveled to road shows and trade shows where he would interact with installers and distributors who worked across Europe and in Enphase's key markets, such as Netherlands, Germany, and France. Throughout 2023 and 2024, FE-5 heard from these installers and distributors that Chinese brands, such as Huawei, Sungrow, KStar, and Solaris, were taking market share. FE-5 described hearing this month after month in discrete interactions with installers and distributors, and during trade and road shows. FE-5 stated that he heard this from 50-200 installers, including Cinergia, VP Solar, Tadiran, and Amara Solar but he could not recall specific dates because it occurred so frequently during this time. In the months before FE-6 left Enphase, i.e., April to July 2023, the Country Manager for Spain reported to Kothandaraman during R6Q meetings that Enphase's market share in Spain was going down a little bit due to new Chinese players that were more competitive on price and were offering new products and due to backorders with Enphase's distributors. As to the Chinese competitors taking share from Enphase in Spain at this time, FE-6 cited APSystems, Deye, GoodWe, and new product launches from Huawei.

(d) **Enphase's Product and Service Problems Were Causing It to Lose Business**. FE-3 explained that Enphase was losing business because of customer service, installation, and connectivity issues, and that installers told him this directly. FE-3 explained that the seamless installation that Enphase promoted was not so seamless. Installers directly told FE-3 they were choosing to use competitors' inverters instead because Enphase's products were too complicated, and that rival products were quicker and easier to obtain and install. FE-3 further described that the Company's customer service system routed complaints to call centers in India where representatives would hastily close tickets without

properly resolving issues. FE-3 stated that Enphase's microinverters also experienced frequent communication disruptions with home gateways due to interference from household electronics, a problem that string inverters did not face and that affected customers across the Netherlands, Spain, France, and Italy.

245. Likewise, while Defendants publicly claimed that Enphase was "***definitely doing well in Germany***" in "***solar***," the reality was Enphase was struggling to gain traction in that country, and that demand for Enphase products was limited. Around the beginning of summer 2023, a German Enphase employee told FE-3 that microinverters were not popular in Germany, were not selling well, and that microinverter sales in Germany were going down. FE-1 recalled that, by no later than the end of summer 2023, the sales director for Germany was speaking up and presenting data during the weekly shipment review meetings attended by Kothandaraman that there was weakening customer demand for Enphase products in Germany. Additionally, FE-2 characterized Enphase's German operations as having no reasonable basis for growth expectations due to structural barriers like strong customer loyalty to domestic German brands. CI-1 later confirmed in September 2023 that Chinese microinverter manufacturers "are doing very, very good sales in Germany" and that it would be "very, very, very difficult" for Enphase "to gain market share."

246. As a result of Defendants' omission of these facts, the market was left with the misleading impression that Enphase's European business was experiencing genuine, sustainable growth driven by strong demand and competitive advantages, when in reality the Company was suffering from collapsing demand due to market saturation, losing share to Chinese competitors offering comparable products at 50% lower prices, failing to penetrate critical new markets like Germany, and was losing business due to deteriorating customer service, technical support, and systems connectivity that damaged its appeal to installers and customers and undermined its premium pricing justification. Thus, Defendants had no reasonable basis to believe or make their statements and/or were aware of undisclosed facts tending to seriously undermine the accuracy of their statements.

**C. Enphase's 3Q23 Financial Results**

247. On October 26, 2023, Defendants held a conference call to discuss Enphase's 3Q23 financial results (the "3Q23 Conference Call").

248. Statement No. 13: During the 3Q23 Conference Call, Defendant Kothandaraman stated the following as part of his prepared remarks:

> Let's talk about Europe demand a little bit. We are facing 2 challenges in Europe, and the situation has dramatically changed from the last quarter -- from 90 days ago. We saw a much weaker demand recovery from summer. We also see a lot of distributors facing oversupply of solar equipment, particularly panels, leading to much more aggressive destocking. Despite this temporary weakness, ***we think that the pullback in Europe will be temporary as the fundamentals remain strong*** and we are relatively underpenetrated in the U.S. We are entering a lot -- lots of new geographies with our IQ8 microinverters and batteries. So ***we remain very bullish about Europe***.

249. Statement No. 14: With respect to Enphase's "3 largest markets in Europe, the Netherlands, France and Germany," Kothandaraman stated:

> In Netherlands, our largest European market, our Q3 sell-through was down 40% compared to Q2. This was our first sequentially down quarter in the last 2 years. Installers tell us that the customers fear of an export penalty and confusion around ending of the net metering has caused the market pull back. I was in Netherlands 2 weeks ago. I visited with our leading installers, [and] ***I came away confident that this pullback will be short lived***. We think that the plan for net metering will be clarified after the country's elections in November. The payback period are continuing to be attractive in Netherlands. In addition, total system solutions, which includes batteries, solar and EV chargers are going to become the norm as dynamic tariffs become more prevalent in Netherlands. ***We are well positioned to take advantage of these changes***.
>
> * * *
>
> In Germany, our Q3 sell-through was down 32% compared to Q2. ***We saw strong sequential growth in installer count and activations, and we are continuing to gain traction there***.

250. Statement No. 15: Kothandaraman also stated, "We are managing through a slowdown in our overall demand. In the U.S., it is due to high interest rates on NEM 3.0. ***In Europe, it is due to broad macroeconomic conditions***."

251. Statement No. 16: Following his prepared remarks, Kothandaraman answered questions posed by analysts. For instance, Wolfe Research analyst, Steven Fleishman, sought more color from Kothandaraman with respect to "[t]he $150 million of undership." In response, Kothandaraman discussed Enphase's "biggest" European market:

> Now let's come to Netherlands, our biggest market. Netherlands has got very interesting dynamic that when I went there 2 weeks ago because I went there when I heard that our demand was dropping, I got concerned. I went there and when I looked at it, ***Netherlands situation is actually not so bad***. If you see, their payback is about 6 years. But they had a scare recently, a couple of maybe 2 or 3 months ago where an energy company called

> Vandebron basically said that to the consumer saying, we are going to charge you a penalty to export solar back into the grid. . . .
>
> All they were trying to do is to put some pressure on the government saying, you need to help us with net metering . . . . to say, okay, net metering needs to evolve into something where the customers have self-consumption, which is solar plus storage. And so ***it's actually extremely good for us there***.

252. Statement No. 17: In response to a question from Scotiabank analyst, Tristan Richardson, about Enphase's "new markets" in Europe, with respect to the "much bigger" "small commercial opportunity in Europe," Kothandaraman confirmed that Enphase had "***a lot of levers***" for growth.

253. Following the 3Q23 Conference Call, analysts issued reports repeating Defendants' statements regarding Enphase's European business. For example, in a same-day report, TD Cowen reiterated that Enphase "[m]anagement" "expects Europe will begin to show some improvement in 1Q24." TD Cowen also reported that Enphase's management "attributed" the sell-through decline "[i]n the Netherlands (Enphase's largest European market)" "to fears of an export penalty and confusion around net metering discontinuing," explaining that the Company's "[m]anagement . . . expects the pull back to be short term." In another same-day report, KeyBanc stated, "ENPH believes the weakness is temporary as the fundamentals in Europe are strong, and are being pressured by broader macroeconomic conditions. The Company emphasized it is extremely bullish in Europe . . . ."

254. In an October 27, 2023 report, BMO Capital flagged "ENPH's optimism that underlying European demand trends for residential solar remain intact." Capital One Securities, Inc. ("Capital One") issued a report stating, "Europe is expected to recover faster with perhaps an uptick in revenue during 1Q24." Deutsche Bank noted that Enphase's "[m]anagement remain[ed] confident in a 'quick' turnover in the European market" and Evercore confirmed that there was a "[c]hange in [s]hort [t]erm [] [d]emand" but the "[e]xpect[ation]" was a "[q]uick [r]eturn to [b]etter [l]evels." HSBC explained to investors in an October 27 report that it saw "no structural issue in end demand in Europe." JPMorgan likewise explained in its October 27 report that "[t]he Netherlands, which is ENPH's largest exposure to Europe . . . is expected to transition to a new rooftop solar policy, but ENPH noted that demand has hit a temporary lull until there is better clarity into a new policy." Susquehanna reported that "sell through in ENPH's three largest markets [in Europe] fell by 30-44% QoQ, but all three should bounce back in 4Q'23 and into FY'24."

255. Goldman Sachs also issued an October 27 report stating, "there seems to be bright spots," and noting that "the recovery picture already seems more clear" in Enphase's international markets, including the Netherlands, where the "likely" abatement of "some political overhang" was "setting the [C]ompany up for a meaningful rebound internationally in 1Q24." Goldman Sachs also stated that "[m]argins and pricing (and competition) not the issue." Finally, although Truist "remain[ed] cautious on NT [near-term] prospects" in Europe, it concluded in its October 27 report that it "remain[ed] confident with the long-term demand in Europe."

256. The statements set forth in ¶¶248-52 were materially false and misleading when made. While Defendants publicly stated that the "***pullback in Europe***" was due to "***broad macroeconomic conditions***," would be "***temporary***" or "***short lived***" because "***the fundamentals remain strong***" and the Company was "***well positioned to take advantage of [] changes***" in the Netherlands market, such that Defendants "***remain very bullish about Europe***," that Enphase was "***continuing to gain traction***" in Germany, and that Enphase had "***a lot levers***" for growth, Defendants failed to disclose that Enphase's sell-through had fallen far more than the market in each of its three largest European markets, so the decline was not due to broad macroeconomic conditions or a temporary market pullback; the fundamentals were not strong because the electricity-price spike that had driven Enphase's European growth had reversed; and Enphase could not compete for the commercial business Kothandaraman identified as a growth opportunity. Defendants also failed to disclose that Enphase was capturing a shrinking share of the installations still taking place in Europe, that the Company was facing price pressure from Chinese competitors, and indicators of declining demand in the Netherlands, Germany, and other European markets. As explained below, Enphase's European business was experiencing severe structural problems that rendered these statements false or misleading:

(a) **Enphase Was Experiencing Market Saturation and Demand Declines in Key European Markets**. As FE-3 confirmed, by summer 2023 installers told him directly that the market was saturated with solar systems in the Netherlands, which FE-3 confirmed through Enphase's gateway system. Also, Enphase was experiencing declining demand across multiple markets by July 2023. With respect to the Netherlands market, which accounted for approximately 48% of Enphase's estimated European revenues for 3Q23, FE-2, whose sales accounted for 35-40% of all Enphase sales in that market, confirmed

that while Enphase experienced growth in 2021 and 2022 in this market, ***this trend reversed in early 2023 when the residential solar market dried up***. The Netherlands market was experiencing the early stages of saturation as the addressable residential market became exhausted. FE-2 stated that this started as early as 4Q22 but by April 2023 it was clear the decline was not temporary and that demand was not recovering. FE-2 could see data on Salesforce that the Company was losing market share, and that the Dutch sales team could see the signs because the sales distributors were ordering less product and the installations started to diminish. FE-2 stated that with limited exception, most of the 80 to 90 customers in his portfolio began ordering less Enphase product by April 2023. This included installers such as Zonnemarkt, Saman, and Soly and distributors Solarclarity, 4Blue, and SolarEdge. FE-2's customers typically purchased between 8,000 and 30,000 units per quarter, however by the end of 2Q23, FE-2's customers were ordering less than 50% of prior levels. FE-2 further explained that forecasting was a continuous process and European managers regularly published updated figures whenever information was received from customers or employees. According to FE-2, beginning around April or May 2023, the Company's 2023 sales forecasts for the Netherlands region, as presented during R6Q meetings, were cut by roughly half or more, and by the time FE-2 left Enphase, the forecast had been cut by two-thirds relative to the original projections. FE-2 described these reductions as occurring gradually over several months. Per FE-2, other European markets did not increase their forecasts to compensate for the reductions in the Netherlands forecast. In Germany, around the beginning of summer of 2023, a German employee told FE-3 that microinverters were not popular in Germany and were not selling well and that microinverter sales were going down. In his region representing approximately 5% of Enphase's European sales, FE-1 confirmed that by 2Q23, the decline in demand that had started in early 2023 persisted, making it clear that the downturn was not typical seasonality, and that distributors had begun to push back on new shipments due to weakening demand. Beginning sometime in 2Q23 and no later than June 2023, FE-1 began raising concerns to Marco Krapels that there was a real problem with weakening demand in his region. FE-1 further recalled directly notifying Kothandaraman during weekly shipment review meetings during the summer of 2023 of declining demand for Enphase products in his region. FE-1 recalled that, by no later than the end of summer 2023, many of Enphase's European sales directors were speaking up and presenting data during the weekly shipment review meetings attended by Kothandaraman that there was weakening

customer demand for Enphase products in their regions. FE-1 recalled such concerns raised by leaders of Germany and the Netherlands, but also recalled similar concerns raised by leaders of other large markets. CI-3 recalled that in 2022, when the market was strong, his conversion rate was 33%: he would schedule three customer visits per day, and one would result in a sale. In his best month on record, he made 45 sales. As 2023 progressed, however, CI-3 stated that both his customer visits and his sales declined. By September 2023, his conversion rate had fallen to 10%, and his sales volume was roughly one-third of normal. His conversion rate stayed around 10% until Bespaarmetjedak closed in July 2024. According to CI-3, his conversion rate fell because the market had become saturated, and the customers left were primarily those who could not afford Enphase microinverters, which were consistently the highest-priced option. The decline in Enphase's European business also was not a market-wide pullback. In 3Q23, Enphase's sell-through fell far more than the market in each of its three largest European markets. In the Netherlands, Dutch solar registrations fell 25% while Enphase's Netherlands sell-through fell 40%. In France, capacity connected in residential installations rose 23% over 2Q23, while Enphase's French sell-through fell 34%. In Germany, residential capacity additions were 8% above their 2Q23 level, while Enphase's German sell-through fell 32%. Across Europe, Enphase's microinverter sell-through fell 35% in 3Q23, while combined residential capacity additions in the Netherlands, France, and Germany were essentially flat. Market-wide conditions—including broad macroeconomic conditions—affected every supplier and are reflected in the registration data and thus cannot explain why Enphase's sell-through fell so much further than the market. Additionally, because Dutch registrations fell only 25% in 3Q23, a market pullback cannot account for Enphase's 40% decline in Dutch sell-through. The excess reflected Enphase capturing a smaller share of the Dutch installations still taking place. As the Dutch market saturated, the customers who remained were primarily those who could not afford Enphase's microinverters, which were consistently the highest-priced option. The electricity-price spike that had driven Enphase's European growth in 2022 and early 2023 had reversed. From July through December 2023, the average Dutch household electricity supply rate stayed at approximately €0.19 to €0.20/kWh, roughly 60% below its January 2023 level. According to a Dutch installer interviewed by Jefferies, the payback period for a typical Dutch residential solar system had risen from about three years at the end of 2022 to six to seven years by

September 2023. On the same call, Kothandaraman described the Dutch payback as "extremely good still, 5 to 6 years."

(b) **Enphase Was Failing to Penetrate New European Markets**. Enphase faced significant hurdles in penetrating its newer markets. For instance, FE-2, who interacted directly in meetings with German sales leaders, recalled that there was no basis for Enphase's optimism for sales growth in the German market. FE-3 similarly recalled hearing in the summer of 2023 that Enphase's microinverters were not popular in Germany and that the German market preferred string inverters. Enphase was not "continuing to gain traction" in Germany. In 3Q23, while German residential capacity additions were 8% above their 2Q23 level, Enphase's German sell-through fell 32%. According to FE-5, Enphase had begun to lose market share in Germany in late 2022 or early 2023. FE-5 learned from technical employees based in Germany that Germany was experiencing a more precipitous decline than France. Enphase likewise could not penetrate the commercial market Kothandaraman cited as one of Enphase's "lot of levers" for growth. According to FE-2, while certain portions of the market, such as the commercial market, remained stronger than the residential market, Enphase could not compete for that business. It was much cheaper to use competitors' products, such as APsystems microinverters and Huawei string inverters, in commercial projects and social housing. Additionally, FE-3 stated that Enphase's inverter sales for the market in Poland never took off during his tenure. According to FE-5, Defendant Kothandaraman targeted Italy for sales growth, including by presenting on the Italian Super Bonus program in August 2022, but Enphase failed to grow market share in Italy. Due to Enphase's failure to penetrate the Italian market, according to FE-5, Defendant Kothandaraman pushed out the Country Manager for Italy in August 2023. Ultimately, Enphase lost market share going from 2% market share in 2021-2022 to less than 1% in 2024.

(c) **Chinese Competitors Were Taking Enphase's European Market Share**. Enphase faced severe and intensifying competition from Chinese manufacturers selling comparable products at dramatically lower prices. As later confirmed by CI-1 and CI-2, Chinese competitors were selling string inverters and microinverters at 50% below Enphase's prices and were taking market share from Enphase and/or stymieing Enphase's attempts to grow share in newer markets. By September 2023, Chinese manufacturers like TSUN and Deye were selling microinverters in Europe at less than half the price of Enphase products. FE-2 confirmed that, by the first half of 2023, he learned directly from installers

and distributors that Enphase's prices were not competitive and received similar accounts from other members of the Benelux and German sales teams. FE-2 also heard from installers that Enphase was too expensive and that they were going to use other products. FE-5 stated that Enphase was losing share to Chinese companies across Europe. As part of his job, FE-5 regularly traveled to road shows and trade shows where he would interact with installers and distributors who worked across Europe and in Enphase's key markets, such as Netherlands, Germany, and France. Throughout 2023 and 2024, FE-5 heard from these installers and distributors that Chinese brands, such as Huawei, Sungrow, KStar, and Solaris, were taking market share. FE-5 described hearing this month after month in discrete interactions with installers and distributors, and during trade and road shows. FE-5 stated that he heard this from 50-200 installers, including Cinergia, VP Solar, Tadiran, and Amara Solar but he could not recall specific dates because it occurred so frequently during this time. In the months before FE-6 left Enphase, i.e., April to July 2023, the Country Manager for Spain reported to Kothandaraman during R6Q meetings that Enphase's market share in Spain was going down a little bit due to new Chinese players that were more competitive on price and were offering new products and due to backorders with Enphase's distributors. As to the Chinese competitors taking share from Enphase in Spain at this time, FE-6 cited APSystems, Deye, GoodWe, and new product launches from Huawei. FE-1 similarly recalled that as Enphase saw reduced demand, Chinese competitors exacerbated the Company's problems by taking aggressive price reductions. For example, FE-1 recalled Huawei offering buy two, get one free price promotions on their inverter products. FE-3 said that by the summer of 2023 he heard from installers that Enphase was losing business to cheaper competitors. FE-3 confirmed a lot of the installers indicated that they were getting more work from Chinese string-inverter companies.

(d) **Enphase's Product and Service Problems Were Causing It to Lose Business**. FE-3 explained that Enphase was losing business because of customer service, installation, and connectivity issues, and that installers told him this directly. FE-3 explained that the seamless installation that Enphase promoted was not so seamless. Installers directly told FE-3 they were choosing to use competitors' inverters instead because Enphase's products were too complicated, and that rival products were quicker and easier to obtain and install. FE-3 further described that the Company's customer service system routed complaints to call centers in India where representatives would hastily close tickets without

properly resolving issues. FE-3 stated that Enphase's microinverters also experienced frequent communication disruptions with home gateways due to interference from household electronics, a problem that string inverters did not face and that affected customers across the Netherlands, Spain, France, and Italy.

257. As a result of Defendants' omission of these facts, the market was left with the misleading impression that Enphase's European pullback was temporary and cyclical rather than permanent and structural; demand would recover through inventory normalization and macroeconomic improvement rather than continuing to deteriorate due to market saturation; Enphase's premium pricing remained justified by superior quality and service when in fact customers were switching to comparable Chinese products at 50% lower prices and Enphase was losing business due to deteriorating customer service, technical support, and systems connectivity that damaged its appeal to installers and customers and undermined its premium pricing justification; new markets like Germany offered viable growth opportunities when in fact these expansion efforts were not gaining traction; and Europe could serve as a growth driver offsetting U.S. weakness. Thus, Defendants had no reasonable basis to believe or make their statements and/or were aware of undisclosed facts tending to seriously undermine the accuracy of their statements.

**D. Enphase's 4Q/FY23 Financial Results**

258. On February 6, 2024, Defendants held a conference call to discuss Enphase's 4Q23/FY23 financial results (the "4Q23/FY23 Conference Call").

259. <u>Statement No. 18</u>: Following Kothandaraman's prepared remarks, in response to a question from a Goldman Sachs analyst, Brian Lee, regarding "the magnitude of [the revenue] pickup" "off the 1Q[24] bottom," Kothandaraman identified the following as something that was "in our favor":

> Now other things that are in our favor. We are seeing Europe -- I mean, Europe drop to quite a low level. ***We are seeing Europe starting to pick back up.*** We are seeing France is back to the level it was before. ***We are seeing Netherlands,*** although Netherlands is not back to the original level, it's far from the original levels, but ***we see incremental progress on a weekly basis.*** In addition, we have introduced in the last 6 months several new products in Italy, U.K., Sweden, Denmark and a bunch of other countries. We start to see all of those also kicking in.

260. <u>Statement No. 19</u>: In response to a question from JPMorgan analyst, Mark Strouse, about Enphase's expectations for its Netherlands business, Kothandaraman stated that "in [the] Netherlands" "***we***

***saw the bottom***." He further stated that "***the bottom, I think, is behind us***. Now you should see a steady uptick there."

261. Following the 4Q23/FY23 Conference Call, analysts repeated Defendants' statements regarding Enphase's European business. For example, Truist issued a February 6, 2024 report stating, "[W]e gained incremental confidence that the environment in ENPH's 3 most important European markets (Netherlands, France & Germany) has found a bottom with the company expecting recoveries ahead of U.S. markets." Also in a February 6 report, KeyBanc stated, "The Company is seeing increased momentum in Europe, and signs of recovery looking to 2Q24" and "ENPH believes the weakness is temporary and close to the bottom as the fundamentals in Europe are strong. The Company emphasized it is bullish in Europe . . . ."

262. On February 7, 2024, Craig-Hallum issued a report stating, "ENPH [] disclosed that Europe is now showing signs of improvement." Deutsche Bank likewise noted in a February 7 report that "ENPH's stock is up ~12% post-trading on the results and management commentary during the conference call: following a ~25% price decline in the last 6 months (and down 55% in the last 12m), we believe investors are focusing on any positivity from a potential bottom in the coming months." Deutsche Bank further reported that Enphase "management remains confident in a European market turnaround with the market showing early signs of recovery." Evercore similarly reported that "ENPH is now starting to see signs of the market recovering. . . . Its Netherlands business is starting to show incremental progress on a weekly basis."

263. The statements set forth in ¶¶259-60 were materially false and misleading when made. For instance, while Defendants publicly claimed that Enphase was "***seeing Europe starting to pick back up***," "***see[ing] incremental progress on a weekly basis***" in the Netherlands, and that Defendants "***saw the bottom***," which was now "***behind***" the Company, Defendants failed to disclose that Enphase's Netherlands sell-through declined further in 1Q24, the quarter in which Defendants made these statements, and continued to decline thereafter, and the electricity-price spike that had driven Enphase's European growth had reversed. Defendants also failed to disclose that Enphase's sell-through had fallen far more than the market in each of its three largest European markets, such that any rebound would come from a level reflecting lost share rather than market weakness, that the Company was facing price pressure from Chinese

competitors, and indicators of continuing declines in demand in the Netherlands, Germany, and other European markets. As explained below, Enphase's European business was experiencing severe structural problems that rendered these statements false or misleading:

(a) **Enphase Was Experiencing Market Saturation and Demand Declines in Key European Markets**. As FE-3 confirmed, by summer 2023 installers told him directly that the market was saturated with solar systems in the Netherlands, which FE-3 confirmed through Enphase's gateway system. Also, Enphase was experiencing declining demand across multiple markets by July 2023. With respect to the Netherlands market, which accounted for approximately 37% and 50% of Enphase's estimated European revenues for 4Q23 and FY23, respectively, FE-2, whose sales accounted for 35-40% of all Enphase sales in that market, confirmed that while Enphase experienced growth in 2021 and 2022 in this market, ***this trend reversed in early 2023 when the residential solar market dried up***. The Netherlands market was experiencing the early stages of saturation as the addressable residential market became exhausted. FE-2 stated that this started as early as 4Q22 but by April 2023 it was clear the decline was not temporary and that demand was not recovering. FE-2 could see data on Salesforce that the Company was losing market share, and that the Dutch sales team could see the signs because the sales distributors were ordering less product and the installations started to diminish. FE-2 stated that with limited exception, most of the 80 to 90 customers in his portfolio began ordering less Enphase product by April 2023. This included installers such as Zonnemarkt, Saman, and Soly and distributors Solarclarity, 4Blue, and SolarEdge. FE-2's customers typically purchased between 8,000 and 30,000 units per quarter, however by the end of 2Q23, FE-2's customers were ordering less than 50% of prior levels. FE-2 further explained that forecasting was a continuous process and European managers regularly published updated figures whenever information was received from customers or employees. According to FE-2, beginning around April or May 2023, FE-2 stated that the Company's 2023 sales forecasts for the Netherlands region, as presented during R6Q meetings, were cut by roughly half or more, and by the time FE-2 left Enphase, the forecast had been cut by two-thirds relative to the original projections. FE-2 described these reductions as occurring gradually over several months. Per FE-2, other European markets did not increase their forecasts to compensate for the reductions in the Netherlands forecast. In Germany, around the beginning of summer of 2023, a German employee told FE-3 that microinverters were not popular in Germany and were not

selling well and that microinverter sales were going down. In his region, which represented approximately 5% of Enphase's European sales, FE-1 confirmed that by 2Q23, the decline in demand that had started in early 2023 persisted, making it clear that the downturn was not typical seasonality, and that distributors had begun to push back on new shipments due to weakening demand. Beginning sometime in 2Q23 and no later than June 2023, FE-1 began raising concerns to Marco Krapels that there was a real problem with weakening demand in his region. FE-1 further recalled directly notifying Kothandaraman during weekly shipment review meetings during the summer of 2023 of declining demand for Enphase products in his region. FE-1 recalled that, by no later than the end of summer 2023, many of Enphase's European sales directors were speaking up and presenting data during the weekly shipment review meetings attended by Kothandaraman that there was weakening customer demand for Enphase products in their regions. FE-1 recalled such concerns raised by leaders of Germany and the Netherlands, but also recalled similar concerns raised by leaders of other large markets. CI-3 recalled that in 2022, when the market was strong, his conversion rate was 33%: he would schedule three customer visits per day, and one would result in a sale. In his best month on record, he made 45 sales. As 2023 progressed, however, CI-3 stated that both his customer visits and his sales declined. By September 2023, his conversion rate had fallen to 10%, and his sales volume was roughly one-third of normal. His conversion rate stayed around 10% until Bespaarmetjedak closed in July 2024. According to CI-3, his conversion rate fell because the market had become saturated, and the customers left were primarily those who could not afford Enphase microinverters, which were consistently the highest-priced option. Additionally, Enphase's Dutch decline continued to outpace the market. Between 2Q23 and 4Q23, Dutch solar registrations fell 43%, while Enphase's Netherlands sell-through fell approximately 62%. In or around December 2023, Enphase's then-Marketing Director for EMEA, Halmans, and other technical employees based in the Netherlands told FE-5 that Enphase's market share and installations in the Netherlands were decreasing and had essentially fallen off a cliff in late 2023. Further, measured against the market, Enphase's European microinverter sell-through was roughly one-third lower in 4Q23 than in 2Q23, and its French sell-through was roughly 45% lower. The electricity-price spike that had driven Enphase's European growth in 2022 and early 2023 had reversed and Dutch homeowners' economics also continued to deteriorate. The average Dutch household

electricity supply rate stayed approximately 60% below its January 2023 level in every month from July through December 2023.

(b) **Enphase Was Failing to Penetrate New European Markets**. Enphase faced significant hurdles in penetrating its newer markets. For instance, FE-2, who interacted directly in meetings with German sales leaders, recalled that there was no basis for Enphase's optimism for sales growth in the German market. FE-3 recalled hearing in the summer of 2023 that Enphase's microinverters were not popular in Germany and that the German market preferred string inverters. By 4Q23, German residential capacity additions were 15% below their 2Q23 level, while Enphase's German sell-through was approximately 54% below it. Measured against the market, Enphase's German sell-through was roughly 45% lower in 4Q23 than in 2Q23. Additionally, FE-3 stated that Enphase's inverter sales for the market in Poland never took off during his tenure. According to FE-5, Defendant Kothandaraman targeted Italy for sales growth, including by presenting on the Italian Super Bonus program in August 2022, but Enphase failed to grow market share in Italy. Due to Enphase's failure to penetrate the Italian market, according to FE-5, Defendant Kothandaraman pushed out the Country Manager for Italy in August 2023. Ultimately, Enphase lost market share going from 2% market share in 2021-2022 to less than 1% in 2024.

(c) **Chinese Competitors Were Taking Enphase's European Market Share**. Enphase faced severe and intensifying competition from Chinese manufacturers selling comparable products at dramatically lower prices. As later confirmed by CI-1 and CI-2, Chinese competitors were selling string inverters and microinverters at 50% below Enphase's prices and were taking market share from Enphase and/or stymieing Enphase's attempts to grow share in newer markets. FE-2 confirmed that, by the first half of 2023, he learned directly from installers and distributors that Enphase's prices were not competitive and received similar accounts from other members of the Benelux and German sales teams. FE-5 stated that Enphase was losing share to Chinese companies across Europe. As part of his job, FE-5 regularly traveled to road shows and trade shows where he would interact with installers and distributors who worked across Europe and in Enphase's key markets, such as Netherlands, Germany, and France. Throughout 2023 and 2024, FE-5 heard from these installers and distributors that Chinese brands, such as Huawei, Sungrow, KStar, and Solaris, were taking market share. FE-5 described hearing this month after month in discrete interactions with installers and distributors, and during trade and road shows. FE-5 stated

that he heard this from 50-200 installers, including Cinergia, VP Solar, Tadiran, and Amara Solar but he could not recall specific dates because it occurred so frequently during this time. In the months before FE-6 left Enphase, i.e., April to July 2023, the Country Manager for Spain reported to Kothandaraman during R6Q meetings that Enphase's market share in Spain was going down a little bit due to new Chinese players that were more competitive on price and were offering new products and due to backorders with Enphase's distributors. As to the Chinese competitors taking share from Enphase in Spain at this time, FE-6 cited APSystems, Deye, GoodWe, and new product launches from Huawei. FE-1 similarly recalled that as Enphase saw reduced demand, Chinese competitors exacerbated the Company's problems by taking aggressive price reductions. For example, FE-1 recalled Huawei offering buy two, get one free price promotions on their inverter products. FE-3 said that by the summer of 2023 he heard from installers that Enphase was losing business to cheaper competitors. FE-3 confirmed a lot of the installers indicated that they were getting more work from Chinese string-inverter companies. FE-4, who worked in technical support in France, similarly confirmed that, in late 2023, there was an increase in competition within the solar energy market especially coming from Chinese companies, including that an increased number of competitor products entered the market to compete with Enphase.

(d) **Enphase's Product and Service Problems Were Causing It to Lose Business**. FE-3 explained that Enphase was losing business because of customer service, installation, and connectivity issues, and that installers told him this directly. FE-3 explained that the seamless installation that Enphase promoted was not so seamless. Installers directly told FE-3 they were choosing to use competitors' inverters instead because Enphase's products were too complicated, and that rival products were quicker and easier to obtain and install. FE-3 further described that the Company's customer service system routed complaints to call centers in India where representatives would hastily close tickets without properly resolving issues. FE-3 stated that Enphase's microinverters also experienced frequent communication disruptions with home gateways due to interference from household electronics, a problem that string inverters did not face and that affected customers across the Netherlands, Spain, France, and Italy.

264. As a result of Defendants' omission of these facts, the market was left with the misleading impression that Enphase's European pullback was temporary and cyclical rather than permanent and

structural; demand would recover through inventory normalization and macroeconomic improvement rather than continuing to deteriorate due to market saturation; Enphase's premium pricing remained justified by superior quality and service when in fact customers were switching to comparable Chinese products at 50% lower prices and Enphase was losing business due to deteriorating customer service, technical support, and systems connectivity that damaged its appeal to installers and customers and undermined its premium pricing justification; new markets like Germany offered viable growth opportunities when in fact these expansion efforts were not gaining traction; and Europe could serve as a growth driver offsetting U.S. weakness. Thus, Defendants had no reasonable basis to believe or make their statements and/or were aware of undisclosed facts tending to seriously undermine the accuracy of their statements.

**E. Enphase's 1Q24 Financial Results**

265. On April 23, 2024, Defendants held a conference call to discuss Enphase's 1Q24 results (the "1Q24 Conference Call").

266. Statement No. 20: During the 1Q24 Conference Call, Defendant Kothandaraman issued prepared remarks regarding Enphase's European business:

> In Europe, our revenue increased 70% sequentially as channel inventory improved and we introduced new products. The overall sell-through of our microinverters and batteries was up 7% in Q1 compared to Q4. The sell-through of our microinverters was up 3% while the sell-through of our batteries was up 28% in Q1. I'll provide some color on key markets in Europe, particularly Netherlands, France and Germany.
>
> In the Netherlands, our overall sell-through in Q1 was down 4% compared to Q4. ***The market stabilized during Q1, and we are encouraged by the demand signals we see*** after seeing the government's decision to support NEM for the foreseeable future. We expect to see the sell-through of microinverters pick up in Q2 as a result of this decision. We continue to believe solar plus batteries are going to become the norm as dynamic tariffs and grid services become more prevalent.
>
> * * *
>
> In Germany, our overall sell-through in Q1 was up 28% compared to Q4. ***We are going from strength to strength in this market***. We plan to launch our 3-phase battery solution in the country later this year, along with additional software. We are leveraging AI and ML to enhance our home energy management software and expand grid services participation.

267. Statement No. 21: Kothandaraman concluded his prepared remarks regarding Europe by stating, "***Europe has already begun to recover***."

268. Statement No. 22: During the 1Q24 Conference Call, Goldman Sachs analyst, Brian Lee, asked Kothandaraman to walk the participants through his "thought process of what demand" he was "seeing out there." In response, Kothandaraman stated, "***We expect Europe . . . to continuously improve***." He further reported, "***We are starting to see the lead generation much higher in Netherlands***." He also stated, "So we are cautiously optimistic that ***things are turning. And that's why I said Q1 is the bottom quarter***" and "***with these growth trends***, we expect sell-through to continuously go up."

269. Statement No. 23: In response to a question from a Roth MKM analyst, Philip Shen, about "the timing of normalized revenue," Kothandaraman stated, "***[W]e are growing*** . . . . And we described the growth vectors. We are optimistic about . . . the growth vectors. And [w]e talked about the puts and takes in Europe. We talked about [the] Netherlands, we talked about France, we talked about Germany, ***we are extremely bullish there***."

270. Statement No. 24: In the next exchange, in response to a question from Christine Cho, a Barclays analyst, regarding "how much of" the sell-through "is driven by Europe versus U.S.," Kothandaraman responded, "***Europe . . . ha[s] healthy growth vectors***. We do expect 50-50 from North America and Europe."

271. Following the 1Q24 Conference Call, analysts repeated Defendants' statements regarding Enphase's European business. For instance, Truist issued a report stating, "as evidenced by the improved recent sell-through statistics in key EU markets, we remain constructive with the inventory correction progress in EU markets and see destocking to complete by mid this year." KeyBanc stated, "The Company is seeing increased momentum in Europe, and signs of recovery looking to 2Q24" and "[t]he Company emphasized that European fundamentals are strong, and continues introducing products in more European countries." Likewise, in its April 23 report, in a section titled *Europe Su[r]prises to Upside*, Wells Fargo stated, "International revenues (mostly Europe) were up over 50% sequentially in Q1 (we had assumed a sequential decline of 7%)" and "[s]ell through in Europe is expected to increase sequentially for the balance of the year." Wells Fargo further reported that "[s]ell through data over the last 8 weeks (vs prior 8 weeks) suggests +20% growth in demand in Europe."

272. For its part, BNP Paribas described "Europe" as "a budding bright spot" for Enphase. Craig-Hallum similarly reported that "bright spots" were "emerging for ENPH with Europe already in early stages

of recovery with 1Q growth in France and Germany and stabilization in the Netherlands." Deutsche Bank's "Key Thoughts" in its April 24 report included that "[d]emand in Europe seems to be recovering stronger and faster vs the US – especially in the Netherlands . . . and Germany." In the "key points to focus for investors" section of its report, Deutsche Bank noted that "Europe revenue was up 70% in 1Q24 sequentially, with demand rebound observed in key markets, Netherlands, France, and Germany."

273. Capital One issued a report identifying "[g]reen shoots on the horizon," explaining that "Europe, in particular, is showing strength and may have already turned the corner" in part due to "[p]ositive developments in key market"—the Netherlands: "With the Netherlands likely bottoming near term, ENPH's European business is expected to recover faster relative to the US with France and Germany being notable growth engines." Goldman Sachs issued a report noting that "[c]ommentary around Europe, in particular Germany, Netherlands, and France seemed positive as we saw demand rebound following a large drop in 4Q23."

274. Evercore also reported that "Europe has already begun to recover." JPMorgan described "[d]emand greenshoots" including the fact that "ENPH expressed optimism regarding . . . Europe." Janney's notes from the 1Q24 Conference Call, reflected in an April 24 report, stated that Enphase "called out strong demand in the Netherlands . . . and Germany," and explained that in Janney's "follow-up call, the [C]ompany flagged EU strength this quarter as mostly being organic (vs new geo market opportunities)." Oppenheimer began its April 24 report with its belief that Enphase "[wa]s set up to enjoy both seasonal strength and the recovery in historically strong markets like the Netherlands and France." Roth MKM further reported that "EU has been destocked and serves as a strength."

275. The statements set forth in ¶¶266-70 were materially false and misleading when made. For instance, while Defendants publicly stated that they "***expect[ed] Europe** . . . **to continuously improve***," and that "***Europe has already begun to recover***," was "***growing***," and "***ha[s] healthy growth vectors***," making Defendants "***extremely bullish***" and that the Netherlands "market stabilized during Q1," and that, in the Netherlands, Defendants were seeing "***demand signals***," that they were "***starting to see the lead generation much higher in the Netherlands***," and that, "***with these growth trends***," "***things [we]re turning***" for Enphase and "***Q1 is the bottom quarter***," Enphase's sell-through continued to fall far behind the market in France and Germany, and the electricity-price spike that had driven Enphase's European

growth had reversed. Defendants also failed to disclose that Enphase was capturing a shrinking share of the installations still taking place in Europe, that the Company was facing price pressure from Chinese competitors, and indicators of continuing declines in demand in the Netherlands, Germany, and other European markets. As explained below, Enphase's European business was experiencing severe structural problems that rendered these statements false or misleading:

(a) **Enphase Was Experiencing Market Saturation and Demand Declines in Key European Markets**. As FE-3 confirmed, by summer 2023 installers told him directly that the market was saturated with solar systems in the Netherlands, which FE-3 confirmed through Enphase's gateway system. Also, by July 2023, Enphase was experiencing declining demand across multiple markets. With respect to the Netherlands market, which accounted for approximately 34% of Enphase's estimated European revenues for 1Q24, FE-2, whose sales accounted for 35-40% of all Enphase sales in that market, confirmed that while Enphase experienced growth in 2021 and 2022 in this market, ***this trend reversed in early 2023 when the residential solar market dried up***. The Netherlands market was experiencing the early stages of saturation as the addressable residential market became exhausted. FE-2 stated that this started as early as 4Q22 but by April 2023 it was clear the decline was not temporary and that demand was not recovering. FE-2 could see data on Salesforce that the Company was losing market share, and that the Dutch sales team could see the signs because the sales distributors were ordering less product and the installations started to diminish. FE-2 stated that with limited exception, most of the 80 to 90 customers in his portfolio began ordering less Enphase product by April 2023. This included installers such as Zonnemarkt, Saman, and Soly and distributors Solarclarity, 4Blue, and SolarEdge. FE-2's customers typically purchased between 8,000 and 30,000 units per quarter, however by the end of 2Q23, FE-2's customers were ordering less than 50% of prior levels. According to FE-2, beginning around April or May 2023, the Company's 2023 sales forecasts for the Netherlands region, as presented during R6Q meetings, were cut by roughly half or more, and by the time FE-2 left Enphase, the forecast had been cut by two-thirds relative to the original projections. FE-2 described these reductions as occurring gradually over several months. Per FE-2, other European markets did not increase their forecasts to compensate for the reductions in the Netherlands forecast. With respect to Germany, around the beginning of summer of 2023, a German employee told FE-3 that microinverters were not popular in Germany and were not selling well and that

microinverter sales were going down. In his region, FE-1 confirmed that by 2Q23, the decline in demand that had started in early 2023 persisted, making it clear that the downturn was not typical seasonality, and that distributors had begun to push back on new shipments due to weakening demand. Beginning sometime in 2Q23 and no later than June 2023, FE-1 began raising concerns to Marco Krapels that there was a real problem with weakening demand in his region, which represented approximately 5% of Enphase's European sales. FE-1 further recalled directly notifying Kothandaraman during weekly shipment review meetings during the summer of 2023 of declining demand for Enphase products in his region. FE-1 recalled that, by no later than the end of summer 2023, many of Enphase's European sales directors were speaking up and presenting data during the weekly shipment review meetings attended by Kothandaraman that there was weakening customer demand for Enphase products in their regions. FE-1 recalled such concerns raised by leaders of Germany and the Netherlands, but also recalled similar concerns raised by leaders of other large markets. CI-3 recalled that in 2022, when the market was strong, his conversion rate was 33%: he would schedule three customer visits per day, and one would result in a sale. In his best month on record, he made 45 sales. As 2023 progressed, however, CI-3 stated that both his customer visits and his sales declined. By September 2023, his conversion rate had fallen to 10%, and his sales volume was roughly one-third of normal. His conversion rate stayed around 10% until Bespaarmetjedak closed in July 2024. According to CI-3, his conversion rate fell because the market had become saturated, and the customers left were primarily those who could not afford Enphase microinverters, which were consistently the highest-priced option. And leads were not rising in the Netherlands. In fact, CI-3 saw his prospective leads decline rapidly after the summer of 2023. Enphase was also continuing to lose ground to the market in France. By 1Q24, French residential connections were 7% above their 2Q23 level, while Enphase's French sell-through was approximately 26% below. The electricity-price spike that had driven Enphase's European growth in 2022 and early 2023 had reversed and Dutch homeowners' economics continued to deteriorate. CBS data published in March 2024 showed that the supply component of the average Dutch household electricity price had fallen 40%, from €0.270/kWh in the first half of 2023 to €0.162/kWh in the second half. Dutch day-ahead prices dropped from 7.9 ct/kWh in January 2024 to 6.4 ct/kWh in February and March 2024 (¶161).

(b) **Enphase Was Failing to Penetrate New European Markets**. Enphase faced significant hurdles in penetrating its newer markets. For instance, FE-2, who interacted directly in meetings with German sales leaders, recalled that there was no basis for Enphase's optimism for sales growth in the German market. FE-3 similarly recalled hearing in the summer of 2023 that Enphase's microinverters were not popular in Germany and that the German market preferred string inverters. By 1Q24, German residential capacity additions were 20% below their 2Q23 level, while Enphase's German sell-through was approximately 41% below their 2Q23 level. Additionally, FE-3 stated that Enphase's inverter sales for the market in Poland never took off during his tenure. According to FE-5, Defendant Kothandaraman targeted Italy for sales growth, including by presenting on the Italian Super Bonus program in August 2022, but Enphase failed to grow market share in Italy. Due to Enphase's failure to penetrate the Italian market, according to FE-5, Defendant Kothandaraman pushed out the Country Manager for Italy in August 2023. Ultimately, Enphase lost market share going from 2% market share in 2021-2022 to less than 1% in 2024.

(c) **Chinese Competitors Were Taking Enphase's European Market Share**. Enphase faced severe and intensifying competition from Chinese manufacturers selling comparable products at dramatically lower prices. As confirmed by CI-1 and CI-2, Chinese competitors were selling string inverters and microinverters at 50% below Enphase's prices and were taking market share from Enphase and/or stymieing Enphase's attempts to grow share in newer markets. In February 2024, CI-2 reported that Chinese competitors were taking share and pricing was decreasing, and that European and American brands, including Enphase, were close to double the price of comparable Chinese products at the purchasing level. FE-5 reported that decreasing Enphase installations and increasing Chinese installations, including specific Chinese brands, were discussed at R6Q meetings, and estimated that Chinese brands were discussed in approximately 70% of the R6Q calls he attended. FE-2 confirmed that, by the first half of 2023, he learned directly from installers and distributors that Enphase's prices were not competitive and received similar accounts from other members of the Benelux and German sales teams. FE-5 stated that Enphase was losing share to Chinese companies across Europe. As part of his job, FE-5 regularly traveled to road shows and trade shows where he would interact with installers and distributors who worked across Europe and in Enphase's key markets, such as Netherlands, Germany, and France. Throughout 2023 and 2024, FE-5 heard from these installers and distributors that Chinese brands, such as

Huawei, Sungrow, KStar, and Solaris, were taking market share. FE-5 described hearing this month after month in discrete interactions with installers and distributors, and during trade and road shows. FE-5 stated that he heard this from 50-200 installers, including Cinergia, VP Solar, Tadiran, and Amara Solar but he could not recall specific dates because it occurred so frequently during this time. In the months before FE-6 left Enphase, i.e., April to July 2023, the Country Manager for Spain reported to Kothandaraman during R6Q meetings that Enphase's market share in Spain was going down a little bit due to new Chinese players that were more competitive on price and were offering new products and due to backorders with Enphase's distributors. As to the Chinese competitors taking share from Enphase in Spain at this time, FE-6 cited APSystems, Deye, GoodWe, and new product launches from Huawei. FE-1 similarly recalled that as Enphase saw reduced demand, Chinese competitors exacerbated the Company's problems by taking aggressive price reductions. For example, FE-1 recalled Huawei offering buy two, get one free price promotions on their inverter products. FE-3 said that by the summer of 2023 he heard from installers that Enphase was losing business to cheaper competitors. FE-3 confirmed a lot of the installers indicated that they were getting more work from Chinese string-inverter companies. FE-4, who worked in technical support in France, similarly confirmed that, in late 2023, there was an increase in competition within the solar energy market especially coming from Chinese companies, including that an increased number of competitor products entered the market to compete with Enphase.

(d) **Enphase's Product and Service Problems Were Causing It to Lose Business**. FE-3 explained that Enphase was losing business because of customer service, installation, and connectivity issues, and that installers told him this directly. FE-3 explained that the seamless installation that Enphase promoted was not so seamless. Installers directly told FE-3 they were choosing to use competitors' inverters instead because Enphase's products were too complicated, and that rival products were quicker and easier to obtain and install. FE-3 further described that the Company's customer service system routed complaints to call centers in India where representatives would hastily close tickets without properly resolving issues. FE-3 stated that Enphase's microinverters also experienced frequent communication disruptions with home gateways due to interference from household electronics, a problem that string inverters did not face and that affected customers across the Netherlands, Spain, France, and Italy.

276. As a result of Defendants' omission of these facts, the market was left with the misleading impression that Enphase's European pullback was temporary and cyclical rather than permanent and structural; demand would recover through inventory normalization and macroeconomic improvement rather than continuing to deteriorate due to market saturation; Enphase's premium pricing remained justified by superior quality and service when in fact customers were switching to comparable Chinese products at 50% lower prices and Enphase was losing business due to deteriorating customer service, technical support, and systems connectivity that damaged its appeal to installers and customers and undermined its premium pricing justification; new markets like Germany offered viable growth opportunities when in fact these expansion efforts were not gaining traction; and Europe could serve as a growth driver offsetting U.S. weakness. Thus, Defendants had no reasonable basis to believe or make their statements and/or were aware of undisclosed facts tending to seriously undermine the accuracy of their statements.

## VI. ADDITIONAL ALLEGATIONS OF DEFENDANTS' SCIENTER

277. As alleged above, numerous facts give rise to a strong inference that, throughout the Class Period, Defendants knew, or were deliberately reckless in not knowing, that the statements identified in Section V were materially false and misleading when made, and omitted material facts necessary to make their statements not misleading. In addition to the facts set forth in Section IV, myriad additional facts demonstrate that Defendants were active and culpable participants in the fraudulent scheme, as evidenced by their knowing or reckless issuance of, and/or control over the alleged materially false and misleading statements and omissions.

### A. Defendants Had Access to the Misrepresented and Omitted Information

278. During the Class Period, Defendants Kothandaraman and Belur, as well as other Enphase executives, were aware of or had access to information concerning Enphase's European microinverter business, including the Company's business in the Netherlands and Germany.

279. During Enphase's quarterly conference calls, Kothandaraman confirmed that Enphase had access to several types of data and information about the Company's global, European, and certain country-specific markets. For instance, during the 4Q22/FY22 Conference Call, Kothandaraman confirmed that he had access to "internal reports" discussing the "served available solar market of about 13 gigawatts, 1-3,

in 2023" in Europe. Additionally, during a call to discuss Enphase's 1Q22 results, Kothandaraman stated with respect to point of sales, "[w]e have [] very meticulous meeting[s], meaning review every week where we look at point of sales in Europe by country, by distributor. We look at that." Kothandaraman also explained during the 4Q23/FY23 Conference Call that Enphase saw demand metrics for the Netherlands market on at least "a weekly basis."

280. According to FE-2, sales data circulated at least quarterly and the bulk of the information was readily available such that FE-2 was aware of sales information for other European markets beyond FE-2's region. Per FE-2, the bulk of the sales data consisted of sales quality. There also were sales targets. FE-2 stated that sales had to grow and needed to be up each quarter. FE-2 also explained that Enphase inputted sales data, including data for at least the Netherlands, Germany, and France, into a centralized system on Salesforce. Sales reports and overviews of clients were in Salesforce as well, according to FE-2. FE-2 confirmed that this information was accessible internally and available to Kothandaraman.

281. FE-2 reported that market intelligence research published by recognized research organizations was widely known within Enphase because employees regularly monitored market conditions and market share. For instance, FE-5 stated that Enphase employees used Italia Solare for market data in Italy. FE-5 stated his belief that Kothandaraman reviewed market data because he always seemed super prepared and well-informed about the markets in Europe and Italy at R6Q meetings. Another example of Kothandaraman's detailed knowledge of the Italian market, despite it being a very small market for Enphase, provided by FE-5 was a presentation made by Kothandaraman on an Italian government program called "Super Bonus." In or around August 2022, on a video conference call, Kothandaraman presented to the Italian team opportunities for growth based on the Super Bonus program, which would pay installers up to 110% of costs to renovate residential houses, including installation of a home's power supply.

282. Additionally, FE-1 confirmed that Kothandaraman, among other senior Enphase executives and sales leaders, including FE-1, attended weekly Europe sales review meetings during the Class Period. The purpose of this weekly meeting was two-fold. *First*, the participants would discuss and review actual versus forecasted shipments of Enphase products to distributors for each of the Company's sales regions. To facilitate that, FE-1 and other European sales directors, such as the sales directors for the Netherlands,

Germany, and France, were responsible for presenting data and providing brief comments and explanations for differences between actual and forecasted shipments to distributors for their respective regions. *Second*, each European country head presented data Enphase had received from its distributors concerning the distributors' sales to installers to understand the strength of the Company's sales out of the channel. Kothandaraman publicly confirmed his attendance at these meetings, stating, "We have a very meticulous meeting, meaning review every week where we look at point of sales in Europe by country, by distributor."

283. FE-1 stated that during the summer of 2023 he notified Kothandaraman of declining demand for Enphase's products in his region, which represented approximately 5% of Enphase's European sales, during these meetings. By the end of summer 2023, many of Enphase's other European sales directors also spoke up during the meetings, presenting data showing weakening customer demand in their regions of oversight as well. FE-1 recalled that the leaders of Germany and the Netherlands and the leaders of other large European markets raised similar concerns.

284. In Spain, FE-6 stated Enphase had several data points underlying their understanding of Enphase's share of the inverter market. Enphase relied on national Spanish industry association data prepared by UNEF. This was a third-party data source that provided reports on market share to Enphase's country manager in Spain, the Country Manager for Spain. The Enphase sales team in Spain also used Enphase internal data regarding new microinverter installations, such as the location of the product and the name of its owner. FE-6 said that this information was used, in part, to help Enphase understand demand for the microinverter products. In addition to the weekly Europe sales review meetings, Enphase's C-Suite, including Kothandaraman, attended revenue and forecast meetings, referred to as "R6Q meetings." According to FE-1, during these meetings each country or region presented detailed sales data, key metrics, and forecasts extending six quarters ahead using PowerPoint slides and Excel tables. In terms of key metrics, FE-1 explained that Kothandaraman emphasized the total number of Enphase installers in each country and the number of sales to those installers. According to FE-1, the presented data showed that demand for Enphase's products had fallen below forecasts, and that "leadership knew the delta of [the] demand change."

285. FE-2 also confirmed that Enphase used quarterly sales targets and a forecasting process extending six quarters into the future and that Defendant Kothandaraman generally attended R6Q meetings.

Based on his attendance at these meetings, FE-2 reported that adjustments to these forecasts were discussed at R6Q meetings. FE-2 also recalled that forecasting was a continuous process rather than something that occurred only during formal R6Q meetings. Per FE-2, European managers regularly published updated figures and forecasts could be adjusted whenever new information was received from customers or employees. FE-2 further stated that there were regular lines of communication between Enphase's European headquarters and its California headquarters and the Company's senior management, including Kothandaraman, had access to the figures published by European managers on an ongoing basis. FE-2 also recalled that Enphase management received information regarding market conditions through regular communications and the forecasting process.

286. In his role as Key Account Manager, FE-6 also participated in Enphase's R6Q meetings. He stated Kothandaraman led R6Q meetings, and he could see him on the video during the remote sessions. During R6Q, Kothandaraman discussed company direction, product launches, and spoke to the company's directors, including country managers, about sales. During R6Q, the Country Manager for Spain presented Spanish sales forecasts, and discussed Spain market share. FE-6 stated that when Kothandaraman asked about additional information regarding the players and market share in Spain, the Country Manager for Spain cited the national Spanish industry association data.

287. In the months before FE-6 left Enphase, i.e., April to July 2023, the Country Manager for Spain reported to Kothandaraman during R6Q meetings that Enphase's market share in Spain was going down a little bit due to new Chinese players that were more competitive on price and were offering new products and due to backorders with Enphase's distributors. As to the Chinese competitors taking share from Enphase in Spain at this time, FE-6 cited APSystems, Deye, GoodWe, and new product launches from Huawei.

288. FE-6 also confirmed that Kothandaraman asked other country managers, including the European country leaders, such as for France, the Netherlands, and Germany, about market share data during some of the R6Q meetings. FE-6 stated Kothandaraman's practice of asking about market share continued through the time he left Enphase in July 2023. FE-6 said some of the country managers would have market share data ready, and Kothandaraman would like to discuss the key players and compare Enphase relative to other competitors. FE-6 stated that the Country Manager for France, Maaty, would

include Enphase's market share in France in his presentation of data each R6Q. FE-6 stated that the French Country Manager had very easy access to market share data—which is why he included it in his presentation during R6Q. FE-6 also stated that the General Manager for Netherlands presented market share data during R6Q.

289. FE-5 also attended R6Q meetings from summer 2023 through 2026. FE-5 stated that R6Q meetings were akin to an exam for the sales team and sales directors, due to Kothandaraman's high level of preparation and command of the subject matter. Accordingly, FE-5 stated that Defendant Kothandaraman knew of Enphase's troubles in Europe, even better than his employees on the ground. According to FE-5, Enphase sales directors and vice presidents, including then-SVP of Sales for Europe Daniel , reported on the performance of their respective regions and provided forecasts. FE-5 further stated that decreasing Enphase installations and increasing Chinese installations (including specific Chinese brands) were discussed at R6Q meetings, including a super-majority of the R6Q meetings that FE-5 attended. FE-5 recalled that Kothandaraman began showing his dissatisfaction with sales personnel at R6Q meetings, treating the European sales directors very poorly during R6Q meetings. FE-5 observed that Kothandaraman was so unhappy that he frequently bullied his employees, yelling and screaming and using bad language. FE-5 added that Kothandaraman's disappointment with the performance of Italy's sales director led to that director being forced out of the Company in August 2023. However, at the R6Q meeting that occurred in or around October 2023, FE-5 observed that Kothandaraman said that the lowered performance in Europe was not a big deal even though it was apparent to FE-5 that Enphase was being destroyed in Europe.

290. The information above was corroborated by Kothandaraman's public statements. He publicly explained that "every week, we monitor how many systems g[e]t connected to the cloud and whether they have solar plus storage, et cetera." Known as "activations," this data can show "trend[s]" when combined with other data. Bookings data also was a "leading indicator[]" of future revenue that Enphase tracked.

291. Likewise, Kothandaraman publicly identified Enphase's Solargraf design and proposal application, which was available to installers in Germany beginning in 3Q24 and the Netherlands beginning in 3Q24, as a source of data for himself and other Enphase executives.

292. Solargraf allowed Enphase to see "into the front end" of the business, "which [are] leads [that] get converted into proposals, converted into contracts, converted into permits and then the installs happen, then you have activations." According to Kothandaraman, Solargraf gave "us the entire visibility on . . . the broad trends and broad strokes or what we are interested [in knowing], this month, what happened in this particular region, what is the statistics of leads versus contracts signed." For instance, in response to an analyst's request to "talk about the trends that you're seeing from" Solargraf, i.e., "internal sort of top of the funnel indicators from the software platform," "as far as installer demand is concerned," Kothandaraman stated, "Yes. I mean we usually talk about them if they are meaningful enough." During the 1Q24 Conference Call, Kothandaraman explained that Enphase was "having more and more and more revenue coverage for Solargraf . . . so that as many installers [as] possible are on that particular tool," so that "we have a lot more statistics." And, consequently, Kothandaraman explained, Enphase "has gotten a lot better in this front [end] during the last year."

293. Kothandaraman also confirmed that Enphase used "third-party reports for permits" and otherwise was "aggregate[ing] reports from third parties as much as they are available and putting all of these together to create a regression model." Permits reflect near-term installations of solar equipment, including Enphase's microinverters. Kothandaraman likewise reported that "we have a huge customer service operation [] in France and in Germany," thus giving them access to data regarding how end-users viewed Enphase and its products.

294. Moreover, Kothandaraman repeatedly acknowledged frequent interactions with distributors and installers, who were "the ones . . . selling [Enphase's] product[s] to the end consumer," during the Enphase's conference calls. Although Enphase's orders were "noncancelable[] for that quarter," Kothandaraman confirmed that "we might accommodate push out requests, et cetera" "considering" an installer's "situation." As a result, even if Enphase was "fully booked," it was possible that the Company may not meet its revenue guidance because, as Kothandaraman explained, "we have to be sensitive to installers."

295. During a February 2023 conference call to discuss Enphase's 4Q22/FY22 financial results, Kothandaraman explained that, with respect to Europe, "We do have good visibility. We do have the strong orders partners, our installer partners, distributor partners . . . [and] a few of them even come to our

headquarters quite routinely" and "we also visit them quite a bit." He concluded his prepared remarks during the 1Q23 Conference Call by stating that "[w]e are focused on working closely with our installers to address their issues."

296. Additionally, during the 2Q23 Conference Call, Kothandaraman further stated, "We are very close to our customers" and "hear[] from all of them" regarding demand trends in Europe. Kothandaraman also confirmed, "we have a lot of robust discussions" with installers, noting that "we are talking to customers more than ever" during the 3Q23 Conference Call. In fact, Kothandaraman concluded his prepared remarks for that call by stating that "[w]e are doubling down on our relationships with our customers during these times."

297. As part of the 4Q23/FY23 Conference Call, Kothandaraman further explained that Enphase's "team," including "sales" personnel, was "listening to our installers and their salespeople." Five months later, Kothandaraman noted that "[w]e are managing inventory well with our distributors and installers."

298. In fact, Kothandaraman visited the Netherlands two weeks before the 3Q23 Conference Call and met with Enphase's "leading installers" because "[he] heard that our demand was dropping" in that market. As part of the 4Q23/FY23 Conference Call, Kothandaraman reported that "[w]e kicked off the new year with the Solar Next event in [the] Netherlands," at which "we hosted 800-plus installers across the country," as well as "a bunch of energy providers," and "transmission line operators," and "had all of them talk." Kothandaraman confirmed that "we had general alignment with all of the stakeholders" that attended the event and were "following through . . . with actual execution." Kothandaraman also confirmed that Enphase had "some strong partners" in Germany and reported during the 2Q24 Conference Call that he had visited Switzerland and Austria. FE-2 confirmed that Kothandaraman visited the Netherlands twice during FE-2's tenure and that FE-2 attended meetings with Kothandaraman at which global sales results and sales projections for the upcoming quarter were discussed.

299. Accordingly, because of Defendants' frequent interactions with Enphase's customers, they knew or were deliberately reckless in not knowing that demand for Enphase products was drying up in Europe and that demand for microinverters was declining. For instance, per FE-1, evidence of weakening demand for Enphase's products began to arise in the spring and early summer of 2023. Specifically, FE-1,

who worked in sales in a region representing approximately 5% of Enphase's European sales, said that distributors and installers in that region began to push back on receiving new shipments from Enphase at this time. FE-1 also learned from Enphase distributors and installer partners that, in 2023, Enphase's Chinese competitors were aggressive on price concessions because of overcapacity and shrinking demand. FE-1 estimated that Huawei, the market leader in string inverters for certain European markets, including his region and Belgium, was 70% of the market in his region and maybe 15% of Belgium and other countries. Huawei had strong promotions, including promotions to buy two inverters and get one free. FE-2, whose responsibilities included business development and maintaining business relations with existing clients (installers), including by communicating with clients directly, recalled that Enphase obtained some idea about its market share in a given market by asking as many installers as possible. Per FE-2, Enphase could also see that it was losing market share based on sales data that was maintained within Salesforce.

300. Starting at the beginning of 2023, FE-2 said that distributors were ordering less product and the number of installations began to diminish. FE-2 further stated that in the first half of 2023 he heard from installers and distributors in the Netherlands that competition from Chinese competitors was increasing and that although they liked Enphase's microinverters, Enphase's prices were not competitive. FE-2 stated that distributors and installers in Benelux and Germany shared similar accounts with the Benelux and German sales teams. Per FE-2, the market in 2023 was very difficult and the competition was more severe than before. At this time, FE-2 saw installers sell product below their cost. FE-2 also heard from installers that Enphase was too expensive and that they were going to use other products.

301. FE-3, whose responsibilities included providing technical support to installers and customers, often spoke with installers who told FE-3 that they were getting less work or were no longer getting the same volume of work, it was difficult for workers to secure work in Germany, and independent contractors had indicated that there were fewer jobs. FE-3 heard from installers in Belgium that there were very few calls for microinverter installations coming in. According to FE-3, by the summer of 2023 he heard from installers in the Netherlands and Belgium that the market was saturated with solar systems. FE-3's understanding of the saturation of the Netherlands market was based on a combination of FE-3's calls with installers and seeing it through the gateway. According to FE-3, it was possible to connect to a

gateway and see how many people on a given street had Enphase microinverters. FE-3 also logged into a web-based database to see all Enphase installations tracked across the Netherlands, France, and Belgium.

302. Although there had been a big incentive early in 2023 for solar installations in the Netherlands, by August or September 2023, installers relayed to FE-3 that Enphase microinverter sales had slowed down. The installers indicated that people either already had a solar system and there were not many more people to sell to, or that Enphase's price was too expensive for homeowners and the competitors' products were more affordable for them. FE-3 also stated that Enphase's competitors in the Netherlands were string inverters that were cheaper and that this was the biggest reason why Enphase's sales were slowing down. FE-3 said that by the summer of 2023, FE-3 had heard from installers that Enphase was losing business to cheaper competitors.

303. Additionally, FE-3 learned from conversations with installers in the summer of 2023 that installing Enphase microinverters was complicated, took a long time, and led to a lot of problems, and that the seamless installations that Enphase promoted were not so seamless. Installers relayed that Enphase needed a more seamless installation because Enphase's competitors' inverters were quicker and easier to get, there was more of it, and it was quicker to install. The longer an installation takes, the fewer jobs the installer can complete in a day and, as a result, FE-3 learned that installers were deciding to use other inverters because Enphase's inverters were too complicated.

304. According to FE-3, by the summer of 2023 he heard from installers in the Netherlands and Belgium that Enphase was losing business to cheaper competitors, and that installers were getting more work from Chinese string inverter companies. FE-3 likewise recalled hearing from installers in the Netherlands around this same time that the market there was saturated and that microinverter sales were slowing. Similarly, FE-4 said that he heard directly from installers in the French market that they were choosing competitors other than Enphase for projects because of price.

305. Enphase closely managed the inventory channel, tracking "sell-in" (i.e., the amount of inventory sold to distributors), "point of sales" (i.e., regardless of what Enphase shipped to its distributors, whether the installers are purchasing from the distributors) and "sell-through" (i.e., the amount of inventory distributors sold to installers). According to Kothandaraman, "in good times, we will have 9-month

visibility" and "[i]n bad times, we will have approximately 3-month visibility." He likewise confirmed that Enphase's order "lead time" was 8 weeks.

306. During the 1Q24 Conference Call, Kothandaraman confirmed that "we are putting . . . statistical process control[s] in place," noting that "we are already better for it." He further stated that during "[o]ur weekly ship review," "we have [] [a] graph" that shows "how much is our sell-through, how much is our sell-in, should we really do so much of sell-in, are we going to stay within the guardrails, which is 8 to 10 weeks." He further explained, "Any time somebody goes above 10 weeks," Enphase would ask, "why do it?" Kothandaraman claimed that this process helped them to "focus on [] real growth" and "train[] installers to increase sell-through." He further explained that "[y]ou start understanding which of the installers aren't doing enough volume with you" and so the "[s]ales guys are focused on the right things versus pushing in stuff into the channel."

307. FE-1 stated that Enphase had excellent insight into demand and tracked it in three steps: (i) Enphase sales to distributors, (ii) distributor sales to installers, and (iii) installer sales to their customers. Per FE-1, Enphase received detailed reporting of the first two steps and conducted surveys of installers to receive information on sales for the third step. Additionally, FE-1 stated that Enphase tracked its product shipments to distributors and these shipments were reported up the chain to the Logistics Department's automated ERP system. According to FE-1, the automated ERP system also tracked data received from distributors on their sales to installers. FE-1 stated that both these data points—Enphase product shipments to distributors and distributor sales to installers—were reported on and discussed at weekly shipment review meetings attended by Kothandaraman, European sales directors, and FE-1, among others.

308. For instance, FE-1 reported that despite evidence of weakening demand, in the spring and early summer of 2023, Enphase continued to push shipments to distributors. In at least FE-1's region, however, distributors and installers began pushing back on new shipments by this time. No later than June 2023, FE-1 began raising concerns that there was a real problem with weakening demand in his region directly with Marco Krapels. Sometime after June in the summer of 2023, FE-1 began directly notifying Defendant Kothandaraman of declining demand for Enphase products in his region during weekly shipment review meetings. FE-1 recalled that the retraction in demand was so significant that Enphase's customers were overstocked and that this overstock issue was discussed at R6Q meetings. According to

FE-1, by the end of summer 2023, many of Enphase's European sales directors were speaking up and presenting data during the weekly shipment review meetings attended by Kothandaraman that there was weakening customer demand for Enphase products in their regions. FE-1 confirmed that leaders of Germany and the Netherlands also raised these concerns and recalled that leaders of other large markets raised similar concerns as well.

309. Enphase also closely managed its pricing for microinverters, which "always depend[ed] upon the volumes" for the product. For example, during the 4Q22/FY22 Conference Call, Kothandaraman stated, "[w]e look at pricing versus the next best alternative" as well as "what value do we add [] compared to that alternative." He further stated that for microinverters, "we focus on . . . how is our quality," "ease of use," and "our customer experience compared to [the] competition." Enphase had a "pricing team" and "pricing decisions" were "done with extensive planning" "in a structured way." In fact, Kothandaraman explained during the 4Q23/FY23 Conference Call, "we are [] very aware and paranoid about competition." He likewise confirmed in the 3Q23 Conference Call that "pricing is something that we manage on a daily basis," including through the six-person "pricing team" "[w]e instituted . . . in 2017."

310. Additionally, Kothandaraman explained during the 3Q23 Conference Call that "[a] large fraction of our business usually happens at what we call [] a DLP, which is the distributor list price. And if business happens at DLP, there is no SPA" or "special pricing adjustment." However, "for a small fraction of our customers, depending upon how their volumes may go up within the quarter, next quarter, depending on their forecast, we do SPA." An SPA is "a volume price curve. And when the volume goes up, the price comes down." Per Kothandaraman, SPA "is a way for us to lock market share for the next X amount of quarters." Kothandaraman confirmed during the 3Q23 Conference Call that the SPA "process is very active" and "[i]t's always been active." But he stated during the 4Q23/FY23 Conference Call that "we [] manage" the SPA "business process" "very tightly across the [C]ompany." He further stated, "sometimes if there is a loyal customer, he needs a little bit of help, we will help them. But that's not an event, it is a business process. And we expect that business process to continue."

311. FE-1 confirmed that Enphase held pricing meetings at which pricing strategy was discussed. While FE-1 did not attend these meetings, FE-1 was aware that Enphase country sales directors asked for price flexibility more frequently. In the summer of 2023, FE-1 recalled that Marco Krapels traveled to his

region to work on special pricing for certain customers, but this pricing did not have a significant impact because Enphase products did not have demand.

**B. Defendants Repeatedly Discussed the Issues at the Center of the Fraudulent Scheme**

312. Defendants' statements during the Class Period strongly and plausibly suggest that they had access to negative, undisclosed material information. Throughout the Class Period, Defendants regularly and repeatedly spoke about Enphase's European business, growth trends, and the specific issues that were purportedly impacting or driving growth in Europe. *See, e.g.*, Sections IV.F and V. When Enphase experienced growth declines in its European business, Defendants pointed to temporary, macroeconomic issues as the cause. Moreover, Defendants repeatedly responded to analysts' questions about Enphase's European business, including demand, revenue growth, competition, and the factors contributing to any declines. Defendants' repeated statements about Enphase's European business and the reasons for any changes in demand for its products demonstrate Defendants had knowledge of and had access to information about those topics or, at the very least, that they were reckless in failing to investigate the very issues on which they spoke publicly. This is particularly true here, where Defendants repeatedly confirmed that they had seen, saw, or were seeing growth, demand, and sales trends in Enphase's European markets and publicly touted their access to systems, data, and information from installers and distributors regarding Enphase's European business, including market conditions and growth trends.

**C. The European Microinverter Market Was Critical to Enphase's Operations**

313. Defendants' fraud concerned a core, critical operation for Enphase. Specifically, during the Class Period, Enphase's international business—stemming almost entirely from its European business—accounted for up to 43% of Enphase's total revenues. Moreover, although the United States accounted for a larger portion of revenues, leading up to and throughout 2023, Enphase's U.S. business significantly declined. *See* Section IV.C. As a result, during the Class Period, Enphase's European business was critical to its ability to report overall revenue growth, as Defendants and analysts recognized. For example, Defendant Kothandaraman confirmed during the 1Q24 Conference Call that "Europe is so important for us."

314. Likewise, in a February 1, 2023 report, Barclays wrote, in a section titled *Slowdown in US residential solar should be offset by growth in Europe for ENPH*, that "[w]hile there has been much concern

about the slowdown in US residential solar, more for ENPH than SEDG as the US residential market makes up a larger part of the business for the former rather than the latter, we think ENPH is going to offset it with its growth in Europe." In a January 27, 2023 report, Roth MKM similarly reported that "while we believe the US resi solar market could only grow 5-10% in 2023, the slowdown could be offset by the hyper-growth in the EU at potentially >100%." As a result, both Defendants and market commentators were hyper-focused on Enphase's European business as a catalyst for revenue growth, with analysts labeling it a "Key Focus Area."

### D. The Individual Defendants Controlled the Contents of Enphase's Public Statements and Had Unfettered Access to Information Contrary to Their and Enphase's Statements

315. The Individual Defendants' control over Enphase and access to non-public information also support a strong inference of scienter. As Enphase's top executives during the Class Period, the Individual Defendants controlled the Company's day-to-day operations and were informed of and unquestionably intimately involved with Enphase's revenue generation, including from its two primary markets—the U.S. and Europe. *See* Section VI.A. As FE-2 explained, Kothandaraman was a very hands-on CEO and knew a lot about the market. FE-2 likewise confirmed that Kothandaraman was very much on top of things, including the sales data.

316. The Individual Defendants' high-level positions, and their involvement with Enphase's core operations, *see supra* Section VI.C, allowed them to control the contents of the material misstatements alleged in Section V. Namely, the Individual Defendants controlled the contents of the oral statements they made during various earnings calls and meetings with analysts during the Class Period. Moreover, throughout the Class Period, FEs at Enphase and the Individual Defendants themselves identified numerous internal reports and systems that contained the material, adverse facts set forth in Section IV.E concerning Enphase's inability to amass revenue growth in the European market due to increased low-priced Chinese competition, an inability to penetrate key markets, and poor customer service and product installation challenges. *See supra* Section VI.A.

317. Additionally, because of their high-level positions and access to material non-public information concerning the Company, the Individual Defendants knew, or were deliberately reckless in not knowing, that the adverse facts alleged herein had not been disclosed to, and were being concealed

from, the public, and that the positive representations that were being made to investors were materially false, misleading, and incomplete, and/or lacked any reasonable basis.

318. The Individual Defendants were responsible for the accuracy of Enphase's corporate statements, and are therefore responsible and liable for the false and misleading representations contained therein or material information omitted therefrom. Enphase knowingly and/or recklessly made the materially false and misleading statements and omissions of material fact alleged herein because Kothandaraman, Belur, and other individuals at Enphase whose knowledge can be imputed to the Company knew and/or recklessly disregarded that the Company's statements were materially false and misleading and/or omitted material facts at the times that such statements were made. Kothandaraman and Belur were two of the most senior executives of the Company throughout the Class Period and their knowledge may be imputed to the Company.

**E. Defendants Made False and Misleading Statements Shortly Before the Two Partial Corrective Events**

319. Defendants repeatedly touted their "visibility" with respect to demand and other related trends in Enphase's European markets. With respect to inventory-related metrics, i.e., sell-in and sell-through, Kothandaraman publicly confirmed that Enphase had three to nine months of visibility, depending on the relative health of the market. He also publicly confirmed that Enphase held weekly sales and shipment meetings, which the FEs have confirmed occurred and that Kothandaraman and other Enphase executives attended. Likewise, FE-1 stated that Enphase executives, including Kothandaraman, reviewed detailed sales data, key metrics, and forecasts for six quarters ahead during R6Q meetings. Accordingly, when Defendants made their false and misleading statements, they did so during the current quarter (i.e., Enphase announced its financial results for the prior reporting period during the current quarter) with information reflecting demand and related trends in the European market for three to 18 months out.

320. For instance, based on their public statements and the FEs' accounts, when Defendants made false and misleading statements on the first day of the Class Period, April 25, 2023, they would have had sales and shipment data for the first few weeks of 2Q23 (i.e., April 2023), had visibility into demand and related trends in Enphase's European markets through July 2023 to January 2024 (i.e., three to nine months of visibility), which included the first partial corrective event on October 26, 2023, and

internally reviewed detailed sales data, key metrics, and forecasts for quarters extending through 4Q24 (i.e., six quarters ahead). One year later, on April 23, 2024, Defendants would have had sales and shipment data for the first few weeks of 2Q24 (i.e., April 2024), had visibility into demand and related trends in Enphase's European markets through July 2024 to January 2025, which included the second partial corrective event on October 22, 2024, and internally reviewed detailed sales data, key metrics, and forecasts for quarters extending through 4Q25.

321. Similarly, by July 26, 2023, Defendants would have had sales and shipment data for the first few weeks of 3Q23, had visibility into demand and related trends in Enphase's European markets through October 2023 to April 2024, which included the first partial corrective event, and internally reviewed detailed sales data, key metrics, and forecasts for quarters extending through 1Q25.

322. Thus, Defendants' false and misleading statements in April 2023 that Enphase's "***European business is growing rapidly***" and "***much faster than the market,***" in June 2023 that the "***[C]ompany continues to see strong demand across geographies with no price pressure given demand fundamentals***," and in July 2023 that Defendants saw positive growth trends and "***real traction***," and "***[t]he fundamental drivers aren't changing***," six, four, and three months before the October 26, 2023 partial corrective event, respectively, support a strong inference that Defendants made their false and misleading statements with the requisite state of mind.

323. Likewise, Defendants' false and misleading statements in April 2024 that "***[w]e expect Europe . . . to continuously improve***" and "***Q1 is the bottom quarter***" six months before the October 22, 2024 corrective event support a strong inference that Defendants made their false and misleading statements with the requisite state of mind.

## VII. LOSS CAUSATION

324. As a result of Defendants' materially false and misleading statements, omissions of material fact, and fraudulent course of conduct, Enphase's publicly traded common stock traded at artificially inflated prices during the Class Period. Relying on the integrity of the market price for Enphase common stock and public information related to Enphase, Plaintiff and other Class members purchased or otherwise acquired Enphase common stock at prices that incorporated and reflected Defendants' misrepresentations and omissions of material fact alleged herein. As a result of the purchases of Enphase common stock during

the Class Period, and the removal of that inflation upon the disclosures set forth below, Plaintiff and the Class suffered economic losses (i.e., damages) under the federal securities laws.

325. Defendants' false and misleading statements, material omissions, and deceptive course of conduct had their intended effect, directly and proximately causing Enphase common stock to trade at artificially inflated prices during the Class Period, closing as high as $220.60 per share on April 25, 2023. Defendants' misrepresentations and omissions of material fact artificially inflated the price of Enphase common stock and/or served to maintain the price of Enphase common stock at an artificially inflated level.

326. Absent Defendants' misrepresentations and omissions of material fact, Plaintiff and other Class members would not have purchased or otherwise acquired their Enphase common stock at the artificially inflated prices at which they traded. It was entirely foreseeable to Defendants that misrepresenting and concealing material facts from the public would artificially inflate the price of Enphase common stock and/or maintain artificial inflation in Enphase's stock price. The economic losses (i.e., damages suffered by Plaintiff and other members of the Class) were a direct, proximate, and foreseeable result of Defendants' materially false and misleading statements and omissions of material fact, which artificially inflated the price of the Company's common stock and/or maintained artificial inflation in Enphase's stock price, and the subsequent decline in the value of the Company's common stock when the relevant truth concealed by Defendants' false and misleading statements and omissions was revealed and/or the risks previously concealed by Defendants' false and misleading statements and omissions materialized.

327. Plaintiff and other Class members suffered actual economic loss and were damaged when the material facts and/or the foreseeable risks concealed or obscured by Defendants' misrepresentations and omissions were revealed and/or materialized through the disclosure of new information concerning Enphase on October 26, 2023, and October 22, 2024. As alleged in this Section, the disclosure of the relevant truth and/or the materialization of the foreseeable risks concealed by Defendants' false and misleading statements and omissions directly and proximately caused foreseeable declines in the price of Enphase common stock by removing the artificial inflation in the price of Enphase common stock that resulted from Defendants' fraud. The timing and magnitude of the declines in the price of Enphase common

stock, as detailed herein, negate any inference that the loss suffered by Plaintiff and the Class was caused by changed market conditions or other macroeconomic factors unrelated to Defendants' fraudulent conduct.

**A. October 26, 2023**

328. The market began to learn the relevant truth concealed by Defendants' misrepresentations and omissions after the market closed on October 26, 2023, when Enphase announced its 3Q23 results.

329. In particular, in an October 26, 2023 press release titled *Enphase Energy Reports Financial Results for the Third Quarter of 2023*, Enphase disclosed that its "revenue in Europe decreased approximately 34%, compared to the second quarter of 2023 due to high inventory at [its] distribution partners along with a softening in demand in [its] key markets – the Netherlands, France, and Germany." In the same press release, the Company also announced disappointing revenue guidance for the following quarter: "For the fourth quarter of 2023, Enphase Energy estimates both GAAP and non-GAAP financial results as follows: Revenue to be within a range of $300.0 million to $350.0 million, which includes shipments of 80 to 100 megawatt hours of IQ Batteries."

330. In prepared remarks during the 3Q23 Conference Call, Defendant Kothandaraman further disclosed that "[o]ur U.S. and international revenue mix for Q3 was 64% and 36%, respectively," and that "[i]n Europe, our revenue decreased 34% sequentially and increased 26% year-on-year at [a] healthy gross margin. The sell-through of our microinverters in Europe was also down 35% in Q3 compared to Q2." Kothandaraman explained, "Let's talk about Europe demand a little bit. We are facing 2 challenges in Europe, and the situation has dramatically changed from the last quarter -- from 90 days ago. We saw a much weaker demand recovery from summer. We also see a lot of distributors facing oversupply of solar equipment, particularly panels, leading to much more aggressive destocking." He further disclosed, with respect to "our 3 largest markets in Europe, the Netherlands, France and Germany," that: (i) "[i]n [the] Netherlands, our largest European market, our Q3 sell-through was down 40% compared to Q2. This was our first sequentially down quarter in the last 2 years"; (ii) "[i]n France, our Q3 sell-through was down 34% compared to Q2, driven by seasonality"; and (iii) "[i]n Germany, our Q3 sell-through was down 32% compared to Q2." He likewise stated, "We are managing through a slowdown in our overall demand."

331. Also, during his prepared remarks for the 3Q23 Conference Call, Kothandaraman disclosed that, with respect to Enphase's 4Q23 guidance, "[w]e are guiding revenue for Q4 in the range of $300 million to $350 million." He further explained that "[t]his reflects approximately $150 million of channel inventory correction in the U.S. and Europe. In other words, we are undershipping to the end market demand for our products by approximately $150 million." He also disclosed that "[w]e anticipate undershipment will continue in Q1 and expect our channel inventory to normalize in Q2." He stated that this guidance was "conservative and assuming the demand picture is unchanged from the current level." He likewise discussed the basis for the 4Q23 guidance, explaining, among other things, "So what has changed since 90 days ago when we told you that the inventory levels would normalize by the end of Q3. We have seen a substantial demand reduction in Europe. . . . When the demand falls, we think more decisive inventory correction becomes necessary. We are being conservative in our assumptions of no demand recovery until Q2 in this framework. So that explains the guidance." He noted that this was a "large reduction in Q4 guidance."

332. During the question-and-answer session that followed Kothandaraman's prepared remarks, analyst Brian Lee from Goldman Sachs asked for further detail regarding Enphase's plan to continue undershipping in Q1 2024:

> So can I just ask, as you think about the framework, you said you'd undership in Q1 the way that you're undershipping in Q3 and Q4. Can you give us one, a sense of how much you expect to undership in Q1? And then you made the comment that this is all contingent upon sort of demand trends staying about where they're at. Can you give us a sense of what your internal expectations for demand trends are? It sounds like you don't expect them to get worse, but sort of can you quantify that a bit?

333. In response, Kothandaraman stated, "Yes. I think there are a few puts and takes. First, to answer your question is, is the undershipment going to be close to $150 million in Q1? We expect it to be a little bit less than $150 million, but not too much less. That's our expectation." He further stated that:

> Europe right now, for all the reasons I said, we basically are undershipping quite a bit in order to normalize inventory. And that will be the fastest to normalize. So we expect Europe revenue to come back a little bit up in Q1. Therefore, what we expect, at least -- what we expect internally is that our revenues, selling revenues, we think will be close to what we are looking at in Q4.

334. Later in the 3Q23 Conference Call, analyst Steven Fleishman from Wolfe Research asked for additional detail regarding the breakdown of the undershipment: "The $150 million of undership that

you're talking about. Could you break that out between the U.S. and Europe?" In response, Kothandaraman stated, "I would say approximately equal between the two."

335. On this news, the price of Enphase common stock declined $14.09 per share, or nearly 15%, from a close of $96.18 per share on October 26, 2023, to a close of $82.09 per share on October 27, 2023.

336. Enphase's stock price, however, remained artificially inflated because Defendants misrepresented and concealed the full relevant truth. In particular, rather than disclosing the significant, systemic, Company-specific issues that were negatively impacting Enphase's European business, Defendants instead blamed the European slowdown entirely on "broad macroeconomic conditions" impacting all companies and assured investors that the pullback was "temporary," "the fundamentals remain strong," and "we remain very bullish about Europe." As a result, the market was left with the misleading impression that Enphase's European pullback was temporary and cyclical rather than permanent and structural; demand would recover through inventory normalization and macroeconomic improvement rather than continue to deteriorate due to market saturation; Enphase's premium pricing remained justified by superior quality and service when in fact customers were switching to comparable Chinese products at 50% lower prices and Enphase was losing business due to deteriorating customer service, technical support, and systems connectivity that damaged its appeal to installers and customers and undermined its premium pricing justification; new markets like Germany offered viable growth opportunities when in fact these expansion efforts were not gaining traction; and Europe could serve as a growth driver offsetting U.S. weakness.

337. Analysts and market commentators expressed dismay and surprise at the deterioration in Enphase's European business, as well as the guidance cut that resulted from that deterioration. For example, in a same-day report titled *4Q GUIDE MUCH WORSE THAN FEARED; INVENTORY NORMALIZATION NOW EXPECTED BY 2Q24*, TD Cowen wrote that "[s]ince reporting 2Q results, Enphase has seen significant demand deterioration in Europe," that "[r]evenue from . . . Europe (36% of revenue) declined sequentially by . . . 34%," and that "[m]icroinverter sell-through fell . . . ~35% relative to 2Q in . . . Europe." It further reported that Enphase's revenue guidance was "clearly much worse than feared," noting that "4Q revenue guidance of $300-$350mn (below consensus of $577mn) assumes $150mn of under shipment (split evenly across the U.S. and Europe) to normalize inventory." It also

explained that "management cited high inventory levels for its distribution partners in Europe coupled with weaker demand in key markets (the Netherlands, France, and Germany)" and concluded that "the stock is likely in the penalty box for the next 2 quarters or so." As a result, TD Cowen lowered its price target for Enphase from $178 to $143.

338. That same day, Piper Sandler, in a report titled *Downgrading to Neutral; 3Q'23 Earnings Review: Throwing in the Towel*, reported that Enphase had experienced a "collapse in Europe," noting that "ENPH's EU revs declined 32% q/q in 3Q (PSC-Prior/Street: -2%/-6 q/q) while sellthrough was down 35% q/q." Moreover, it reported that "[e]ntering earnings, we were . . . hopeful for revenue stabilization," "[h]owever, revenue guidance further declined in 4Q'23 (-41/-44% vs. PSC/Str) due to destocking headwinds and weaker demand." It further explained that the disappointing guidance was being driven, at least in part, by demand issues in Europe: "[T]he $225M q/q decline in 4Q rev[enue] guidance is being driven by ENPH undershipping the US/Euro channels by $150M and softer demand." As a result, Piper Sandler wrote, "we are throwing in the towel and downgrading ENPH to Neutral." Piper Sandler also reduced its price target for Enphase from $150 to $75.

339. That same day, Deutsche Bank, in a report titled *Worse than expected for the next 6 months. Cutting 24e numbers by 32%*, lowered its price target from $125 to $80, noting, "**Near-term challenges with stuffed channels** in both the US and Europe leading ENPH to under ship for ~$150m in 4Q and likely a similar amount in 1Q24" and "European demand has softened over the summer, and weakness is expected to persist through at least 1H24." It further reported that "**Europe revenue** was down 34% this quarter, driven by high inventory at the distribution levels and also demand weakness in key markets, Netherlands, France and Germany."

340. In an October 27, 2023 report titled *Always Darkest Before the Dawn; Continue to Undership Channel to Correct Inventory*, Evercore reduced its price target for Enphase from $220 to $115, reporting that:

> Sell through rates continued to decline in the U.S. in Q3 but the bigger surprise was the near term [sic] challenges in the European market. Europe demand recovery from the summer was much weaker than expected which led to distributors having an oversupply of inventory, especially in panels. ENPH inventory channel reset will now take longer than we previously expected.

It also reported that "[i]n Europe, France sell through declined 32% sequentially. . . . In the Netherlands, ENPH's largest European market, sell through fell 40% sequentially which was the first sequential decrease in two years" and "[i]n Germany, sell through was down 32% sequentially."

341. HSBC, in a same-day report titled *Downgrade to Hold: Further demand deterioration*, cut its price target for Enphase from $147 to $86 and downgraded from Buy to Hold, writing that "[t]he European business took a more significant hit in 3Q than we expected, with the sell-through data in its major markets (France, Netherlands, Germany) dropping 32-40% q-o-q." It further reported that "[w]e had underestimated the inventory issue in Europe/US and cannot justify our previous Buy rating given the outlook for 4Q is deteriorating."

342. In an October 27, 2023 report titled *ENPH: (-) 4Q23 Revenue Guidance Lower than Expected and Destocking Expected to Last into 1H24*, Janney lowered its price target for Enphase from $172 to $130, reporting that "[m]icroinverter sell-through was -12% in the U.S. and -35% in Europe on a sequential basis in 3Q23. . . . In Europe, sell-through was -40% in the Netherlands, -34% in France, and -32% in Germany on a sequential basis. All three are key established markets for ENPH in Europe." It further wrote that "[w]e see this quarterly update serving as a massive reset for ENPH. The depth of the 4Q23 and implied 1Q24 revenue guidance was even worse than the more bearish outlooks we heard from buyside leading up to the print."

343. In a same-day report titled *4Q Guide Well Below Expectations on Near-term Inventory and Demand Challenges; PT Goes to $125*, JPMorgan lowered its price target for Enphase from $155 to $125 and wrote that "Europe demand is much weaker than anticipated as slower end-market demand and normalized supply chains have led to generally elevated channel inventory. Also, recall that ENPH is expanding into new European countries but, for now, is concentrated primarily in the Netherlands and France (and increasingly Germany)." It further reported, about "**[w]eak 4Q guidance,**" which "**likely drags into 1Q24**": "ENPH looks for 4Q revenue of $300-350mm, well below expectations (JPMe prior: $579mm, Street: $577mm) owing to elevated channel inventory levels and softening demand, particularly in Europe and California. In order to reduce channel inventory, the company expects to undership estimated end market demand by ~$150mm in 4Q, and by a slightly less amount 1Q24."

344. Morningstar, in an October 27, 2023 report titled *Enphase Earnings: Weaker-Than Expected European Demand Forces Another Reset to Growth Outlook*, lowered its price target for Enphase from $120 to $75, noting that "Enphase shares are trading lower (down 17% after hours), which we attribute to the [C]ompany's fourth-quarter revenue guidance." It further reported that:

> Revenue is expected to decline approximately 60% sequentially in the fourth quarter after dropping 23% sequentially in the second as the company attempts to correct excess inventories at distributors in the U.S. and Europe. The [C]ompany now estimates channel inventories will normalize by the second quarter of 2024 (compared with year-end as of last quarter) on account of weaker-than-expected European demand as well as California weakness. We'd anticipated the California weakness, but the Europe outlook caught us by surprise.

345. Likewise, Northland, in a same-day report titled *The Sun Doesn't Shine on Solar in Dark Times*, wrote that "ENPH reported inline non-GAAP EPS but guided significantly below Q4 consensus" and that "[a]n inventory correction, decline in demand in Europe, and weak demand in California are driving a grim outlook." It further reported that "ENPH is guiding revenue in Q4 to be $300M to $350M this includes an expected $150M channel inventory reduction in Europe. This inventory correction is expected to last into Q1 offset somewhat by improved seasonal demand in Q1." That same day, Wells Fargo, in a report titled *ENPH: Q3 In Line, but Weak Q4 Guide—Destocking to Persist into 2024—Negative Reaction*, wrote that "Q3 was in line, but guidance was once again disappointing. While investors were bracing for poor results after SEDG pre-announced, the magnitude of the miss was worse than expected. De-stocking will take longer & underlying demand trends are weaker." It further reported that "ENPH now expects inventory destocking in the channel to persist through the end of Q1'24, significantly worse than prior guidance of the end of Q3'23 & investor expectations heading into the quarter of YE 2023. Mgmt highlighted lower demand in both US & Europe as the reason for the longer timeframe. . . . Excess inventory stands at an estimated $200-300MM."

346. Citi, in an October 27, 2023 report titled *Looking for Water, Finding Mirage*, reported that "ENPH guidance for 4Q sharply missed even the lowest estimates" due in part to a "significant slowdown in demand" in Europe. Citi further noted that "Europe demand decline has been 'dramatic'" and "[l]ower sell through and sell in are weighing on demand with distributors aggressively destocking inventory given a glut of panels." Citi lowered its price target from $167 to $126.

**B. October 22, 2024**

347. Investors learned the relevant truth concealed by Defendants' misrepresentations and omissions after the market closed on October 22, 2024, when Enphase announced its 3Q24 financial results. Specifically, in a press release titled *Enphase Energy Reports Financial Results for the Third Quarter of 2024*, Enphase revealed that "[o]ur revenue in Europe decreased approximately 15% for the third quarter of 2024, compared to the second quarter of 2024. The decline in revenue was the result of a further softening in European demand." It also reported total worldwide "quarterly revenue of $380.9 million in the third quarter of 2024." Finally, it reported that, "[f]or the fourth quarter of 2024, Enphase Energy estimates . . . [r]evenue to be within a range of $360.0 million to $400.0 million."

348. During the 3Q24 Conference Call held that same day, Defendant Kothandaraman, in prepared remarks, disclosed that "[w]e reported a quarterly revenue of $380.9 million" and "shipped approximately 1.7 million microinverters." He further revealed that "[o]ur US and international revenue mix for Q3 was 75% and 25%, respectively." Kothandaraman also disclosed, "[i]n Europe, our revenue was down 15% compared to Q2. The overall se[ll]-through of our products in Europe was a little more down, 34% down in Q3 compared to Q2. While every country in Europe has its nuances, the overall business environment in the region is challenging." With respect to guidance for the fourth quarter of 2024, Kothandaraman stated, "We are guiding revenue in the range of $360 million to $400 million. We anticipate incremental improvement in our US business and a continued slowdown in Europe in Q4."

349. During the question-and-answer portion of the 3Q24 Conference Call, Kothandaraman blamed Enphase's disappointing 3Q24 revenue results in Europe on declining sell-through in Europe, stating:

> In Europe, it's a slightly different story. Our revenue was down because once again, we have learned the discipline when our overall sell-through products are down by 34%, we have to react. We have to react. We have shortened that cycle quite a bit compared to what happened last year. So we continue to under ship in Europe even with this reduced sell-through. And so our weeks on hand in Europe is a little bit high.

He further revealed that "[w]e are cautious for Q4. This is why our guidance incorporates a slowdown in Europe in Q4, and we are not pushing more into the channel."

350. Later during the 3Q24 Conference Call, analyst Mark Strouse of JPMorgan referenced the Company's statements earlier in the call about its European business, and asked, "do you care to comment

about what 2025 Europe might look like for Enphase? Fully appreciating that you do not guide a year out. But just generally speaking, any color would be great." In response, Kothandaraman stated, "I mean, look, we think Europe -- I mean, Q4 might be a little stressed, but we think we are at the bottom there." But he expressed far less confidence in a quick recovery in Europe, stating, for example, that: (i) in the Netherlands, the "market will need to be transformed a bit, but *I think* it is at its low point"; (ii) in France, "everybody expects things to come back up strongly as we approach *the end of 2025*"; (iii) in Germany, "there has been general weakness" including "a few installers who have gone bankrupt"; and (iv) that overall in Europe, "we expect the market to rebound *sooner or later*."

351. In response to this news, the price of Enphase common stock declined $13.76 per share, or nearly 15%, from a close of $92.23 per share on October 22, 2024, to a close of $78.47 per share on October 23, 2024.

352. In response to these disclosures, analysts and market commentators expressed surprise and disappointment at the Company's European results and its resulting weak Q4 guidance. For example, in an October 22, 2024 report, Evercore wrote that "[t]he U.S. saw particular strength during the quarter growing ~43% sequentially, but European revenue was disappointing, falling ~15% from 2Q."

353. That same day, Piper Sandler, in a report titled *3Q'24 Review: Blow into the Cartridge and Push the Reset Button*, wrote, "Expectations were low entering earnings; nevertheless, ENPH's update was disappointing and we expect a substantial pullback on reset expectations. European demand is dismal as sell-through was down 34% q/q in 3Q and ENPH highlighted further risk in 2025 related to its remaining regional bastion... France." (ellipsis in original). It further reported that "**Europe is in dismal shape**" and "European sell-through was down 34% q/q and international sell-in was $97M (-14/-17% vs. PSC/Street). Based on ENPH's commentary that French solar demand (ENPH's main European market) should cool-off next year due to expected utility rate cuts, more downside may be on the horizon." In a section titled *Guidance disappoints on Europe*, Piper Sandler also wrote that "[g]uidance at $380M was 5/12% beneath PSC/Street at $400/$433M on Europe. . . . 4Q revenue guidance is flat q/q and down 15% vs. 4Q'23 sell-through." It further reported that "4Q'24 revenue guidance was 12% beneath consensus and implies $1.52B annualized vs. Street 2025 at $1.99B." It explained, "Management, wisely, did not provide a timeline to achieve the prior $450-$500M target that bulls have been hanging on to. With the dream potentially dead

nearer-term, the Street can hit the reset button on 2025 thereby leading to more conservative estimates that can go up over time when market demand eventually recovers." As a result, Piper Sandler lowered its price target for Enphase to $85.

354. That same day, Roth MKM, in a report titled *ENPH: Q3 Miss/Weak Q4 Driven by EU, PW3 Is Next Risk; PT to $100 from $130*, reported that "ENPH delivered a Q3 miss/weak Q4." It explained that "ENPH delivered Q3 revenues of $381mn, missing both sellside and our buyside consensus by ~3%, due to a further softening in EU demand" and "[m]anagement remains cautious on the EU and highlighted that the company continues to undership the region." Roth MKM wrote that Enphase's "**[s]tock is likely weak on the weak guide, which was driven by EU**," and lowered its price target for Enphase from $130 to $100.

355. In a same-day report titled *The Europe Issue Continues to Mask U.S. Progress; Reduce PT to $100 from $110*, Truist wrote that "[w]hile Europe's challenges are not new, ENPH's 3Q results/weak 4Q guidance raised further red flags on the severity of the issues." It further reported that while "the [C]ompany's U.S. business appears strong, lower-than-expected 4Q revs guidance of $380MM (midpt) vs. our/Street $424MM/$435MM paints a [] much harsher version of the current European market than we'd previously considered." Similarly, on October 22, 2024, Wells Fargo wrote that "Q3 missed & Q4 guidance was below expectations largely due to weaker sales in Europe." It further explained that "**Europe [i]s [w]eakening**. Sell through in Europe was down 34% q/q in Q3. Mgmt expects Europe to decline even further in Q4. Europe currently makes up around 25% of revenue. Assuming a similar decline in Q4, we estimate Europe would shrink to just 17% of ENPH's overall revenue mix."

356. On that same day, KeyBanc, in a report titled *ENPH: Weak 4Q Guide Adds to Uncertainty; Reiterate SW*, wrote that "ENPH reported 3Q revenue results below KBCM and consensus expectations and introduced 4Q revenue guidance" and that while "[s]ell-through in the U.S. improved q/q," "[i]n Europe, ENPH saw declining revenue q/q." KeyBanc further reported that "the trajectory of recovery is still not clear given the challenged demand in certain markets" and that "[a]lthough management emphasized its belief that there will be an improvement in 2025," "we remain cautious on the story, for now."

357. The following day, October 23, 2024, Capital One lowered its price target from $127 to $98, reporting that, “Microinverter shipments fell well short of expectations, driving softer 3Q revenue.” It further wrote that “[p]erhaps overshadowing the results, however, was especially disappointing 4Q guidance relative to both COS/St estimates, largely due to the challenging environment in Europe.” Moreover, “[w]e’re concerned this may contribute to a recovery that once again gets pushed to the right.”

358. That same day, Goldman Sachs reported that “4Q24 guidance was worse than anticipated,” noting that “Europe continues to struggle,” “**continues to be a challenge**,” and was “**weaker than expected**.” Moreover, it reported that “questions are likely to persist around Europe and the competitive landscape until ENPH can provide more indications of a sustained inflection in its growth and P&L performance.”

359. Likewise, on October 23, 2024, Morningstar, in a report titled *Enphase Earnings: Weak Revenue Guidance Causes Shares to Fall, but Valuation Now More Reasonable*, wrote “Enphase shares were trading approximately 15% lower premarket on Oct. 23 following disappointing fourth-quarter revenue guidance.” It further reported that:

> Following a first half of 2024 characterized by inventory destocking, the focus from investors has been on the pace of the revenue rebound now that channel inventories are in line with normal. While US demand has been in line with our expectations (sell through up 6% sequentially), European demand proved much weaker than expected (sell through down 34% sequentially) as the hangover from rapid growth in recent years continues. We are reducing our 2025 and 2026 revenue estimates by 15% and 13%, respectively, driven by lower European sales contribution.

As a result, Morningstar wrote, “We are reducing our fair value estimate to $75 from $85 as a result of our lower medium-term revenue forecast.”

360. That same day, Barclays wrote that “4Q guide disappoints with outlook flat over 3Q” and “Europe demand weakens further and likely the biggest swing factor in the 4Q guide.” It explained that “[w]e believe that Europe was the main driver of the downside surprise that weighed down 3Q results to be below the midpoint of $390mm and also is likely the biggest swing in the company’s expectations for 4Q today vs. 90 days ago.” Moreover, it reported that “**Europe was the downside surprise**,” noting “4Q guide of $360-$400mm came in ~14% below BARC / sellside consensus $443mm / $440mm. We would attribute the ~$60mm disconnect between our number and the guide to: 1) ~$10-$15mm SPWR

impact; 2) ~$10-$15mm battery impact; and 3) ~$30-$40mm of Europe demand deterioration vs. our expectations a quarter ago."

361. BMO Capital, in an October 23, 2024 report titled *ENPH 3Q'24 Earnings: Europe Lower for Longer; U.S. Recovery Modest*, reported, "Most sell side investors had anchored their FY 2025 revenue expectations (consensus $1.97 billion; BMO current $1.66 billion; prior $1.76 billion) on the premise that ENPH was on track to achieve $450 million in quarterly revenue by 4Q 2024 with de-stocking complete in 2Q [] However, European demand is ~$40-50 million lower and requires further de-stocking." It also explained, "We think today's ENPH update was notable for its downbeat assessment of the state of its European business." In particular, it reported:

> Management noted overall sell-through in the U.S. was up 6% sequentially, but sell-through in Europe was down -34% over the same timeframe. In addition, after adjusting for additional U.S. battery revenue we estimate 3Q Europe undershipment was $21 million. We believe ENPH 4Q guidance implies incremental degradation of demand in Europe and implies the need for additional undershipments.

BMO Capital also reported that it believed the problems would continue to weigh on Enphase's business, writing:

> **4Q revenue guidance misses our already below consensus expectations**. More importantly, the 4Q guidance in our view **implies FY 2025 must be cut further**. It concluded that "**[o]ur updated target price for ENPH is $85/share (prior $104) as we have further reduced our 4Q 2024 estimates and 2025+ estimates**. As the European market continues to move in the wrong direction, we have taken an even more cautious approach to demand recovery in 2025."

362. Canaccord, in a same-day report titled *Europe headwinds, underwhelming guidance outweighs continued US residential rebound*, reported that:

> **Enphase (ENPH) reported Q3/24 revenues and Adj. EPS of ~$380.9M (down 30.9% y/y) and $0.63 (down 38.3% y/y), which missed our top-line and bottom-line estimates by ~ 3% and ~10%, respectively**. Enphase realized continued momentum in the US solar market from Q1/24 lows, but the progress made was overshadowed by an underwhelming top line that missed guidance by ~$10M.

It also reported that "European revenues were down ~15% sequentially and overall sell-through declined 34% in what has continued to be a challenging demand environment in Germany and the Netherlands." As a result, Canaccord wrote, "**We are lowering our rating on ENPH to HOLD, with a $95 [price target]**."

363. That same day, Craig-Hallum reported that:

> Enphase Energy reported 3Q revenue within its guided range, but it missed across the board versus Street expectations. While the United States continues to be a cause for optimism (higher shipments to distributors with inventory returning to normal levels despite the negative impact from SPWR's bankruptcy) and it was a solid quarter for energy storage (elevated channel restocking), Europe remains a drag with softness in several key end markets.

364. In a same-day report titled *ENPH: Moving Rating to Neutral. What Happened to $450-$500 Million in Run-Rate Revenue? Cutting Estimates, Lowering Fair Value*, analyst Janney wrote, "The company's 4Q24 revenue guidance of $360-$400 million is well below the previously discussed 2H24 run-rate revenue target of $450-$500 million. Headwinds for 4Q24 include European softness, sequentially lower residential storage shipments, and customer bankruptcies (SPWR)." It also noted that Enphase's "European growth trajectory evaporated." As a result, Janney cut its Fair Value Estimate from $119 to $83 and cut its "rating to Neutral from Buy."

365. Also on October 23, 2024, Deutsche Bank, in a report titled *3Q Results – Weak Story Continuing; 4Q guided flat*, wrote that "[t]he [w]eakness [c]ontinues" and "[l]ast night, Enphase Energy disappointed the market with 4Q Revenues guided flat sequentially." It further reported that "[t]he weakness of the guide seems to be mostly driven by (i) year-end seasonality; (ii) further softening in Europe, with 3Q Europe Revenues down 15% QoQ," and that "[t]he 4Q guide came short of the ~$437m Street expectations for top-line, and buyside numbers, which we believe were close to that range (and even slightly higher up based on our recent conversations with investors)." It also wrote, "[n]o doubt about investors being disappointed in ENPH's 4Q guide, especially after the company tried to establish some confidence into the numbers during 3Q at various conferences and investors meetings." With respect to 3Q revenues, Deutsche Bank reported, "US channels have now stabilized for microinverters, with 3Q Revenues in the US up 43% QoQ driven by increased shipments. That was offset by further softening of the demand in Europe, and 3Q Europe Revenues down 15% QoQ." Deutsche Bank noted that "ENPH's share price was down ~9% post-market and we expect it to [] trade down during today's session." Moreover, it dropped its price target for Enphase from $110 to $85.

366. That same day, in a report titled *Recovery Fails to Materialize, Margin Pressure Remains Key Concern*, William Blair wrote:

> Last quarter, the narrative was that the bottom was in. However, our research indicated there was more weakness yet to be realized, and Enphase's earnings call confirmed that for us. The company missed on most financial metrics this quarter except on gross margin, and the fourth-quarter guide also missed consensus expectations. Despite the optimism on the earnings call, we feel Enphase has little visibility into end-market demand.

367. It further wrote that "[w]e see margin pressure as a structural problem for Enphase" and "we do not believe margins will march higher if cyclical demand comes back," noting:

> There are structural problems that will continue to pressure margins, including the $1 billion in inventory sitting on SolarEdge's (SEDG $17.58; Market Perform) balance sheet that will need to move at any price, competition from Tesla's Powerwall 3 and China's players, and our forecast for more weakness in solar growth in the U.S. and Europe.

William Blair concluded that "[t]he stock traded down over 12% after hours, we suspect as a reaction to the recovery not taking shape as expected by the Street" and that "[i]f Enphase is experiencing structural headwinds, not cyclical, the conventional rebound thesis is at risk and thus undermines the rich valuation even at these levels."

368. Other analysts similarly questioned Enphase's statements blaming continued weakness in Europe on macroeconomic factors. For example, Guggenheim, in an October 23, 2024 report titled *ENPH: Back to Sell, With a $73 Price Target*, wrote that, despite just recently upgrading its Enphase rating, it was downgrading Enphase back to Sell from Neutral "following release of the [C]ompany's Q3 2024 results" and dropping its price target for Enphase to $73. Guggenheim explained that "**ENPH has significant challenges in Europe in our view**." Specifically, it wrote that:

> Management offered what we regard as an unconvincing explanation for the weak results and outlook, blaming poor economic conditions and lower power prices among other things, but in our experience actual demand rarely changes so quickly. One astute questioner on the call yesterday pointed out that the dramatic decline in module prices in Europe should be a significant counterweight to lower power prices anyway.

369. It further reported that:

> We think the issue is much simpler. ENPH - along with SEDG and SMA (S92 GY, EUR14.80, NC), is losing share to Chinese competitors who are willing to sell at less than half ENPH's level. This is a story that became abundantly clear during our meetings at RE+ earlier this year, and we find it remarkable that the company managed to get through the entire call yesterday without once mentioning the competitive environment in Europe.

It also wrote that "[w]e believe that ENPH in Europe, like many growth-focused technology companies before it, is now overshooting what its customers actually want or need, and is being undercut by still-inferior but improving Chinese product." As a result, Guggenheim wrote that "[w]e have significantly

reduced our outlook for ENPH's revenue and volume in Europe next year, which drives the changes to our model overall."

370. On October 26, 2024, Roth MKM likewise reported that Enphase was losing market share in Europe: "[O]ur EU contacts shared that they see ENPH losing share in their networks. One distributor said there are two types of installers moving away from ENPH. The first is those that are focused on selling based on price and are moving to string inverters. The second group is selling more batteries, but ones that are paired with string inverters."

371. The following day, October 27, 2024, BMO Capital reported that "**[s]entiment on ENPH following its 3Q 2024 call sounds as negative as it was last fall** when ENPH hit its 52-week low. Continued undershipment in Europe was unexpected." It further wrote:

> **Majority of our inbound calls last week were in the aftermath of ENPH's 3Q 2024 earnings call**. The last couple of ENPH earnings calls resulted in quarterly guidance that underwhelmed expectations and our estimates with respect to revenue and demand. However, there was always a vocal group of bulls that could point to some tangible progress on channel clearing and some signs demand was bottoming. We think that largely went out the window based on the [C]ompany's commentary on Europe this quarter as it noted undershipments in Europe factored into 4Q guidance and 3Q results.

## VIII. CLASS ACTION ALLEGATIONS

372. Plaintiff brings this action as a class action under Rule 23 of the Federal Rules of Civil Procedure on behalf of the Class consisting of all persons and entities who purchased or otherwise acquired Enphase common stock between April 25, 2023, and October 22, 2024, both dates inclusive (the "Class"). Excluded from the Class are Defendants and their families, the officers, directors, and affiliates of Defendants, and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.

373. The members of the Class are so numerous that joinder of all members is impracticable. Enphase common stock is actively traded on the Nasdaq under the symbol "ENPH." While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are thousands of members in the proposed Class because nearly 136 million shares of Enphase common stock were outstanding as of February 5, 2024. Record owners and other members of the Class may be identified from records maintained by Enphase or its

transfer agent and may be notified of the pendency of this action by mail, using the form of notice that customarily is used in securities class actions.

374. Plaintiff's claims are typical of Class members' claims, as all Class members are similarly affected by Defendants' wrongful conduct in violation of federal laws as complained of herein.

375. Plaintiff will fairly and adequately protect the Class members' interests and has retained counsel competent and experienced in class and securities litigation.

376. Common questions of law and fact exist as to all Class members and predominate over any questions solely affecting individual Class members. Among the questions of law and fact common to the Class are:

a. whether Defendants violated the Exchange Act and Rule 10b-5 promulgated thereunder;

b. whether Defendants made materially false or misleading statements or omissions of material fact during the Class Period;

c. whether Defendants acted with the requisite level of scienter;

d. whether and to what extent the price of Enphase common stock was artificially inflated during the Class Period because of the materially misleading statements and omissions alleged herein;

e. whether the market for Enphase common stock was efficient; and

f. whether the members of the Class have sustained damages because of the conduct complained of herein and, if so, the appropriate measure of damages.

377. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for Class members to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## IX. A PRESUMPTION OF RELIANCE APPLIES

378. At all relevant times, the market for Enphase's common stock was an efficient market for the following reasons, among others:

a. Enphase's common stock met the requirements for listing, and was listed and actively traded on the Nasdaq, a highly efficient and automated market;

b. As a regulated issuer, Enphase filed periodic public reports with the SEC and Nasdaq;

c. Enphase regularly and publicly communicated with investors via established market communication mechanisms, including through regular disseminations of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

d. Enphase was followed by several securities analysts employed by major brokerage firm(s) who wrote reports that were distributed to the sales force and certain customers of their respective brokerage firm(s). These reports were publicly available and entered the public marketplace.

379. As a result of the foregoing, the market for Enphase's common stock promptly digested current information regarding Enphase from all publicly available sources and reflected such information in the price of Enphase's common stock. Under these circumstances, all purchasers and acquirers of Enphase's common stock during the Class Period suffered similar injury through their purchase or acquisition of Enphase's common stock at artificially inflated prices and the presumption of reliance applies.

380. Further, at all relevant times, Plaintiff and all other Class members reasonably relied upon Defendants to disclose material information as required by law and in the Company's SEC filings.

381. Plaintiff and other Class members would not have purchased or otherwise acquired Enphase common stock at artificially inflated prices if Defendants had disclosed all material information as required. Thus, to the extent that Defendants concealed or improperly failed to disclose material facts about Enphase and its business, Plaintiff and other Class members are titled to a presumption of reliance in accordance with *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128 (1972).

## X. THE STATUTORY SAFE HARBOR AND BESPEAKS CAUTION DOCTRINE ARE INAPPLICABLE

382. The Private Securities Litigation Reform Act of 1995's statutory safe harbor and the bespeaks caution doctrine applicable to forward-looking statements under certain circumstances do not apply to any of the materially false and misleading statements alleged herein.

383. None of the statements complained of herein was a forward-looking statement. Rather, each was a historical statement or a statement of purportedly current facts and conditions at the time such statement was made or omitted historical or purportedly current facts and conditions at the time such statement was made.

384. To the extent that any of the materially false and misleading statements alleged herein can be construed as forward-looking, they were not identified as such and/or any such statement was not accompanied by meaningful cautionary language identifying important facts that could cause actual results to differ materially from those in the statement.

385. To the extent that the statutory safe harbor does apply to any forward-looking statement alleged herein, Defendants are liable for any such statement because at the time such statement was made, the particular speaker actually knew that the statement was false or misleading, and/or the statement was authorized and/or approved by an executive officer of Enphase who actually knew that such statement was false when made.

386. Moreover, to the extent that any Defendant issued any disclosures purportedly designed to "warn" or "caution" investors of certain "risks," those disclosures were also materially false and/or misleading when made because they did not disclose that the risks that were the subject of such warnings had already materialized and/or because such Defendant had the requisite state of mind.

## XI. CAUSES OF ACTION

### COUNT ONE

### Violation of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants

387. Plaintiff repeats and realleges each and every allegation set forth above as if fully set forth herein.

388. During the Class Period, Defendants carried out a plan, scheme, and course of conduct that was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and the Class; and (ii) cause Plaintiff and the Class to purchase or otherwise acquire Enphase common stock at artificially inflated prices. In furtherance of this unlawful scheme, plan, and course of conduct, Defendants took the actions set forth herein.

389. Defendants: (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers or acquirers of Enphase common stock in an effort to maintain artificially high market prices thereof in violation of Section 10(b) of the Exchange Act and SEC Rule 10b-5.

390. During the Class Period, Defendants made the false and misleading statements specified above, which they knew or deliberately recklessly disregarded to be false and misleading in that they contained misrepresentations and failed to disclose material facts necessary to make the statements made, in light of the circumstances under which they were made, not false or misleading.

391. Defendants had actual knowledge of the misrepresentations and omissions of material fact as set forth above or deliberately recklessly disregarded the true facts that were available to them at the time the statements were made. Defendants engaged in this misconduct to conceal Enphase's true condition from the investing public and to support the artificially inflated prices of Enphase common stock during the Class Period.

392. Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid for or otherwise acquired Enphase common stock at inflated prices. Plaintiff and the Class would not have purchased or otherwise acquired Enphase common stock at such prices, or at all, had they been aware that the market prices for Enphase common stock had been artificially inflated by Defendants' fraudulent course of conduct.

393. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the Class suffered damages in connection with their respective purchases or acquisitions of Enphase common stock during the Class Period.

## COUNT TWO

## Violation of Section 20(a) of the Exchange Act Against Defendants Kothandaraman and Belur

394. Plaintiff repeats and realleges each and every allegation set forth above as if fully set forth herein.

395. Kothandaraman and Belur acted as controlling persons of Enphase within the meaning of Section 20(a) of the Exchange Act. By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of Enphase's operations, and/or intimate knowledge of the false and misleading statements disseminated to the investing public, Kothandaraman and Belur had the power to influence and control—and did influence and control, directly or indirectly—the decision-making of the Company including the content and dissemination of the various false and/or misleading statements alleged herein. Kothandaraman and Belur were provided with or had unlimited access to copies of Enphase's reports and other statements alleged by Plaintiff to be false and misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

396. In particular, Kothandaraman and Belur had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, are presumed to have had the power to control or influence the activities giving rise to the securities violations as alleged herein, and exercised the same.

397. As described above, Enphase and the Individual Defendants each violated Section 10(b) of the Exchange Act and SEC Rule 10b-5 by their acts and omissions as alleged herein. By virtue of their positions as controlling persons, Kothandaraman and Belur are liable under Section 20(a) of the Exchange Act. As a direct and proximate result of this wrongful conduct, Plaintiff and Class members suffered damages in connection with their purchases or acquisitions of Enphase common stock during the Class Period.

## XII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment as follows:

A. Determining that this action is a proper class action maintained under Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure, certifying Plaintiff as class representative, and appointing Kessler Topaz Meltzer & Check, LLP as class counsel pursuant to Rule 23(g);

B. Declaring and determining that Defendants violated the Exchange Act by reason of the acts and omissions alleged herein;

C. Awarding Plaintiff and the Class compensatory damages against all Defendants, jointly and severally, in an amount to be proven at trial together with prejudgment interest thereon;

D. Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including, but not limited to, attorneys' fees and costs incurred by consulting and testifying expert witnesses; and

E. Granting such other and further relief as the Court deems just and proper.

## XIII. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

Dated: November 6, 2026

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Jennifer L. Joost*
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

-and-

NATHANIEL C. SIMON*
(nsimon@ktmc.com)
RYAN SHELTON-BENSON*
(rsheltonbenson@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706

Fax: (610) 667-7056

*Counsel for Lead Plaintiff HANSAINVEST Hanseatische Investment-GmbH and Lead Counsel for the Putative Class*

*appearance *pro hac vice*